

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**SO ORDERED:**

*/s/ Vernon Broderick*

HON. VERNON S. BRODERICK  8/13/2018
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Christopher Collins, et al., 18 Cr. 567 (VSB)

Dear Judge Broderick:

The Government writes on behalf of all parties in response to the Court's order of August 8, 2018. Having conferred, the parties believe that the bail conditions already imposed by the Court are adequate to reasonably assure the safety of the community and the defendants' attendance at future proceedings. Accordingly, we respectfully submit that no pretrial supervision is necessary.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                    By:       /s/   Scott Hartman
                              Scott Hartman/Max Nicholas/Damian Williams
                              Assistant United States Attorneys
                              (212) 637-2357/1565/2298

cc: All defense counsel (by ECF)