UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        Plaintiff,

v.

CHRISTOPHER COLLINS, et al.

        Defendants.

Case No. 18-cr-567 (VSB)

**APPLICATION GRANTED**
**SO ORDERED** _/s/ Vernon S. Broderick_
VERNON S. BRODERICK
U.S.D.J.   10/1/2018

---

## MOTION ON CONSENT FOR EXTENSION OF TIME
## TO SEEK A BILL OF PARTICULARS

Christopher Collins, Cameron Collins, and Stephen Zarsky ("Defendants"), by and through their undersigned counsel, respectfully submit this motion on consent (the "Motion") pursuant to Fed. R. Crim. P. 7(f) and 45(b) for an extension of time to seek a bill of particulars.

In support of this Motion, Defendants state as follows:

1. On August 8, 2018, the United States Attorney's Office for the Southern District of New York filed an indictment against Defendants. The Court held an arraignment the same day, at which time each of the Defendants entered a plea of not guilty.

2. Also at that time, the Court scheduled a status conference for October 11, 2018 to address, among other issues, discovery and a motions schedule.

3. Fed. R. Crim. P. 7(f) allows a defendant to "move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits." Although counsel for Defendants believe, based upon the scheduled October 11, 2018 status conference, that the Court does not expect motions for a bill of particulars to be filed within 14 days after the arraignment, in an abundance of caution Defendants move the Court for an extension of time to file motions for a bill of particulars. The United States consents to the relief requested.

4.      Defendants submit that seeking a bill of particulars at this juncture, prior to the provision of discovery by the United States and prior to the filing of any other motions by the Defendants, would be premature and inefficient.  Accordingly, good cause exists supporting an extension of time to seek a bill of particulars.

5.      Counsel for Defendants conferred with counsel for the United States regarding this request for an extension, and counsel for the United States consents to the relief requested herein.

**WHEREFORE**, Defendants respectfully request that the Court grant this Motion and extend the time for Defendants to seek a bill of particulars under Fed. R. Crim. P. 7(f) to a date to be set by the Court at the October 11, 2018 status conference.

Respectfully submitted this 22nd day of August, 2018.

/s/ *Jonathan New*
BAKER HOSTETLER LLP
Jonathan B. New
Jonathan A. Forman
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
jnew@bakerlaw.com
jforman@bakerlaw.com
Tel: 212.589.4200
Fax: 212.589.4201

Jonathan R. Barr (*PHV pending*)
Kendall E. Wangsgard
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
jbarr@bakerlaw.com
kwangsgard@bakerlaw.com
Tel: 202.861.1500
Fax: 202.861.1783

*Attorneys for Christopher Collins*

/s/ *Rebecca Ricigliano*
CROWELL & MORING LLP
Rebecca Monck Ricigliano
590 Madison Avenue, 20th Floor
New York, NY 10022
rricigliano@crowell.com
Tel: 212.223.4000
Fax: 212.223.4134

Thomas A. Hanusik
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
thanusik@crowell.com
Tel: 202.624.2530
Fax: 202.628.5116

*Attorneys for Cameron Collins*

/s/ *Mauro Wolfe*
DUANE MORRIS LLP
Mauro M. Wolfe
Amanda Bassen
Jovalin Dedaj
1540 Broadway
New York, NY 10036
Tel: 212.692.1000
Fax: 212.692.1020
mwolfe@duanemorris.com
abassen@duanemorris.com
jdedaj@duanemorris.com

*Attorneys for Stephen Zarsky*