# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

October 4, 2018

Jonathan R. Barr
direct dial: 202.861.1534
jbarr@bakerlaw.com

**VIA CM-ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Christopher Collins, et al.*, No. 18-cr-567 (VSB) (S.D.N.Y.)

Dear Judge Broderick:

    We, collectively, are counsel for Defendants Christopher Collins, Cameron Collins, and Stephen Zarsky ("Defendants") in this matter and submit this letter motion jointly on behalf of each. Pursuant to Federal Rule of Criminal Procedure 43, Defendants hereby move to be excused from personally appearing at the status conference scheduled for October 11, 2018. In addition, for attorneys Barr and Wangsgard, we request leave of the Court to be excused from the Local Civil Rule 1.8 prohibitions such that each attorney may bring one Personal Electronic Device into the courthouse.

    At the initial appearance held on August 8, 2018, the Court scheduled a Status Conference for October 11, 2018 to discuss, among other things, the status of discovery and motions scheduling. There are no presently-pending motions and the Status Conference is not a hearing. Rep. Collins will be in-District in the Buffalo area on the date of the Status Conference, as October is a District Work Month for Congress. Messrs. Collins and Zarsky will be in New Jersey. Rule 43(b)(3) provides that a defendant "need not be" present if the appearance involves "only a conference or hearing on a question of law." Undersigned counsel will be present in the courtroom and prepared for all issues, including the setting of a schedule for proceedings in this matter.

    Attached to this letter motion are three waivers of appearance for the October 11, 2018 Status Conference executed by each Defendant.

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver*
*Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*

October 4, 2018
Honorable Vernon S. Broderick
Page 2

      Local Civil Rule 1.8, incorporated by Local Criminal Rule 1.1, authorizes the possession of Personal Electronic Devices by administrative order. Accordingly, we respectfully request entry of such an order. We understand that any devices authorized pursuant to this request will be subject to examination for security purposes as are all other materials brought into the courthouse. Further, we have read and understand the 2016 Committee Note to Rule 1.8 regarding the continued prohibition on making any audio or video recording of any proceeding or communication with the Court.

      We have conferred with counsel for the government, who has no objection to the relief requested herein.

      For these reasons, we respectfully request that the Defendants' personal appearance be waived for the October 11, 2018 Status Conference and that attorneys Barr and Wangsgard be permitted to carry their cellular telephones. If you have any questions, please contact any of us at the numbers below.

Sincerely,

| /s/ Jonathan R. Barr | /s/ Rebecca M. Ricigliano | /s/ Mauro M. Wolfe |
|---|---|---|
| Jonathan B. New | Rebecca M. Ricigliano | Mauro M. Wolfe |
| Jonathan R. Barr | Thomas A. Hanusik | Amanda Bassen |
| Kendall E. Wangsgard | Patrick S. Brown | Duane Morris LLP |
| BakerHostetler LLP | Crowell & Moring LLP | 212.692.1017 |
| 202.861.1534 | 212.895.4268 | |
| *Counsel for Christopher Collins* | *Counsel for Cameron Collins* | *Counsel for Stephen Zarksy* |

Attachments

cc:    All counsel of record (*via CM-ECF*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. COLLINS, et al.<br><br>      Defendants. | Case No. 18-cr-567 (VSB) |

**DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR OCTOBER 11, 2018 STATUS CONFERENCE**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the October 11, 2018 Status Conference.

Rep. Collins requests that the Court proceed on October 11, 2018 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:    Clarence, NY
             October 3, 2018

                                                                  _____
                                                                   Christopher Collins

-2-

I agree with and consent to my client's waiver of appearance.

Dated:      Washington, D.C.
            October 3, 2018

                BAKER HOSTETLER LLP

                By: /s/ *Jonathan R. Barr*
                Jonathan R. Barr (*pro hac vice* pending)
                Kendall E. Wangsgard
                Washington Square, Suite 1100
                1050 Connecticut Avenue, N.W.
                Washington, DC 20036
                T: 202.861.1500
                F: 202.861.1783
                jbarr@bakerlaw.com
                kwangsgard@bakerlaw.com

                Jonathan B. New
                45 Rockefeller Plaza, 14th Floor
                New York, NY 10111
                T: 212.589.4200
                F: 212.589.4201
                jnew@bakerlaw.com

SO ORDERED:

Dated:      New York, New York
            October ___, 2018         _____
                VERNON S. BRODERICK, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>CHRISTOPHER COLLINS,<br>CAMERON COLLINS, and<br>STEPHEN ZARSKY,<br><br>Defendants. | 18-CR-567 (VSB) |

**DEFENDANT CAMERON COLLINS'S WAIVER OF APPEARANCE FOR
OCTOBER 11, 2018, STATUS CONFERENCE**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Cameron Collins waives his right to be present in open court for the October 11, 2018, status conference.

Mr. Collins requests that the Court proceed on October 11, 2018, and agrees that his interest will be deemed represented by the presence of his counsel, the same as if Mr. Collins himself was personally appearing in court. Mr. Collins understands that he has a right to be present for all court proceedings in this case, and he knowingly and voluntarily waives that right for the October 11, 2018, status conference.

Mr. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:  10/3/2018
         Asbury Park, New Jersey

_____
Cameron Collins

I agree with and consent to my client's waiver of appearance.

Dated: Oct. 3, 2018
New York, New York

          CROWELL & MORING LLP

          By: /s/ Rebecca M. Ricigliano
          Rebecca M. Ricigliano
          590 Madison Avenue, 20th Floor
          New York, New York 10022
          Telephone: (212) 895-4268

          Thomas A. Hanusik
          Patrick S. Brown (*Admitted Pro Hac Vice*)
          1001 Pennsylvania Avenue, NW
          Washington, DC 20004
          Telephone: (202) 624-2500

          *Attorneys for Cameron Collins*

SO ORDERED:

Dated: _____
New York, New York

          _____
          Honorable Vernon S. Broderick
          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    Plaintiff,

v.

CHRISTOPHER C. COLLINS, et al.

    Defendants.

Case No. 18-cr-567 (VSB)

### DEFENDANT STEPHEN ZARSKY'S WAIVER OF APPEARANCE FOR OCTOBER 11, 2018 STATUS CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Stephen Zarsky waives his right to be present in open court for the October 11, 2018 Status Conference.

Mr. Zarsky requests that the Court proceed on October 11, 2018 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Mr. Zarsky further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:    Summit, NJ
            October 3, 2018

_____
Stephen Zarsky

DM1\9064555.1

I agree with and consent to my client's waiver of appearance.

Dated:     New York, NY
           October 3, 2018             DUANE MORRIS LLP


                                 By:   /s/ *Mauro M. Wolfe*
                                       Mauro M. Wolfe
                                       Amanda Bassen
                                       1540 Broadway
                                       New York, New York 10036
                                       (212) 692-1000
                                       *Attorneys for Defendant Stephen Zarsky*


SO ORDERED:

Dated:     New York, New York
           October ___, 2018           _____
                                       VERNON S. BRODERICK, U.S.D.J.

-2-

DM1\9064555.1