UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. COLLINS, et al.<br><br>       Defendants. | Case No. 18-cr-567 (VSB) |

**DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR OCTOBER 11, 2018 STATUS CONFERENCE**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the October 11, 2018 Status Conference.

Rep. Collins requests that the Court proceed on October 11, 2018 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:     Clarence, NY
              October 3, 2018

                                                                    */s/ Christopher Collins*
                                                                      Christopher Collins

I agree with and consent to my client's waiver of appearance.

Dated:   Washington, D.C.
         October 3, 2018

                                          BAKER HOSTETLER LLP

                                          By: /s/ *Jonathan R. Barr*
                                          Jonathan R. Barr (*pro hac vice* pending)
                                          Kendall E. Wangsgard
                                          Washington Square, Suite 1100
                                          1050 Connecticut Avenue, N.W.
                                          Washington, DC 20036
                                          T: 202.861.1500
                                          F: 202.861.1783
                                          jbarr@bakerlaw.com
                                          kwangsgard@bakerlaw.com

                                          Jonathan B. New
                                          45 Rockefeller Plaza, 14th Floor
                                          New York, NY 10111
                                          T: 212.589.4200
                                          F: 212.589.4201
                                          jnew@bakerlaw.com

SO ORDERED:

Dated:   New York, New York
         October ___, 2018                    _____
                                          VERNON S. BRODERICK, U.S.D.J.