UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

　　　　Plaintiff,

v.

CHRISTOPHER C. COLLINS, et al.

　　　　Defendants.

Case No. 18-cr-567 (VSB)

### DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR OCTOBER 11, 2018 STATUS CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the October 11, 2018 Status Conference.

Rep. Collins requests that the Court proceed on October 11, 2018 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:　　Clarence, NY
　　　　　October _3_, 2018

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Christopher Collins_
　　　　　　　　　　　　　　　　　　　　　　　Christopher Collins

I agree with and consent to my client's waiver of appearance.

Dated:        Washington, D.C.
               October 3, 2018

                                              BAKER HOSTETLER LLP

                                              By: /s/ *Jonathan R. Barr*
                                              Jonathan R. Barr (*pro hac vice* pending)
                                              Kendall E. Wangsgard
                                              Washington Square, Suite 1100
                                              1050 Connecticut Avenue, N.W.
                                              Washington, DC 20036
                                              T: 202.861.1500
                                              F: 202.861.1783
                                              jbarr@bakerlaw.com
                                              kwangsgard@bakerlaw.com

                                              Jonathan B. New
                                              45 Rockefeller Plaza, 14th Floor
                                              New York, NY 10111
                                              T: 212.589.4200
                                              F: 212.589.4201
                                              jnew@bakerlaw.com

SO ORDERED:

Dated:       New York, New York
               October  5 , 2018

                                              Vernon S. Broderick
                                              United States District Judge

Case 1:18-cr-00567-VSB Document 381 Filed 10/05/18 Page 2 of 2

-2-