# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

December 12, 2018

Jonathan R. Barr
direct dial: 202.861.1534
jbarr@bakerlaw.com

**VIA CM-ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Christopher Collins, et al.*, No. 18-cr-567 (VSB) (S.D.N.Y.)

Dear Judge Broderick:

      We, collectively, are counsel for Defendants Christopher Collins and Cameron Collins in this matter and submit this letter motion jointly on behalf of each. Pursuant to Federal Rule of Criminal Procedure 43, Messrs. Collins hereby move to be excused from personally appearing at the status conference scheduled for December 18, 2018. In addition, for attorneys Barr and Wangsgard, we request leave of the Court to be excused from the Local Civil Rule 1.8 prohibitions such that each attorney may bring one Personal Electronic Device into the courthouse.

      At the conference held on October 11, 2018, the Court scheduled the December 18, 2018 conference to discuss, among other things, the status of discovery and discovery disputes. There are no presently-pending motions and the Status Conference is not a hearing. Rep. Collins will be in Florida or Washington, DC on the date of the Status Conference and Cameron Collins will be in New Jersey. Rule 43(b)(3) provides that a defendant "need not be" present if the appearance involves "only a conference or hearing on a question of law." Undersigned counsel will be present in the courtroom and prepared for all issues.

      Attached to this letter motion are waivers of appearance for the December 18, 2018 Status Conference executed by Rep. Collins and Cameron Collins.

December 12, 2018
Honorable Vernon S. Broderick
Page 2

      Local Civil Rule 1.8, incorporated by Local Criminal Rule 1.1, authorizes the possession of Personal Electronic Devices by administrative order. Accordingly, we respectfully request entry of such an order. We understand that any devices authorized pursuant to this request will be subject to examination for security purposes as are all other materials brought into the courthouse. Further, we have read and understand the 2016 Committee Note to Rule 1.8 regarding the continued prohibition on making any audio or video recording of any proceeding or communication with the Court. A proposed electronic form order for consideration is attached.

      We have conferred with counsel for the government, who has no objection to the relief requested herein.

      For these reasons, we respectfully request that the Rep. Collins' and Cameron Collins' personal appearance be waived for the December 18, 2018 Status Conference and that attorneys Barr and Wangsgard be permitted to carry their cellular telephones. If you have any questions, please contact either of us at the numbers below.

Sincerely,

| /s/ Jonathan B. New | /s/ Rebecca M. Ricigliano |
|---|---|
| Jonathan B. New | Rebecca M. Ricigliano |
| Jonathan R. Barr | Thomas A. Hanusik |
| Kendall E. Wangsgard | Patrick S. Brown |
| BakerHostetler LLP | Crowell & Moring LLP |
| 212.589.4650 | 212.895.4268 |
| *Counsel for Christopher Collins* | *Counsel for Cameron Collins* |

Attachments

cc:    All counsel of record (*via CM-ECF*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. COLLINS, et al.,<br><br>   Defendants. | Case No. 18-cr-567 (VSB) |

## DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR DECEMBER 18, 2018 STATUS CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the December 18, 2018 Status Conference.

Rep. Collins requests that the Court proceed on December 18, 2018 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:   Washington, D.C.
         December 11, 2018

                                                          _____
                                                          Christopher Collins

I agree with and consent to my client's waiver of appearance.

Dated:    Washington, D.C.
          December 12, 2018

                                            BAKER HOSTETLER LLP

By: */s/ Jonathan R. Barr*

Jonathan R. Barr (*pro hac vice*)
Kendall E. Wangsgard
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
T: 202.861.1500
F: 202.861.1783
jbarr@bakerlaw.com
kwangsgard@bakerlaw.com

Jonathan B. New
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
T: 212.589.4200
F: 212.589.4201
jnew@bakerlaw.com

SO ORDERED:

Dated:    New York, New York
          December ___, 2018           _____
                                       VERNON S. BRODERICK, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        Plaintiff,

v.

CHRISTOPHER C. COLLINS et al.,

        Defendants.

Case No. 18-cr-567 (VSB)

### DEFENDANT CAMERON COLLINS'S WAIVER OF APPEARANCE FOR DECEMBER 18, 2018, STATUS CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Cameron Collins waives his right to be present in open court for the December 18, 2018, Status Conference.

Mr. Collins requests that the Court proceed on December 18, 2018, in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial on February 3, 2020, the date set by the Court at the last pretrial conference.

Mr. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:    Asbury Park, New Jersey
             December 11, 2018

*(signature)*
_____
Cameron Collins

I agree with and consent to my client's waiver of appearance.

Dated:      Washington, D.C.
               December 12, 2018

                                            CROWELL & MORING LLP
                                            By: _____

                                            Rebecca M. Ricigliano
                                            590 Madison Avenue
                                            New York, New York 10022
                                            T: 212-895-4268
                                            rricigliano@crowell.com

                                            Thomas A. Hanusik
                                            Patrick S. Brown (admitted *pro hac vice*)
                                            1001 Pennsylvania Avenue NW
                                            Washington, DC 20004
                                            T: 202-624-2530
                                            thanusik@crowell.com
                                            pbrown@crowell.com

SO ORDERED:

Dated:      New York, New York
               December ___, 2018

                                            _____
                                            VERNON S. BRODERICK, U.S.D.J.