UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    Plaintiff,

v.

CHRISTOPHER C. COLLINS et al.,

    Defendants.

Case No. 18-cr-567 (VSB)

### DEFENDANT CAMERON COLLINS'S WAIVER OF APPEARANCE FOR DECEMBER 18, 2018, STATUS CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Cameron Collins waives his right to be present in open court for the December 18, 2018, Status Conference.

Mr. Collins requests that the Court proceed on December 18, 2018, in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial on February 3, 2020, the date set by the Court at the last pretrial conference.

Mr. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:    Asbury Park, New Jersey
            December 11, 2018

_____
Cameron Collins

I agree with and consent to my client's waiver of appearance.

Dated: Washington, D.C.
December 12, 2018

                                         CROWELL & MORING LLP
                                         By: /s/ Rebecca M. Ricigliano

                                         Rebecca M. Ricigliano
                                         590 Madison Avenue
                                         New York, New York 10022
                                         T: 212-895-4268
                                         rricigliano@crowell.com

                                         Thomas A. Hanusik
                                         Patrick S. Brown (admitted *pro hac vice*)
                                         1001 Pennsylvania Avenue NW
                                         Washington, DC 20004
                                         T: 202-624-2530
                                         thanusik@crowell.com
                                         pbrown@crowell.com

SO ORDERED:

Dated: New York, New York
December 17, 2018

                                         /s/ Vernon S. Broderick
                                         Vernon S. Broderick
                                         United States District Judge