UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. COLLINS, et al.,<br><br>Defendants. | Case No. 18-cr-567 (VSB) |

**DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR DECEMBER 18, 2018 STATUS CONFERENCE**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the December 18, 2018 Status Conference.

Rep. Collins requests that the Court proceed on December 18, 2018 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:  Washington, D.C.
        December 11, 2018

                                                    /s/ Christopher Collins
                                                    Christopher Collins

I agree with and consent to my client's waiver of appearance.

Dated:     Washington, D.C.
             December 12, 2018

        BAKER HOSTETLER LLP

        By: */s/ Jonathan R. Barr*

Jonathan R. Barr (*pro hac vice*)
Kendall E. Wangsgard
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
T: 202.861.1500
F: 202.861.1783
jbarr@bakerlaw.com
kwangsgard@bakerlaw.com

Jonathan B. New
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
T: 212.589.4200
F: 212.589.4201
jnew@bakerlaw.com

SO ORDERED:

Dated:     New York, New York
            December 17, 2018

Vernon S. Broderick
United States District Judge