```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                             :
UNITED STATES OF AMERICA,                :
                                                                             :
               -v-                                 :
                                                                             :            18-CR-567 (VSB)
CHRISTOPHER COLLINS, et al.,              :
                                                                             :                **ORDER**
                                Defendants.        :
                                                                             :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On December 18, 2018, I held a status conference in this matter. For the reasons stated on the record at the December 18, 2018 conference, it is hereby:

       ORDERED that, on or before January 17, 2019, the parties shall submit a joint letter detailing the status of the outstanding issues discussed on the record, including the status of the document production of the Securities and Exchange Commission ("SEC"), and propose a motion schedule, if needed, for a motion related to SEC documents;

       IT IS FURTHER ORDERED that, on or before February 8, 2019, Defendants shall file their motion with regard to the discovery issues discussed on the record (related to the Speech or Debate Clause, bill of particulars, *Brady* issues, *Bruton* issues, document discovery issues, etc.). The Government shall file its opposition on or before March 8, 2019, and Defendants shall file a reply on or before March 22, 2019.

IT IS FURTHER ORDERED that to the extent an evidentiary hearing is necessary on any motion(s) the hearing will begin on September 5, 2019 at 10:30 a.m. and will continue if needed on September 6 at 10:30 a.m.

SO ORDERED.

Dated: January 7, 2019
New York, New York

Vernon S. Broderick
United States District Judge