UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTOPHER COLLINS,<br>CAMERON COLLINS, and<br>STEPHEN ZARSKY,<br><br>Defendants. | 18 Cr. 567 (VSB) |

## DECLARATION OF REBECCA M. RICIGLIANO

1.    I am a partner at Crowell & Moring LLP, counsel for defendant Cameron Collins in the above-captioned matter.

2.    I submit this declaration in support of the motion by Christopher Collins, Cameron Collins, and Stephen Zarsky (the "Defendants") requesting that this Court order the government to provide a bill of particulars. I further submit this declaration to provide the certification required pursuant to Local Criminal Rule 16.1.

3.    On December 10, 2018, the Defendants submitted a letter to the government requesting a bill of particulars specifying a number of allegations in the Indictment.

4.    On December 28, 2018, the government responded by letter, in which the government voluntarily provided limited responses to certain of Defendants' requests for particulars but expressed its view that a bill of particulars is not required in this case. In its letter, the government declined to respond to the remainder of the Defendants' requests.

5.    Defendants' counsel conferred with the government in a good faith effort to resolve the issues raised by the Defendants' motion for a bill of particulars but were unable to reach an agreement.

Dated: February 7, 2019

Respectfully submitted,

*Rebecca M. Ricigliano*
Rebecca M. Ricigliano
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 895-4268
Email: rricigliano@crowell.com

Thomas A. Hanusik
Patrick S. Brown (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2530
Email: thanusik@crowell.com

*Attorneys for Cameron Collins*

Jonathan B. New
BAKER HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4650
Email: jnew@bakerlaw.com

Jonathan R. Barr (admitted *pro hac vice*)
Kendall E. Wangsgard
BAKER HOSTETLER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 861-1534
Email: jbarr@bakerlaw.com

*Attorneys for Christopher Collins*

Mauro M. Wolfe
Amanda L. Bassen
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1017
Email: mmwolfe@duanemorris.com

*Attorneys for Stephen Zarsky*