**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTOPHER COLLINS,<br>CAMERON COLLINS, and<br>STEPHEN ZARSKY,<br><br>                    Defendants. | 18 Cr. 567 (VSB) |

**NOTICE OF DEFENDANTS' MOTION FOR THE PRODUCTION OF**
***BRADY* AND RULE 16 MATERIAL**
**AND LOCAL RULE 16.1 STATEMENT**

**PLEASE TAKE NOTICE THAT** Christopher Collins, Cameron Collins, and Stephen Zarsky, defendants in the above-captioned action, hereby present this motion seeking an order compelling the production of materials pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and Federal Rule of Criminal Procedure 16 (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that the Motion is made and based on this Notice of Motion, the annexed Memorandum of Law filed concurrently in support hereof, the Declaration of Kendall Wangsgard, Esq., and on such other pleadings, records, oral and documentary evidence and arguments as may be presented to the Court; and

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed on or before March 8, 2019.

**LOCAL RULE 16.1 STATEMENT.** It is hereby certified that the Motion is made following conference of counsel to discuss the relief requested. Counsel for the parties have telephonically met-and-conferred on in good faith to resolve by agreement the issues raised by

the Motion. However, the parties have been unable to reach agreement with respect to the issues raised in the Motion.

                                                      Respectfully submitted,

New York, New York
February 8, 2019

                                        BAKER HOSTETLER LLP
                                        By: /s/ *Jonathan B. New*
                                        Jonathan B. New
                                        45 Rockefeller Plaza
                                        14th Floor
                                        New York, NY 10111
                                        T: 212.589.4200
                                        F: 212.589.4201
                                        jnew@bakerlaw.com

                                        Jonathan R. Barr (*pro hac vice*)
                                        Kendall E. Wangsgard
                                        Washington Square, Suite 1100
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC 20036
                                        T: 202.861.1500
                                        F: 202.861.1783
                                        jbarr@bakerlaw.com
                                        kwangsgard@bakerlaw.com

                                        *Attorneys for Christopher Collins*


                                        Rebecca M. Ricigliano
                                        CROWELL & MORING LLP
                                        590 Madison Avenue, 20th Floor
                                        New York, New York 10022
                                        T: 212.895.4268
                                        rricigliano@crowell.com

                                        Thomas A. Hanusik
                                        Patrick S. Brown (*pro hac vice*)
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue, NW
                                        Washington, DC 20004
                                        T: 202.624.2530

thanusik@crowell.com
pbrown@crowell.com

*Attorneys for Cameron Collins*


Mauro M. Wolfe
Amanda L. Bassen
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
T: 212.692.1017
mmwolfe@duanemorris.com
abassen@duanemorris.com

*Attorneys for Stephen Zarsky*