UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

UNITED STATES OF AMERICA,     Plaintiff,     Case No. 18 cr. 567 (VSB)

-against-

CHRISTOPHER COLLINS, et al.     Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jonathan Adam Forman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JF1980     My State Bar Number is: 4520227

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Fried, Frank, Harris, Shriver & Jacobson LLP
FIRM ADDRESS: One New York Plaza, New York, New York 10004
FIRM TELEPHONE NUMBER: 212.859.8000
FIRM FAX NUMBER: 212.859.4000

NEW FIRM:
FIRM NAME: Baker & Hostetler LLP
FIRM ADDRESS: 45 Rockefeller Plaza, New York, New York 10111
FIRM TELEPHONE NUMBER: 212.589.4200
FIRM FAX NUMBER: 212.589.4201

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 18, 2019

/s/ Jonathan A. Forman
ATTORNEY'S SIGNATURE