DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
DEPUTY GENERAL COUNSEL

KIMBERLY HAMM
ASSOCIATE GENERAL COUNSEL

MEGAN BARBERO
ASSOCIATE GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

KRISTIN A. SHAPIRO
ASSISTANT GENERAL COUNSEL

BROOKS M. HANNER
ASSISTANT GENERAL COUNSEL

SARAH E. CLOUSE
ATTORNEY

March 26, 2019

**VIA ELECTRONIC CASE FILING**

The Honorable Vernon S. Broderick
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *United States v. Collins*, No. 1:18-cr-567-VSB (S.D.N.Y.)

Dear Judge Broderick:

I write to follow up on my March 22, 2019 letter to the Court regarding the decision of the U.S. House of Representatives ("House") to seek leave to file as *amicus curiae* in the above-captioned matter to present the House's views on the proper application of the Speech or Debate Clause, U.S. Const. art. I § 6, cl. 1, and legal issues related to congressional documents and information. The Bipartisan Legal Advisory Group of the House, which "speaks for, and articulates the institutional position of, the House in all litigation matters,"[1] has authorized my office to seek leave to file as *amicus curiae*. As indicated in my March 22 letter, the House will file its motion for leave to appear as *amicus curiae* and the proposed *amicus curiae* brief no later than Tuesday, April 2, 2019.

Thank you for your consideration of this matter.

Sincerely,

Douglas N. Letter
General Counsel

---

[1] Rule II.8(b), Rules of the U.S. House of Representatives, 116th Cong. (2019).

The Honorable Vernon S. Broderick
March 26, 2019
Page 2


cc:    All counsel who have appeared in this case (via ECF)