

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2019

**BY ECF**

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Christopher Collins, et al.</u>, 18 Cr. 567 (VSB)

Dear Judge Broderick:

    On April 3, 2019, the Court accepted for filing a brief on behalf of the United States House of Representatives concerning the scope of the Speech or Debate Clause. Because the amicus brief raises arguments and cites authorities that were not addressed in the parties' briefing, the Government respectfully requests permission to file a short letter response no later than April 19, 2019.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

        By:      /s/   Scott Hartman
                       Scott Hartman/Max Nicholas/Damian Williams
                       Assistant United States Attorneys
                       (212) 637-2357/1565/2298

cc:  All defense counsel (by ECF)