590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



Rebecca Monck Ricigliano
(212) 895-4268
RRicigliano@crowell.com

May 1, 2019

**VIA CM-ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Christopher Collins et al.*, 18 Cr. 567 (VSB) (S.D.N.Y.)

Dear Judge Broderick:

We represent defendant Cameron Collins in the above-referenced matter.  We submit this letter request jointly on behalf and with the consent of defendants Cameron Collins, Christopher Collins, and Stephen Zarsky (collectively, the "Defendants").

By order dated today, May 1, 2019, the Court scheduled oral argument regarding the Defendants' discovery motions for May 3, 2019 at 2:30 PM ("the May 3 Conference").  Although the Defendants will attend the May 3 Conference if necessary, at least one of the Defendants has a pre-planned, out-of-state event on that date.  In addition, the issues to be addressed during the May 3 Conference do not appear to require the presence of any of the Defendants.  Defendants' counsel will be present in the courtroom and prepared to address the issues and questions raised by the Court.

Therefore, Defendants respectfully request, pursuant to Federal Rule of Criminal Procedure 43(b)(3), that the Court excuse them from personally appearing at the May 3 Conference.

We have conferred with counsel for the government, who do not object to this request.  Should the Court grant this request, Defendants' counsel will file appropriate waivers of appearance for each Defendant in advance of the May 3 Conference.

The Honorable Vernon S. Broderick
May 1, 2019
Page 2

                                       Respectfully submitted,

                                       */s/ Rebecca M. Ricigliano*
                                       Rebecca M. Ricigliano
                                       CROWELL & MORING LLP
                                       590 Madison Avenue, 20th Floor
                                       New York, New York 10022
                                       Telephone: (212) 895-4268
                                       Email: rricigliano@crowell.com

                                       Thomas A. Hanusik
                                       Patrick S. Brown (admitted *pro hac vice*)
                                       CROWELL & MORING LLP
                                       1001 Pennsylvania Avenue, NW
                                       Washington, DC 20004
                                       Telephone: (202) 624-2530
                                       Email: thanusik@crowell.com

                                       *Attorneys for Cameron Collins*

cc:      All counsel of record (*via CM-ECF*)