UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    Plaintiff,

v.

CHRISTOPHER C. COLLINS, et al.

    Defendants.

Case No. 18-cr-567 (VSB)

---

### DEFENDANT STEPHEN ZARSKY'S WAIVER OF APPEARANCE FOR MAY 3, 2019 ORAL ARGUMENT

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Stephen Zarsky waives his right to be present in open court for the May 3, 2019 oral argument.

Mr. Zarsky requests that the Court proceed on May 3, 2019 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Mr. Zarsky further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:    Summit, NJ
           May 2, 2019

                                            _____
                                            Stephen Zarsky

I agree with and consent to my client's waiver of appearance.

Dated:       New York, NY
             May 2, 2019              DUANE MORRIS LLP

                                      By:  /s/ *Mauro M. Wolfe*
                                           Mauro M. Wolfe
                                           Amanda Bassen
                                           1540 Broadway
                                           New York, New York 10036
                                           (212) 692-1000
                                           *Attorneys for Defendant Stephen Zarsky*

SO ORDERED:

Dated:       New York, New York
             May ___, 2019            _____
                                      VERNON S. BRODERICK, U.S.D.J.