UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER COLLINS,
CAMERON COLLINS, and
STEPHEN ZARSKY,

                    Defendants.

18 Cr. 567 (VSB)

## DEFENDANT CAMERON COLLINS'S WAIVER OF APPEARANCE FOR MAY 3, 2019 CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Cameron Collins waives his right to be present in open court for the May 3, 2019 oral argument regarding the Defendants' discovery motions in the above-captioned matter.

Mr. Collins requests that the Court proceed on May 3, 2019 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in court ready for trial on February 3, 2020, the trial date set by the Court in this case.

Mr. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorneys to set times and delays under the Act without his personal presence.

Dated: May 2, 2019

_____
Cameron C. Collins

I agree with and consent to my client's waiver of appearance.

Dated: May 2, 2019

Rebecca M. Ricigliano
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 895-4268
Email: rricigliano@crowell.com

Thomas A. Hanusik
Patrick S. Brown (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2530
Email: thanusik@crowell.com

*Attorneys for Cameron Collins*

SO ORDERED:

Dated: May __, 2019

_____
Vernon S. Broderick
United States District Judge