# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

May 2, 2019

**VIA CM-ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:*    United States v. Christopher Collins, et al*., No. 18-cr-567 (VSB) (S.D.N.Y.)*

Dear Judge Broderick:

We are counsel for Defendant Christopher Collins and submit this request for leave of the Court that attorneys Barr and Wangsgard be excused from Local Civil Rule 1.8, such that each attorney may bring one Personal Electronic Device into the courthouse at the May 3 Conference.

Local Civil Rule 1.8, incorporated by Local Criminal Rule 1.1, authorizes the possession of Personal Electronic Devices by administrative order. Accordingly, we respectfully request entry of such an order. We understand that any devices authorized pursuant to this request will be subject to examination for security purposes as are all other materials brought into the courthouse. Further, we have read and understand the 2016 Committee Note to Rule 1.8 regarding the continued prohibition on making any audio or video recording of any proceeding or communication with the Court.

Sincerely,

*/s/  Jonathan B. New*
Jonathan B. New
Jonathan R. Barr
Kendall E. Wangsgard
BakerHostetler LLP
212.589.4650

*Counsel for Christopher Collins*

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Honorable Vernon S. Broderick
May 2, 2019
Page 2

Attachment (proposed order)

cc:  All counsel of record (*via* CM-ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

_____ x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned__United States v._____

_____Christopher Collins, et al._____, No. _18-cr-567___.

The date(s) for which such authorization is provided is (are) _May 3, 2019_____.

| Attorney | Device(s) |
|---|---|
| 1.   Jonathan R. Barr | One Apple iPhone 8 Plus |
| 2.   Kendall E. Wangsgard | One Samsung Galaxy J3 Eclipse |
| 3. | |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated:      _____

_____
             United States Judge

Revised: February 26, 2014