UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. COLLINS, et al.,<br><br>　　　　Defendants. | Case No. 18-cr-567 (VSB) |

# DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR MAY 3, 2019 CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the May 3, 2019 Conference.

Rep. Collins requests that the Court proceed on May 3, 2019 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:　　Washington, D.C.
　　　　　May 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Christopher Collins_
　　　　　　　　　　　　　　　　　　　　　　　　　Christopher Collins

I agree with and consent to my client's waiver of appearance.

Dated:     Washington, D.C.
           May 2, 109

                                                BAKER HOSTETLER LLP

                                                By: /s/ Jonathan R. Barr
                                                Jonathan R. Barr (*pro hac vice*)
                                                Kendall E. Wangsgard
                                                Washington Square, Suite 1100
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036
                                                T: 202.861.1500
                                                F: 202.861.1783
                                                jbarr@bakerlaw.com
                                                kwangsgard@bakerlaw.com

                    Jonathan B. New

                                                45 Rockefeller Plaza, 14th Floor
                                                New York, NY 10111
                                                T: 212.589.4200
                                                F: 212.589.4201
                                                jnew@bakerlaw.com

SO ORDERED:

Dated:     New York, New York
           May ___, 2019

                                                VERNON S. BRODERICK, U.S.D.J.