UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

  Plaintiff,

v.

CHRISTOPHER C. COLLINS, et al.,

  Defendants.

Case No. 18-cr-567 (VSB)

---

## DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR MAY 3, 2019 CONFERENCE

  Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Christopher Collins waives his right to be present in open court for the May 3, 2019 Conference.

  Rep. Collins requests that the Court proceed on May 3, 2019 in his absence; agrees that his interests will be deemed represented by the presence of his attorneys, the same as if he were personally present; and further agrees to be present in Court ready for trial any date that the Court sets in his absence.

  Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:  Washington, D.C.
     May 2, 2019

                  _____
                  Christopher Collins

I agree with and consent to my client's waiver of appearance.

Dated:   Washington, D.C.
         May 2, 109

                                             BAKER HOSTETLER LLP

                                             By: /s/ Jonathan R. Barr
                                             Jonathan R. Barr (*pro hac vice*)
                                             Kendall E. Wangsgard
                                             Washington Square, Suite 1100
                                             1050 Connecticut Avenue, N.W.
                                             Washington, DC 20036
                                             T: 202.861.1500
                                             F: 202.861.1783
                                             jbarr@bakerlaw.com
                                             kwangsgard@bakerlaw.com

                Jonathan B. New

                                             45 Rockefeller Plaza, 14th Floor
                                             New York, NY 10111
                                             T: 212.589.4200
                                             F: 212.589.4201
                                             jnew@bakerlaw.com

SO ORDERED:

Dated:   New York, New York
         May __3__, 2019

                                             Vernon S. Broderick
                                             United States District Judge