```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :
            - against -                                    :      18-CR-567 (VSB)
                                                           :
                                                           :           **ORDER**
CHRISTOPHER COLLINS, et al.,                               :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/7/2019__

VERNON S. BRODERICK, United States District Judge:

On May 3, 2019, I held a conference in this matter. For the reasons stated on the record during the May 3 conference, it is hereby

ORDERED that counsel for the parties shall appear for a conference before me on May 10, 2019 at 2:00 p.m. As discussed on the record at the May 3 conference, counsel should be prepared to continue addressing the questions outlined in my previous Order, (Doc. 84).

SO ORDERED.

Dated: May 7, 2019
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge