UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       Plaintiff,

v.

CHRISTOPHER C. COLLINS, et al.,

       Defendants.

Case No. 18-cr-567 (VSB)

## DEFENDANT CHRISTOPHER COLLINS' WAIVER OF APPEARANCE FOR AUGUST 7, 2019 TELEPHONE CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as discussed during the telephone conference with the Court on August 7, 2019, Defendant Christopher Collins waived his right to participate in the August 7, 2019 telephone conference in the above-captioned matter.

Rep. Collins agreed that his interests were represented by the presence of his attorneys, the same as if he were personally present; and further agreed to be present in Court ready for trial on February 3, 2020, the trial date set by the Court in this case.

Rep. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorized his attorneys to set times and delays under the Act without being personally present.

Dated: August 8, 2019

_____
Christopher Collins

-2-

I agree with and consent to my client's waiver of appearance.

Dated:   Washington, D.C.
         August 8, 2019

                          BAKER HOSTETLER LLP

                          By: /s/ Jonathan R. Barr
                          Jonathan R. Barr (*pro hac vice*)
                          Kendall E. Wangsgard
                          Washington Square, Suite 1100
                          1050 Connecticut Avenue, N.W.
                          Washington, DC 20036
                          T: 202.861.1500
                          F: 202.861.1783
                          jbarr@bakerlaw.com
                          kwangsgard@bakerlaw.com

                          Jonathan B. New
                          45 Rockefeller Plaza, 14th Floor
                          New York, NY 10111
                          T: 212.589.4200
                          F: 212.589.4201
                          jnew@bakerlaw.com

SO ORDERED:

Dated:   New York, New York
         August ___, 2019

                          _____
                          VERNON S. BRODERICK, U.S.D.J.