UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. COLLINS, et al.<br><br>　　　　　Defendants. | Case No. 18-cr-567 (VSB) |

**DEFENDANT STEPHEN ZARSKY'S WAIVER OF APPEARANCE
FOR AUGUST 7, 2019 TELEPHONE CONFERENCE**

　　　　Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as discussed during the August 7, 2019 telephone conference with the Court, Defendant Stephen Zarsky waived his right to be present on the August 7, 2019 telephone conference in the above-captioned matter.

　　　　Mr. Zarsky agreed that his interests were represented by the presence of his attorneys, the same as if he were personally present, and further agreed to be present in Court ready for trial on February 3, 2020, the trial date set by the Court.

　　　　Mr. Zarsky further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorized his attorneys to set times and delays under the Act without being personally present.

Dated:　　　Summit, NJ
　　　　　　August 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stephen Zarsky

I agree with and consent to my client's waiver of appearance.

Dated:      New York, NY
            August 9, 2019

                                        DUANE MORRIS LLP

                                  By:   _____/s/ Mauro M. Wolfe_____
                                        Mauro M. Wolfe
                                        Amanda Bassen
                                        Sarah Fehm Stewart
                                        1540 Broadway
                                        New York, NY 10036
                                        (212) 692-1000
                                        *Attorneys for Defendant Stephen Zarsky*

SO ORDERED:

Dated:      New York, New York
            August ___, 2019

                                        _____
                                        VERNON S. BRODERICK, U.S.D.J.