UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,         :
                :
       -v-                :
                :    18-CR-567 (VSB)
CHRISTOPHER COLLINS, et al.,        :
                :    **ORDER**
          Defendants.    :
                :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2019

VERNON S. BRODERICK, United States District Judge:

On August 7, 2019, I held a telephone conference in this case. On August 26, 2019, Defendants submitted a letter providing answers to certain questions I posed at that conference. (Doc. 112.) The Government submitted a letter in response on September 3, 2019. (Doc. 115.) On September 4, 2019, the Government and Defendant Christopher Collins made a joint request by telephone to schedule a status conference. The Government requested the conference be held this week, while counsel for Defendant Christopher Collins indicated his intention to file a reply to the Government's September 3 letter, and requested a later date for the conference. Accordingly, it is hereby:

ORDERED that the parties are directed to appear for a status conference on September 12, 2019, at 10:30 a.m. in Courtroom 905, 40 Centre Street, New York, NY 10007.

IT IS FURTHER ORDERED that to the extent any Defendant intends to submit a response to the Government's September 4, 2019, letter, such reply should be filed on or before September 6, 2019.

1

SO ORDERED.

Dated: September 4, 2019
        New York, New York

Vernon S. Broderick
United States District Judge

2