```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:                      S1 18 Cr. 567 (VSB)
:
      - against -                                  :                      **ORDER**
:
:
CHRISTOPHER COLLINS, et al.,             :
:
                         Defendants.   :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On September 6, 2019, I sent a copy of my Opinion & Order on Defendants' pretrial motions, (Docs. 62–66), to the parties. Because the Opinion & Order refers to materials that were redacted or filed under seal, I have not yet filed it on the public docket. Accordingly, it is hereby:

      ORDERED that the parties are directed to submit a joint letter on or before September 11, 2019, indicating what portions of the Opinion & Order, if any, should be redacted and the rationale for such redactions.

      IT IS FURTHER ORDERED that at the status conference currently scheduled for September 12, 2019, the parties should be prepared to discuss (1) any substantive pretrial motions they wish to make, including the nature and basis for such motions; (2) amending the schedule for briefing any substantive motions; (3) whether Defendant Christopher Collins intends to file an interlocutory appeal, and if so, whether he intends to seek expedited consideration from the Second Circuit; (4) the trial schedule; (5) the schedule for the production of § 3500 material; and (6) their positions on proceeding with the trial against Defendants Cameron Collins and Stephen Zarsky as scheduled if the proceedings in the Second Circuit

involving Christopher Collins have not been completed.

IT IS FURTHER ORDERED that because the parties will be discussing scheduling at the September 12 conference, Defendants may not waive their appearances.

SO ORDERED.

Dated: September 6, 2019
      New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge