

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2019

**BY ECF**
The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Christopher Collins, et al., S1 18 Cr. 567 (VSB)

Dear Judge Broderick:

Consistent with the Court's Order of September 6, 2019, we write on behalf of the Government and all defendants to inform the Court that we do not request the redaction of any portion of the Court's September 6 Opinion and Order.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   ___/s/_____
Scott Hartman/Max Nicholas/Damian Williams
Assistant United States Attorneys
(212) 637-2357/1565/2298

cc: All defense counsel (by ECF)