Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

FILED
U.S. DISTRICT COURT
2019 SEP 20 PM 3:
S.D. OF N.Y.

Caption:

United States of America v.

Christopher Collins, Cameron Collins, and Stephen Zarsky

Docket No.: 1:18-cr-00567-VSB

Hon. Vernon S. Broderick
(District Court Judge)

Notice is hereby given that **Christopher Collins** appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other | ✓ **Opinion & Order** (specify) entered in this action on **September 6, 2019**.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial | | N/A [✓] .

Offense occurred after November 1, 1987? Yes | No [ N/A [✓]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed |___ Not committed |✓| N/A [

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

Defendant's Counsel: Jonathan R. Barr
Counsel's Address: Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100, Washington, DC 20036
Counsel's Phone: 202.861.1500

Assistant U.S. Attorney: Damian Williams, Scott Hartman, & Max Nicholas
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212.637.2200

Signature

