# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

September 30, 2019

**VIA CM-ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Christopher Collins, et al*., No. 18-cr-567 (VSB) (S.D.N.Y.)*

Dear Judge Broderick:

     We are counsel for Defendant Christopher Collins and submit this request for leave of the Court that attorneys Barr and Wangsgard be excused from Local Civil Rule 1.8, such that each attorney may bring one Personal Electronic Device into the courthouse at the October 1 Conference.

     Local Civil Rule 1.8, incorporated by Local Criminal Rule 1.1, authorizes the possession of Personal Electronic Devices by administrative order. Accordingly, we respectfully request entry of such an order. We understand that any devices authorized pursuant to this request will be subject to examination for security purposes as are all other materials brought into the courthouse. Further, we have read and understand the 2016 Committee Note to Rule 1.8 regarding the continued prohibition on making any audio or video recording of any proceeding or communication with the Court.

Sincerely,

*/s/  Jonathan B. New*
Jonathan B. New
Jonathan R. Barr
Kendall E. Wangsgard
BakerHostetler LLP
212.589.4650

Honorable Vernon S. Broderick
September 30, 2019
Page 2

*Counsel for Christopher Collins*
Attachment (proposed order)

cc:  All counsel of record (*via* CM-ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────── x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
───────────────────────────────────────── x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Christopher Collins, et al._____, No. __18-cr-567__. The date(s) for which such authorization is provided is (are) __October 1, 2019__.

| Attorney | Device(s) |
|---|---|
| 1. Jonathan R. Barr | One Apple iPhone 8 Plus |
| 2. Kendall E. Wangsgard | One Samsung Galaxy J3 Eclipse |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014