# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 18, 2019

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Christopher Collins, et al.*, No. 18-cr-567 (VSB)

Dear Judge Broderick:

    We are counsel to defendant Christopher Collins and write to request a brief extension with respect to submission of the parties' sentencing memoranda. Neither party is requesting that the January 17, 2020 sentencing date be changed.

    Sentencing is scheduled for January 17, 2020 and, pursuant to Your Honor's Chambers Rules and Practices, Mr. Collins's sentencing memorandum is due January 3, 2020 and the Government's sentencing memorandum is due January 10, 2020.

    In light of the upcoming holidays, as well as counsel's schedules and travel, we respectfully request a two business-day extension, allowing for Mr. Collins to file on January 7, 2020. We have conferred with counsel for the Government, who have no objection to this request if the Government also receives a brief extension until January 13, 2020 to file the Government's memorandum should Mr. Collins's request be granted.

Honorable Vernon S. Broderick
December 18, 2019
Page 2

Wherefore, we respectfully request that the sentencing schedule be set as follows:

Tuesday, January 7, 2020:   Mr. Collins's Sentencing Submission is to be Filed

Monday, January 13, 2020:   Government's Sentencing Submission is to be Filed

Friday, January 17, 2010:   Sentencing, 2:30pm [*unchanged*]

Sincerely,

  */s/ Jonathan B. New*

Jonathan B. New


cc:    All Counsel of Record (*via* ECF)


SO ORDERED:

Dated:    New York, New York
          December __, 2019                    _____
                                               VERNON S. BRODERICK, U.S.D.J.