# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

December 31, 2019

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 1/2/2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Christopher Collins, et al.*, No. 18-cr-567 (VSB)

Dear Judge Broderick:

     We are counsel to defendant Christopher Collins and write to request permission to redact certain material contained in letters that we anticipate filing as an exhibit to Mr. Collins' Sentencing Memorandum. Specifically, a number of letters contain the writers' personal email addresses and telephone numbers and we respectfully request permission to redact that information.[1] We believe that redacting contact information of this nature is consistent with the spirit of the Court's Privacy policy.

     We have conferred with counsel for the Government, who have no objection to this request. We will, of course, provide the Court and the Government unredacted copies of the letters.

Sincerely,

/s/ *Jonathan R. Barr*

Jonathan R. Barr

cc: All Counsel of Record (*via* ECF)

---

[1] We will also redact the five categories of sensitive information and six categories of information requiring caution as detailed in the Southern District of New York Privacy Policy.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Honorable Vernon S. Broderick
December 31, 2019
Page 2

SO ORDERED:

Dated:   New York, New York
         January __, 2020

_____
VERNON S. BRODERICK, U.S.D.J.

Case 1:18-cr-00567-VSB   Document 145   Filed 02/02/20   Page 2 of 2