

NORTHTOWN AUTOMOTIVE COMPANIES

1135 Millersport Hwy | Amherst NY 14226 | phone 716 836 4600 | northtownauto.com

October 16, 2019

Hon. Vernon B. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 11007

Dear Judge Broderick:

I am writing to you in a request for leniency in the sentencing of Chris Collins. I have known Chris for approximately 24 years. He is a neighbor of mine in Clarence, NY. HIs wife, Mary is close friends with my wife, Susan, and his daughter Caitlin is my daughter, Alexandra's, best friend.

I have always had a deep respect for Chris' business acumen, and have witnessed how he astutely turned around several failing businesses and was able to preserve the jobs of hundreds. When Chris was considering getting involved in politics, I questioned him as to his motive. I implored him to reconsider, as he was already living a very nice life as a result of his many business successes. Chris told me that his motive was simply to make the world a better place for our children and secure a better future for our next generation. I firmly believe that this was his sole motivation and respected his decision.

I have personally witnessed a tremendous act of kindness which Chris performed and, which I am guessing, is not widely known. Chris provided financial stability and housing for a woman whom was mentally, physically, and financially abused by her husband, whom later abandoned her and her children.

I am an original investor in Virionyx, which later morphed into Innate Immunotherapeutics. I was made aware of this investment opportunity by Chris, however I never received any information from Chris with respect to the progress of Innate's drug trial nor the company's prospect. As a matter of fact, I still hold all of my shares in the company, now known as Amplia.

It is my opinion that Chris simply made a poor decision out of the love for his son and his desire to not have Cameron be embarrassed in front of his new in-laws.

**051**

Page -2-

In summation, I appeal to the Court to show leniency to a man, who has been an outstanding citizen all his life except for one unlawful mistake that will affect him and his family for the rest of their lives. He has already received condemnation by the court of public opinion and has lost the title of
honorable" proceeding his name. I feel that jailing Chris, who is no threat to the public, would serve no useful purpose. Perhaps public service would be much better and more useful sentence.

Thank you for your consideration.

Sincerely,

Craig P. Schreiber
Co-President
Northtown Automotive Companies, Inc.

CPS/lr

052

**JOHN G. SCHMIDT JR., ESQ.**
**One Canalside**
**125 Main Street**
**Buffalo, New York  14203**

Hon. Vernon S. Broderick                                                                                  October 18, 2019
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:     Chris Collins

Dear Judge Broderick:

I have known Chris Collins for many years and came to know him as a friend in 2007 when I helped on his campaign for Erie County Executive.

At that time, Erie County was in financial peril, under the auspices of a "hard" control board, and many people, including me, believed that Chris was the last best hope for Erie County.  He put forth a platform of intelligent policies and fiscal restraint, was elected in a landslide victory, and kept every single promise as County Executive.  Erie County is all the better because of Chris Collins.

Chris, his family, and my family remained close, and then he decided to run for Congress.  I thought he was an outstanding Congressman and represented his district well.  He remains a friend to this day.

Hon. Vernon S. Broderick  October 18, 2019
Page 2

I am a partner at the law firm Phillips Lytle LLP. I volunteer for the Republican Party, serving as Second Vice Chair of the Erie County Republican Committee. I have also served with Chris for many years on the Board of Directors of the Greater Niagara Frontier Council of the Boy Scouts of America. Chris is an Eagle Scout, and has always been generous with his time and resources on behalf of the Boy Scouts, and the community in general.

Through my personal, professional, and civic activities, I have observed Chris on many levels. Through his office, and as a community and business leader, I have always known Chris to be hardworking, honest, of high moral character, and dedicated to his wife, Mary Sue, and his children, two of whom I know, Cameron and Caitlin. Chris was not somebody who needed to engage in government service — he saw it as an opportunity for community service. The communities in which he served benefitted from his intelligence, hard work, decisiveness, and strength of character. I have always admired Chris a great deal. I have no doubt that his present circumstances are personally devastating for him and his family. As a friend, I too find it devastating.

While it is impossible to dispute the plea that Chris consented to, I truly believe this incident was an aberration that should not define him as a person. Chris was a true public servant who always stood by his beliefs and saw them through for the betterment of the community.

Thank you for considering this letter.

Respectfully submitted,

John G. Schmidt Jr., Esq.

**054**



*Oxygen Generating Systems Intl.*
Division of Audubon Machinery Corporation

October 21, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Reference:     Chris Collins

Dear Judge Broderick,



I have known Chris Collins for nearly 20 years and have been a business partner of his since 2004. Although we are not especially close, we have traveled internationally to trade shows and worked a lot together on business matters. I consider Chris to be a friend, and I think I know a side of him that others may not.

Chris has been a learned mentor for my other partner and I on business matters. He has helped the company we run in many ways. What most people may not know is that his mentoring included the softer side of business, especially when it came to treating employees. He seemed to have a great appreciation of the value that ALL people have in an organization, and that they always need to be respected. Here are examples of some occasions when Chris went above and beyond to support people in the organization;



1) He encouraged us to offer loans to employees that had urgent needs.
2) Chris recommended helping an employee financially who was going thru a bankruptcy.
3) He helped us support an employee who was going to lose property due to back taxes.
4) Chris backed us when we bailed out an employee who was incarcerated due to cascading traffic offenses. His family did not have the means to post bond.

Although on their own these instances do not seem great, I think they indicate a level of compassion that Chris has that is not always apparent to people that don't know him well. He taught us lessons in business ethics that are important. <u>He is a good man</u>.

I know Chris has a lot of remorse for what he did. How it has affected his former constituents, friends & especially his family. One bad decision after a lifetime of good and noble decisions will haunt him for the rest of his life. However, I know Chris with his "guess what, now what" mindset will persevere and will show us all he is the good man that people like me know he is.

Thank you sir for your consideration.

Sincerely,

*Robert F. Schlehr*

Robert F. Schlehr
VP Sales & Marketing

814 Wurlitzer Drive ▲ North Tonawanda, New York 14120 ▲ Phone 716/564-5165 ▲ Fax 716/564-5173 ▲ www.ogsi.com

**055**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject:   United States v. Christopher Collins

Dear Judge Broderick,

I have known Chris Collins for twenty-eight years in both a personal and professional capacity. Knowing him for nearly three decades makes me well suited to speak to his quality of character and the positive impact he has made in Western New York through his public and community service.

While my personal relationship with the Collins family began when our children were born and attended pre-school together, my professional relationship with Chris began when he asked me to serve on his transition team after being elected Erie County Executive. I have been very involved in community service in Western New York my entire adult life and served as the President of the Junior League of Buffalo. Chris felt my intimate knowledge of the needs of our community from a non-profit standpoint would be beneficial to his goals of improving Erie County through his service as Erie County Executive. I was honored to serve on his leadership transition team for six months. Chris believed strongly in fiscal responsibility for Erie County and choose to donate his entire salary as County Executive to local non-profits as long as the budget was not balanced. This demonstrated his strong commitment to the residents of Erie County that he was serious about fiscal reform and accountability. He asked me to chair the Brighter Future Fund which was endowed by his and his Deputy County Executive's salary. Our steering committee was comprised of a diverse group of citizens with an intimate knowledge of the unmet social service needs of Erie County. Over a period of 18 months, at which time the county budget was balanced, the fund donated nearly $300,000 to charity. A significant impact was made in Erie County through his generosity, vision and leadership. This is who Chris Collins really is. Someone who wanted to achieve what no other leader in Erie County had achieved in decades, someone who wanted to improve the community and someone who believed in strong leadership with compassion.

Chris Collins has mentored hundreds of students and young people in Western New York. He has created a strong working wage for hundreds of families. He has created strong companies with strong values and left Erie and Niagara Counties better than he found them through his service as County Executive and Congressman. He has led an exemplary life, one which anyone could and should be proud of. I know he feels he has let many people down, especially his family, his friends and his constituents. Chris Collins' criminal conduct was an aberration and not who Chris truly is. I hope that Chris Collins will be judged on the entirety on his life's work and not on the actions of a single day.

With deepest thanks and respect for the opportunity to provide you this information.

Theresa Jehle
Brighter Future Fund Chair

**056**

**MAUREEN GRIFFIN TOMCZAK**

Snyder, NY 14226

November 18, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square    New York, NY 10007

Dear Judge Broderick,

My name is Maureen Griffin Tomczak. I am married with three children and am a lifelong resident of Western New York. I spend much of time assisting various not for profit organizations in and around Buffalo.

I have known Former Congressman Chris Collins for over fifteen years. He and I first met through my father. My dad supported Mr. Collins' run for Erie County Executive and later for Congress. More recently, during his time as Congressman Chris was a strong supporter of the Alzheimer's Association of WNY of which I sit on the Board of Directors. As Congressman, Chris also sat on the bipartisan Congressional Task Force on Alzheimer's Disease which worked to unanimously pass the National Alzheimer's Project Act (PL-111-375). The Task Force has been instrumental in securing funding for research at the National Institutes of Health and raising awareness of this disease through congressional briefings.
In addition to Chris being an advocate for those living with Alzheimers Disease he has also been a champion of air travel safety working closely with the families of victims of flight 3407. As Congressman Chris worked hard to improve aviation safety by working with the current Department of Transportation Secretary ensuring a minimum number of hours of flight experience before piloting as a commercial pilot. Chris has also worked to see that regulations were put into place to ensure and improve the safety of regional air traffic.

**057**

On a more personal note my son worked for Chris on Capital Hill in 2017 as an intern. During his time in the Congressman's office John learned from Chris the importance of listening to people on both sides of an issue. Chris did his best to understand the issues that affected his constituents and was an effective legislator doing what was best for most.

I was both troubled and disappointed to learn of the mistakes Chris has made as I have known him to be an engaged and hardworking public servant, citizen, and advocate. It is because of his work in the community that I am writing this letter of reference on his behalf. While I understand the seriousness of his actions I hope the court will show some leniency given his service to our community and to the country.

Though his misconduct has surprised me his show of remorse and his willingness to accept responsibility for his actions has not.

It is my sincere hope that the court take this letter of support into consideration at the time of sentencing. Though Chris and I don't agree on much politically I know him to be a good person. My prayers are with him and his family. I pray that those he hurt will be restored and that his family remains supportive of one another.

Sincerely,

*Maureen Griffin Tomczak*
Maureen Griffin Tomczak

# Eastman®
*Over a Century of Cutting Expertise*

November 20, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject: United States v. Christopher Collins

Dear Judge Broderick,

    I am writing on behalf of Chris Collins who I have known both personally and professionally for over thirty years. I became acquainted with Chris as a fellow Member of the Young Presidents Organization, which is a global organization of presidents organized into local chapters around the world. As the president of the Eastman Machine Company, a 131 year old family manufacturing business located in Buffalo, I was impressed by Chris' determination to make sure that the businesses he was involved with such as Buffalo China and the former Westinghouse Gear, Chris remained and stayed part of the Buffalo business community. Like myself, he strongly believed in the necessity to support local manufacturing as a key to maintaining the viability of our community.

    When he was elected as Erie County Executive, he continued his pro-business and economic strategy. I too believe that when a community has economic health, it benefits all its members. Later as congressman he stayed true to his beliefs.

    One of his concerns that personally affected me was his interest in bringing lifesaving drugs to the market faster. [redacted] Obviously when I learned of the company Innate Immunotherapy which Chris has invested in, I was happy to invest as well. I personally felt that development of the drug the company was researching would improve the prospects for individuals who depend upon the efficacy of an immunotherapy drug to help them in their battle with cancer. It was a disappoint that the results of the trial did not work out not because of financial reasons but because if the treatment had been effective many more lives could be extended, improved or even saved.

    To me as a friend Chris has always demonstrated the utmost integrity. I know he has great remorse for his lapse in judgement regarding his role as a director with Innate, and wishes that he could have changed his action that resulted in his guilty plea. However, what he has done and worked for over the course of his career and life has always been a desire to help his community and improve the health and conditions of his constituents by working on bills that would benefit them.

    In short, despite the fact that I lost my investment I don't blame Chris and still consider him a friend. I would ask that you respectfully consider the entire career of Chris on both business and government when you rule on his sentence and not invoke his sentence based on a single moment of poor judgement.

All my best,

*Robert L Stevenson*

Robert L. Stevenson
President & CEO

Eastman Machine Company
779 Washington Street, Buffalo, NY 14203 | p: +1-716-856-2200 | f: +1-716-856-1140
www.eastmancuts.com

**059**

November 20, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Chris Collins

Dear Judge Broderick,

My name is Sawrie Becker and I am writing to you on behalf of Chris Collins. I have known Chris since 1979 when my late husband was transferred to the Buffalo Westinghouse plant and worked as an engineer in the Gear Division along with Chris. My husband and I were both from the south and had no family in Buffalo so we enjoyed getting to know Chris, who had also recently moved to the area, socially and we developed a special bond and friendship that would last throughout the years. During those early years in Buffalo, we socialized together, skied and traveled together and we attended Chris's wedding to his wife Mary and watched as they raised a strong, healthy family. It was always my impression that Chris was a very loving, generous provider for his family and a loyal, faithful husband to Mary.

As a bright and ambitious businessman, Chris seized a great opportunity to purchase a product line from Westinghouse when the company was shutting down their manufacturing plant in Buffalo. It was at this time, during the mid-1980's when Buffalo was struggling economically, that Chris engaged my husband and two other partners to form Nuttall Gear. This new company provided jobs for hundreds of people at a time when manufacturing jobs in Buffalo had greatly decreased. My impression of Chris as he and his partners grew Nuttall Gear was that he was determined to have it succeed and was a fierce advocate for the company and their employees. Chris made a special effort to build a community among the employees with annual summer picnics, Christmas parties and employee recognition. The formation of Nuttall Gear is what enabled my husband and me to be able to stay in Buffalo and raise our own family of three sons who have also remained in Buffalo growing their families.

Eventually, the partners sold Nuttall Gear and went their separate ways pursuing other interests and remaining friends. When Chris learned that my husband was suffering from a progressive neurological condition that eventually took his life, he extended himself to our family in a way that was instrumental in how our family survived during some extremely challenging times. Chris helped me to secure employment to provide for my husband and family and to have insurance that would cover my husband's severe medical needs. Chris also generously donated his own resources toward providing an event for my husband for his family, friends and

**060**

colleagues to gather to share and celebrate their love for him.  It is really hard to accurately articulate how meaningful and impactful these acts of largess from Chris were for our family - this is the Chris Collins that I know.

Thank you for taking the time to read this letter of support for Chris and for your consideration of the positive experiences and impressions of Chris's character that I have known as you make your decision.

Sincerely,

*Sawrie Becker*

Sawrie Becker

**061**