Hon. Vernon S. Broderick  October 19, 2019
United States District Judge
Southern District of New York
Thurgood Marshall U S Courthouse       Re: Chris Collins
40 Foley Square
New York, N.Y. 10007

Dear Judge Broderick,

   I am writing to you as a long time personal friend, co-worker, and past business partner of Chris Collins.

   Chris and I first became acquainted in 1975 as co-workers at the Westinghouse Motor & Gearing plant in Buffalo New York. We worked in the marketing department together for three years before I was transferred to a new assignment in Charlotte North Carolina. We continued our personal and business relationship and in 1982 joined together to purchase the Westinghouse Gearing Division in Buffalo. We named the new company Nuttall Gear Corporation after it's original founder and moved the operations up the road to Niagara Falls. There we worked together as business partners and co-owners for the next fifteen years. It was during this period of time that I really got to know Chris. As the owners and active managers of that business, decisions had to be made every day that affected the well being and future of 100+ employees, relationships with customers, contracts, finances, and the interests of stockholders. I never witnessed any time that Chris exhibited anything but a strong desire to serve our customers, honesty and integrity in all he did, and a real commitment to making Nuttall Gear a better company for each and every employee. His dedication to all of our employees was so strong that we turned down several attractive offers by potential purchasers of the company because it was unclear what their future plans for Nuttall were. We did not want to see Nuttall consolidated or relocated by a new owner resulting in the loss of those jobs in Western N.Y. Nuttall was eventually sold in 1997 to a company that we felt had no intentions to relocate operations. To this day Nuttall Gear continues to manufacture at our original location in Niagara Falls, N.Y.

   Since the sale of Nuttall Chris and I have continued our friendship and also shared business relationships. We were both investors and fellow board members for a Detroit company, Easom Automation, until that company was sold in 2015.

   I have written to you as a person who has known Chris Collins for over forty years as a personal friend, business partner, and strong family man. Chris is an honest and good person. I hope my experience and knowledge of Chris can be of value to you. Thank you for considering my letter.

Sincerely,

*W. C. Kolkebeck*

W. C. Kolkebeck

Hilton Head, S.C.
29926

**062**

Margaret Saeli

████████████

East Amherst, New York 14051

December 10, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject:   United States v. Christopher Collins

Dear Judge Broderick:

    I have known Chris Collins for approximately twenty-six years in a personal capacity. Chris' wife Mary and I became close friends and I got to know Chris through Mary. My son and their son Cameron became friends, and our friendship bonded through our boys. During that time our husbands became friends and we became friends as couples. As couples we spent a lot of time together going out to dinner and movies, and attending our children's' events

    Even though Chris had a very demanding job, he was very involved with his son's life and he also became involved with my son's life. He engaged with both of them in many activities including taking them trick-or treating, taking them to a Pokémon convention, golf practice, swim practice, gymnastics practice and many other activities the boys were involved in at the time. Chris also spent many hours mentoring our sons, as well as many of Cameron's other friends. Chris was patient and kind when engaging with children. He was very involved in Boy Scouts and became the leader of his son's troop in Clarence New York. Chris spent countless hours planning volunteer activities for his son and his Boy Scout troop. Through Chris's mentoring his son Cameron became an Eagle Scout before he graduated from high school.

**063**

Chris is also a very generous person. I know that he helped one of their friends who was in financial trouble.

I feel confident that I can vouch for Chris's character, accomplishments and achievements and I hope that this isolated incident will not define Chris's character as an upstanding person in his community.

This unfortunate incident does not tell the full story of who Chris is. He is a considerate and nurturing husband, father and friend. I respectfully request that you consider this in determining Chris's sentence.

Sincerely,

*Margaret Saeli*

Margaret Saeli



# True Treasures
**Consigned Furniture & Antiques**

Paul R Shine
111 US 1
North Palm Beach Florida 33408
October 21, 2019[Recipient Name]

"United States V. Christopher Collins"

Dear Hon. Vernon S. Broderick,

My name is Paul R Shine and I'm writing on behalf of Chris Collins as a citizen of the United States. I am not a political ally and I don't condone the behavior which the defendant has admitted to doing. I have known Chris Collins for over 25 years as a fellow business associate and member of The Young President's Organization. What I am most interested in the best way for the defendant to pay his debt to society.

It is your discretion to sentence him to incarceration up to the legal limits. If incarcerated he will read books, exercise and wait for his sentence to pass. Our society will not be any better served. Chris Collins possesses a unique set of skills. He is one of the most strategic tacticians in business. Couple this with his intimate knowledge of government and his excellent communication skills makes him a desirable candidate to teach our youth about business. Community service to teach and develop underprivileged and economically disadvantaged individuals would be a far greater benefit to our society than allowing him to catch up on his reading. He could work with older citizens who have been displaced and need guidance to reinvent themselves. I am sure that



**True Treasures**

Consigned Furniture & Antiques

Hon. Vernon S. Broderick

October 21, 2019

Page 2

there are other possibilities which he could fulfill which would be a positive legacy on this unfortunate incident.

Your Honor I understand looking out for the integrity of the financial system. I also understand in appearance and future deterrents. I ask you to consider what is best for our nation. I don't condone what he admitted to but I also don't want the people of the United States to forgo an opportunity which can positively influence the lives of our citizens who would never have had the opportunity to be exposed to this type of training or access to an extraordinary skill set had it not been ordered by yourself.

I thank you for all and any consideration of my thoughts.

Paul R Shine

October 22, 2019

Hon. Vernon S. Broderick, United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse 40 Foley Square
New York, NY 10007

Dear Judge Broderick: I am writing in reference to my friend and business associate, Christopher Collins. Chris is a great family man, a good and concerned Congressman, and a friend to many. As a family man, he has never wavered in his love for his wife and children. He is often seen throughout Clarence (our mutual hometown) with his wife and kids at his side; even though his lifestyle is very public, the relationships never look fractured. It is refreshing to see how he truly enjoys being with his family, as most business and political figures appear less than sincere.

As a Congressman, Chris has sponsored beneficial and common sense legislation including:
<u>Medical issues</u>: *Protect the Uninsured, Patient Safety and Toxicology Modernization, Home Health Care Planning Improvement, Diabetic Eye Disease Prevention, Better Accounting for Medicaid Costs;*
<u>Veteran affairs</u>: *Renovate and Enhance Veterans Meeting Halls and Posts, Breaking Barriers for Women Veterans, ACT for Veterans;*
<u>Small Business matters</u>: *Helping Labor Personnel on Farms, Main Street Revival, Denying foreign investors Access to U.S. Small Business Aid;*
<u>Ultimately, he has been concerned with issues that affect, protect, and enhance our Community</u>: *Fairness to Pet Owners, Kids Before Cons, Prioritizing the Most Vulnerable Americans, Firefighter Cancer Registry, Care for our Heroes.* (reference https://www.congress.gov/member/chris-collins/C001092)

These are only a few examples, and Chris has also co-sponsored much more legislation, including environmental acts. A few years ago, I mentioned to Chris that we were starting a "green" development in his district. He immediately knew it was a worthy project, not only for the environment, but also for the community; he offered his help and service to move it forward. Ultimately, we received an award for the best green development in the United States. To this day, Chris proclaimed a day for Rivera Greens, servicing the environment and the community. I will never forget his thoughtfulness, understanding, and insight in realizing what a positive impact building green would have on the community with which he served.

On the personal side, Chris can be called upon without notice to help with any situation that's needed.
His selfless acts and desire to serve the people have been impactful at every level. It is with sincere regret on my part and many, many others who offer Chris our unwavering support, that he will not be able to continue as US congressman. Judge, I ask that when making your decision regarding the sentence, you please view all the good that Chris has accomplished as a family man, a business person, a US Congressman and a friend, and know that so many of us unequivocally vouch for him.

I am sure the current situation is taxing on all of Chris' relationships, but because he has developed such strong bonds within his family structure, they will survive - although his time away will be very difficult. I hope it may be taken into consideration that Chris is remorseful, and over the years, he has been a dedicated servant of the people and a devoted family man and friend. Maybe this and his genuine good nature might help you to consider reducing his time away.

Sincerely,

Angelo Natale
Natale Building Corp., President

**067**

Victor A. Martucci

████████████

Clarence, New York 14031

November 21, 2019

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Court House
40 Foley Square
New York, New York 10007

    RE:    **United States v. Christopher Collins**

Dear Judge Broderick:

I am writing on behalf of my friend Chris Collins, whom I have known personally and professionally for nearly twenty years. Chris Collins is a good and decent family man, an honest and trustworthy member of our community, a successful businessman and a hard working and dedicated public servant. It is for these reasons that I respectfully write to you on his behalf.

I first met Chris nearly twenty years ago when my son joined the Cub Scouts in our hometown of Clarence, New York. I remember the scene one night in an elementary school gym being loud and chaotic, the coming together of dozens of boys of all ages representing the several "dens" that made up the Clarence Chapter of the Boy Scouts. When it was time for the meeting to begin, this confident gentleman stepped into the middle of the chaos, raised his hand high in the air making the peace sign, and magically order and quiet permeated the room. I remember being struck by the order and discipline this man could command simply by signaling the group with his raised hand. That gentleman, that leader was Chris Collins.

I remember clearly how Chris interacted with our kids. He was both friendly and firm at the same time, and the boys clearly liked and respected him. Kids have a way of seeing through us; they know when we are genuine. The kids in that elementary school gym that night respected their leader.

The kids' response to Chris was a direct result of the values he taught them through scouting. As I'm sure you know by now, Chris has devoted his life to scouting, including earning the designation of Eagle Scout. I am reminded of the mission of the Boy Scouts when I think about the values Chris strives to live his life by:

"It is the mission of the Boy Scouts of America to serve others by helping to instill values in young people and, in other ways, to prepare them to make ethical choices

**068**

during their lifetime in achieving their full potential." We are not perfect beings, but at his core I believe Chris strives to emulate the mission of scouting in his every day life. I witnessed first hand the patience and persistence he exhibited in teaching these values to young people engaged in scouting. And perhaps it is through his dedication to teaching the values of scouting to our youth that Chris made his most important contribution to our community.

The values Chris learned from scouting most likely is the driving force behind his decision to enter public service. Chris is a successful businessman, and most successful business people are not interested in entering the realm of public service. Chris Collins entered public service because he believed he could make government work better for his constituents. It is not my intent to rehash here Chris' accomplishments in elective office. I rather will focus on the manner in which Chris conducted himself as a public servant.

I live in the Town of Clarence and have had the privilege of voting for Chris for Congress each of the four times he was on the ballot. I attended community meetings that Chris held across his district, and I had on a couple of occasions asked Chris to intervene to help someone in our community. Each time I personally interacted with Chris he was professional, helpful and honest. He always made himself available, he listened to what I had to say, and I could always count on a direct and honest answer. Honesty and integrity were the hallmarks of the way Chris conducted public business. In hindsight it should come as no surprise that he comported himself this way; after all, these are the very same values he learned and taught through scouting.

Thank you for the opportunity to submit this letter on behalf of Chris Collins.

Sincerely,

Victor A. Martucci

**069**