

October 7, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Subject:  United States vs Christopher Collins

Dear Judge Broderick:

I have known Christopher (Chris) Collins for nearly 18 years now, and I am constantly impressed with his business acumen and intuition whenever I have the opportunity to interact with him.  He hired me as the Financial Controller of ZeptoMetrix December 2001 when ZeptoMetrix only had 12 employees and he mentored me in all aspects of operating a small business.  As ZeptoMetrix has grown over the past 18 years, Mr. Collins has advised me on the many facets of helping a developing company continue to grow successfully. ZeptoMetrix Corporation currently employs over 100 college-educated employees with college degrees ranging from BS to PhD that might otherwise not have found employment if it were not for Mr. Collins's astute business knowledge.

I think Chris Collins record as a politician stands on its own merit – and as a Congressman he has consistently voted for Bills / Acts that are for the betterment of the American citizen.  A good case in point being his "yea" vote on passage of the Federal Civilian Workforce Pay Raise Fairness Act.  He also helped turn around Erie County financially when he served as Erie County Executive.  When Mr. Collins was elected as Erie County Executive, the County was in such financial turmoil that it was being monitored by a Control Board.  Within two years of his scrutiny and efforts to correct the budget, the Control Board was allowed to be dissolved and Erie County was solvent enough operate on its own accord.  When Chris left office, Erie County was operating "in the black" for the first time in many years.

ZeptoMetrix™ Corporation
878 Main Street, Buffalo, NY 14202 | Corporate Headquarters | Research and Manufacturing Laboratories | Analytical Service Testing
25 Kenwood Circle, Franklin, MA 02038 | Molecular Diagnostics Division | Manufacturing · Distribution · Fulfillment
Customer Relations | 716-882-0920 | www.custserv.com
www.zeptometrix.com

**112**



While I do not fully understand the details associated with his guilty plea, I remain very surprised as I still cannot imagine these things would have occurred with a person that had never given me a reason to suspect any such behavior. I certainly understand that the charges are serious and must be accounted for, but I also hope that you consider his long history of successful management of businesses and political contributions.

In summary, thank you very much for accepting and considering this letter.

Sincerely,

Ronald E. Urmson

VP of Finance & CFO

ZeptoMetrix™ Corporation
878 Main Street, Buffalo, NY 14202 | Corporate Headquarters | Research and Manufacturing Laboratories | Analytical Service Testing
25 Kenwood Circle, Franklin, MA 02038 | Molecular Diagnostics Division | Manufacturing · Distribution · Fulfillment
Customer Relations | 716-882-0920 | www.custserv.com
www.zeptometrix.com

113

**Mark Mattar**

████████████████

East Amherst, NY  14051

October 24, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of NY
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY  10007

Subject: Chris Collins

Dear Judge Broderick:

I have known Mr. Chris Collins for about 20 years.  I knew Chris through his support for the Boy Scouts of America (BSA), his volunteer work at the University of Buffalo Center for Entrepreneurial Leadership (CEL) and as a business leader in the Buffalo NY area.

I am an Eagle Scout, as is Chris.  He is one of very few Eagle Scouts recognized as a Distinguished Eagle Scout at the national level.  Chris is a huge supporter of BSA, not only with his generous donations, but as someone who believes in the Scout principles of trustworthy, loyalty, helpful, generous… Chris was active in his son's scout troop as an assistant scoutmaster.  Chris helped many scouts, including  his son, earn the Eagle Scout award.   Chris could always be counted on to support Scouting with his time, talent and money.

I am a graduate of CEL.  I learned a great deal about how to grow a business thru CEL.  Today, I employ about 80 people and I owe a lot to CEL.  Part of the teaching method of CEL is to have local business leaders volunteer to  be a Mentor/Reactor for a local small business owner.  Every current student has 4-5 outside business leaders spend about 20-30 hours with them over several weeks, visiting and learning about the student's business, and helping the student develop and implement a strategic marketing plan that can then be used to grow their business.

I know Chris volunteered his time for many students in the program.  I was fortunate to serve with Chris for several  students about 10 years ago.  Chris was a great listener and strategist.  I was very impressed with the outstanding ideas that resulted from our collaboration.  Chris was very busy managing the many companies he was involved in, but always prioritized CEL.  His dedication to CEL is a true demonstration of Service above Self.  And, his volunteer efforts with CEL has had a very positive impact on Western New York.

**114**

I am a Ceramic Engineer, a graduate of the New York State College of Ceramics at Alfred University.  I worked at Buffalo China in South Buffalo one summer to help put myself through College.  When the company closed in 2004, Chris partnered with the management team and purchased the business.  Many of the people I worked with were able to keep  their jobs for the time that Chris owned and supported that company.

When Chris was elected Erie County Executive several years ago, he implemented the business efficiency program known as Lean Six Sigma to turn around the bankrupt county.  His dedication and business experience transformed the county.  The positive results of his management continue to reverberate through the county to this day.

Judge Broderick, thank you for your time and consideration of this letter.


Sincerely,



Mark Mattar

**115**

October 6, 2019

James Olchawski



Corfu, New York 14036

Hon. Vernon S. Broderick

**United States District Judge**

**Southern District of New York**

Thurgood Marshall United States Courthouse

40 Foley Square

New York , NY   1007

Subject : United States v. Christopher Collins

Dear Judge Broderick:

My wife and I are personal friends of Chris and Mary Collins and have been so for more than 30 years.  I have known Chris prior to his political career from his start as an engineer to a successful businessman.

In the 30 plus years that I have known Chris, he has been nothing but truthful and has always acted with highest integrity.  Chris has been a long supporter of the Boy Scouts and many other charitable organizations.  There have been many weekends where Chris has given up his personal needs to support the needs of Boy Scouts throughout the United States.

Another passion that Chris and I share is golf.  I always say that if you spend 4 hours with a person during a round of golf, you will learn a lot about that person.  The game of golf requires participants to call their own penalties and to conduct themselves with the highest integrity..  I have golfed many times with Chris and I can tell you that his actions displayed in my presence were exemplary.

In addition, I know his wife and children very well.  Chris and Mary have raised wonderful children and gave their time and attention to making sure their children were properly raised and had the opportunities to succeed in life.  Both Chris and Mary have done a great job raising their children, Caitlin and Cameron.

I would like to thank you for considering my input with respect to the subject case.

Respectfully,

James Olchawski

**116**

# David M. Flaum

████████████
Rochester, New York 14604
████████████     Fax (585) 325-6058
████████████

October 7, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Christopher Collins

Dear Judge Broderick,

The purpose of this letter is to highly recommend that Chris Collins receive probation. I have known Chris for many years, and admire and greatly respect him. He has always been above board and tried to help in every situation that he's able to. He's a very compassionate, loyal and sympathetic person. He's always been very devoted to his family. It's his unwavering compassion that got him into this situation. I've always been impressed with Chris's undivided loyalty to the American people and his service to our country. He is truly an extremely honest person, who I would trust completely. It's because of these qualities, that I believe he deserves leniency and to not be a burden to the tax-payers.

Thank you for your time and consideration.

Sincerely,

David M. Flaum

117

# Congress of the United States
## Washington, DC 20515

November 13, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I am writing on behalf of my former colleague, Chris Collins. Mr. Collins and I were both elected to Congress in 2012, and served together on the Agriculture Committee and later on the Energy and Commerce Committee. During our tenure together, I always knew Chris as someone who was dedicated to serving his constituents and I believe he always tried to make decisions with his constituents in mind. Additionally, I found him to be a loving father and committed husband.

Thank you for your time and attention to this letter. If you require additional information,' please feel free to contact me at 202-225-3715.

Sincerely,

Richard Hudson
Member of Congress

**118**

December 11, 2019


Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


RE:   United States v. Christopher Collins


Dear Judge Broderick:

We are writing today in support of Chris Collins.  We spent many years together fighting for our taxpayers along the shores of Lake Ontario that has suffered rising water levels since the implementation of Plan 2014 by the International Joint Commission (IJC).

We went to Chris prior to the Plan being implemented with the fear that this would do damage to our shores with higher levels and Chris agreed.  We battled this in Washington DC before Plan 2014 was put into effect and since it has created the flooding expected.

Chris has always been available for the people 110%.  He sincerely cared about each and every one of the taxpayers he represented and beyond.  He was always a dedicated elected official.

We respectfully request you consider this letter.


Sincerely,

Lynne M Johnson

Lynne M Johnson
█████████████
Lyndonville, NY 14098

David E Godfrey

David E Godfrey
█████████████
Burt, NY 14028

**119**

ZDARSKY, SAWICKI & AGOSTINELLI LLP

ATTORNEYS AT LAW

1600 MAIN PLACE TOWER

350 MAIN STREET

BUFFALO, NEW YORK 14202

716-855-3200

JOSEPH E. ZDARSKY
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DAVID E. GUTOWSKI
DANIEL J. BOBBETT
JESSE G. HOELSCHER

OF COUNSEL
K. MICHAEL SAWICKI

FAX: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

November 27, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:          United States v. Christopher Collins

Dear Judge Broderick:

I have known Chris Collins for more than twenty years.  He is a close friend and has been a leading client in our firm.

Our families have been close over this time period. Our children played together, we attended countless family events.  Chris and I and our sons attended football games and golf tournaments together.  We were at picnics, birthday parties, graduations and many other family events.  We even vacationed together.  Chris has always been a dedicated husband and father.

In the business world, Chris was an enthusiastic entrepreneur who acquired a number of companies in the Buffalo, New York area after selling Nuttall Gear, a company that he had acquired from Westinghouse as a young man with a handful of investors.  I am enclosing an article from the Buffalo News from March 30, 2004.  This describes a number of the companies that Chris helped to acquire or support after his Nuttall Gear ownership.  We worked on most of these transactions as his counsel.  At the time of this article, his portfolio of companies had about 600 jobs and $70 million in combined sales.  Chris would typically visit one company a day in these days, proud to wear that company's shirt with its logo.

**120**

Zdarsky, Sawicki & Agostinelli llp

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
November 27, 2019
Page 2

       Many of the companies that Chris acquired or had an interest in were successful.
Others were not, and Chris accepted that as the risk of business investment.

       Chris was and still is very dedicated to the Boy Scouts of America.  This has been
a lifelong commitment.  Chris had achieved the rank of Eagle Scout, and frequently cited the
Scout Oath and the Scout Law.  He was most proud telling stories about his son, Cameron,
achieving the rank of Eagle Scout.  Chris made substantial commitments of his time and
resources to help the Boy Scouts.  On one occasion, the local Boy Scouts troop in which his son,
Cameron, was a member, had a project of building new park benches for a local community.
Chris purchased all of the materials as a donation to the Boy Scouts and recruited me and a few
of his other closest friends to assist and supervise the Boy Scouts in this troop to assemble the
benches and get them ready for delivery.  We worked in the basement of the Collins home.
When the project was completed, the community had brand new park benches, and the Boy
Scouts had learned a valuable lesson on how to use their time and efforts to support the
community.

       In 1998, Chris was recruited to run for Congress against incumbent John LaFalce,
who was then a 20 year veteran of Congress.  We were quick to support Chris in this race.
While Chris was not successful in his first quest for public office, he was not defeated either.

       While attending to and building his companies, Chris was sought out to run for
Erie County Executive in 2007.  During his campaign, Chris pledged to run county government
as a business.  His platform included introducing Six Sigma business concepts to county
government.  We supported Chris every step along the way.  Chris was elected in a landslide.

       Chris lost his bid for re-election after four years serving as Erie County Executive.
But that defeat only made him more determined to re-enter public life.  In 2012, Chris
successfully ran for Congress in the 27th District of New York.  He began serving in Congress in
2013 and would be reelected three times.

**121**

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
November 27, 2019
Page 3

     If there is one word that would describe Chris Collins, it is enthusiasm.  He was enthusiastic about his family, his businesses and his public service.  All of these were topics of discussion whenever we were in a group or alone.  And he absolutely loved serving as a United States Congressman.

     Of all of his investments, Chris was particularly fond of his investment in Innate Immunotherapuetics.  He was excited about the drug this company was developing that would hopefully aid persons with multiple sclerosis.  The investments made by Chris in this company kept it going for years.  I am sure he was devastated to learn that the drug had been a failure.

     I was as shocked as anybody when charges were brought against Chris in this case.  I could not believe what I was reading when I read his indictment.  It all seemed so out of character for the man I know.

     With his guilty plea, Chris has accepted responsibility, and he has had to resign as a Congressman.  He had to give up the job that he loved more than any other that he had in his long and distinguished career.

     In my viewpoint, the conduct that led to his guilty plea should be looked at as an aberration.  It is totally inconsistent with the man I know.

     Chris Collins has done a lot of good things in his life, and has made a number of remarkable achievements.  He is suffering today having let down his family, his business partners, his friends and his constituents.  The fact that his son Cameron has also been charged and has pleaded guilty is simply devastating for the Collins family.  Chris will struggle in dealing with this for the rest of his life.

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
November 27, 2019
Page 4

       I would respectfully request that the Court consider these factors and providing Chris with a lenient sentence.

Respectfully yours,

Guy J. Agostinelli

GJA/wk
Enclosure

**123**

The Buffalo News

March 30, 2004

Page A1

FOCUS: INVESTING IN BUFFALO

# Making it in Buffalo

**Man's investments in shaky manufacturing firms have proved to be a winning strategy**

By FRED O. WILLIAMS
*News Business Reporter*



ELIZABETH A. MUNDSCHENK/Buffalo News

**"I want to run the bases with them the next 30 years."**
Christopher Collins on the new management at Niagara Ceramics, formerly Buffalo China

Anyone care to bet your savings on Buffalo's aging manufacturers?

A pitch like that might not get many takers. But it sums up what Christopher C. Collins does with his money.

The 53-year-old Clarence businessman and former candidate for Congress — he lost to John LaFalce in 1998 — owns stakes in eight companies, most of them in Western New York. His bankroll comes from the profit he made selling his original company, Nuttall Gear in Niagara Falls, in 1997.

Earlier this month, Collins completed his most ambitious investment so far, the $5.5 million leveraged buyout of the Buffalo China plant on Bailey Avenue. On the

verge of shutdown by struggling Oneida Ltd., the 103-year-old company is now Niagara Ceramics, a supplier of dinner plates to Oneida.

Collins doesn't claim to have found a formula for saving manufacturing. There are some deals he turns down, such as for companies vulnerable to global competition.

"You can't make up for the fact that in mainland China, people make $1 a day," he said.

But Collins invested $1 million through his company, Cobblestone Enterprises, giving him control of half the company. A management group led by Robert L. Lupica, formerly Oneida's top manager in Buffalo, owns the other half.

"We were making preparations to shut down from August for

*See Collins Page A5*

124

# Collins: Strategy is to avoid 'start-ups'

The Buffalo News

March 30, 2004

Page A5

*Continued from Page A1*

ward," Lupica said. "We were the shutdown team."

Buffalo has other wealthy investors, but none with Collins' appetite for old-line manufacturers.

The typical investor takes a small slice of a venture to reduce risk, and focuses on start-up companies with high potential, said Jack McGowan, coordinator of the Western New York Venture Association. Collins avoids start-ups, largely leaving him out of emerging information technology and biotech firms. When he does invest, he comes in heavily, taking a stake up to 50 percent.

Collins "is like a venture capitalist," said Guy Agostinelli, a Buffalo lawyer who works on business transactions and introduced Collins to Lupica's group. "He doesn't just bring capital to a deal."

Other endangered factories could be saved by the combination of business skills, private capital and public incentives that came together to preserve Buffalo China, Agostinelli said.

"A lot of times what (companies) need is someone who can bring a fresh approach and streamline the operations," Agostinelli said.

## A growing portfolio

The son of a General Electric Corp. manager, Collins became an entrepreneur in 1983 when he led a management group to buy Westinghouse's declining industrial gear business in Cheektowaga, forming Nuttall Gear. He sold the business, of which he owned 60 percent, 14 years later for $10 million. Nuttall's 150 workers also profited through an employee stock ownership plan that gave them 38 percent of the company.

"Some people had $100,000 checks," Collins said.

The sale of Nuttall generated the cash to underwrite both a run for Congress and a string of new investments.

Besides Niagara Ceramics, his portfolio includes Bloch Industries, a Rochester-area cabinetmaker; Cheektowaga's Volland Electric Equipment, which repairs and distributes industrial machinery; Mead Supply and Frontier Supply, equipment rental companies that Volland purchased; ZeptoMetrix, a Buffalo supplier of medical research products; Rochester's Oakwood Classic & Custom Woodworks, maker of wooden doors; hospital equipment maker Oxygen Generating Systems in Amherst; Schlyer Machinery in Wilson, maker of washing equipment for animal research labs; and Easom Automation Systems in Detroit, a maker of equipment for auto plants.

Of all his ventures, only the $500,000 he sank into running for Congress didn't pay back, Collins said.

The companies in Collins' investment portfolio have about 600 jobs and $70 million in combined sales, he said. Some were bought out of bankruptcy proceedings, while others, like Nuttall Gear and Niagara Ceramics, were yanked from the brink of shutdown by a big corporate owner.

## Goals evolved over time

It wasn't Collins' ambition to rescue wobbly factories.

"My goal coming out of college was to be president of Wes-

---

## Industrious investor

Companies in Collins' portfolio have about 600 jobs and $70 million in combined sales

**Christopher C. Collins**

**Age:** 53

**Residence:** Clarence

**Personal:** Married, three children

**Education:** B.S. in mechanical engineering, North Carolina State University, 1972

MBA, University of Alabama, 1975

**Accomplishments:** Has helped buy 12 companies, many in Western New York

**Community organizations:** Kenmore Mercy Hospital; United Way; Boy Scouts of America; Small Business Advisory Board of the Federal Reserve Bank of New York; UB Center for Entrepreneurial Leadership mentor.



BILL WIPPERT/Buffalo News

Christopher C. Collins at Oxygen Generating Systems in Amherst.

## A flurry of business buying

**1972 to 1983:** Worked at Westinghouse Gear Division, Cheektowaga.

**1983:** Bought Westinghouse Gear Division and formed Nuttall Gear; moved business to Niagara Falls; president, CEO and chairman.

**1997:** Sold Nuttall Gear; employees received 38 percent of proceeds through an employee stock ownership plan.

**1998:** Ran for Congress, losing to incumbent John LaFalce.

**1998:** Formed merchant bank Cobblestone Enterprises.

**February 1999:** Helped buy Bloch Industries, a Henrietta-based cabinetmaker; serves as chairman and treasurer.

**July 1999:** Formed ZeptoMetrix in Buffalo with a partner to make products for biotech research companies; serves as chairman and chairman

**June 2000:** Helped buy commercial casework business By Design and merged it with Bloch.

**October 2000:** Helped buy Oakwood Classic & Custom Woodworks, which made bulletproof doors for the Pentagon; serves as treasurer.

**July 2001:** Helped buy Volland Electric Equipment Corp. in Buffalo; later helped buy Frontier Industrial Supply and Mead Supply, and merged them into Volland; serves as treasurer.

**January 2003:** Helped buy Easom Automated Systems, Detroit-based maker of lift and transfer systems; serves as an officer and a board member.

**July 2003:** Helped buy Buffalo Casual Furniture and merged it with Bloch.

**August 2003:** Helped buy Schlyer Machinery and formed Niagara Machinery Corp.; serves as chairman and treasurer.

**February 2004:** Formed Audubon Machinery Corp. and bought Oxygen Generating Systems; serves as chairman and treasurer.

**March 2004:** Helped buy Buffalo China division of Oneida Ltd. and renamed it Niagara Ceramics; co-owner and treasurer.

**March 2004:** Helped buy BioClinical Partners in Boston, Mass., and made it a division of ZeptoMetrix.

---

tinghouse," he said.

You get the impression he might have made it. Articulate and intense, with a command of arcane production details and financial formulas, Collins trained as an engineer at North Carolina State University and got an MBA from the University of Alabama.

Westinghouse Electric hired him in 1972 and advanced him quickly, putting him in charge of its aging industrial gear business in Cheektowaga in 1979. The unglamorous gearboxes for heavy industrial uses generated $24 million in annual sales, not enough to put the business high on the giant company's priority list.

"I was frustrated Westinghouse wasn't supporting my efforts to grow the business," Collins said. "I sent a letter to the president . . . saying, 'If you're not serious about this business, why not sell it to me?' "

A couple of years later, in 1983, his wish was granted. Collins and three other managers of the gear business got bank loans, put their homes and savings on the line, and re-created Westy's gear business as Nuttall Gear. The risk was high; Collins was unmarried at the time, which probably made the leap easier, he said.

Collins has been a fan of the management buyout since the Nuttall deal. The people with the expertise to make the business succeed are the people already running it, he said. What they need is some capital and outside financial know-how.

"I don't want more than 50 percent," he said, so management is motivated to work the long days and nights necessary to make their own investment pay off. "I want to run the bases with them the next 30 years."

## The Buffalo China deal

Taking a long-term approach was a key to Collins' involvement in the Buffalo China deal.

Two unnamed investors besides Collins were willing to risk their money, Lupica said. But the out-of-town venture capitalists wanted to get their money out of the business within five years, setting up a potential cash crunch for the fledgling company.

"Chris brought a lot of things to us that our team didn't have," Lupica said. "His experience in having bought companies before . . . (and his ability) to bring the banks in and talk their language — that helped us significantly."

The deal for the company illustrates how private investment combined with taxpayer-backed incentives, local lenders and experienced management to save an endangered manufacturer.

Even so, the prescription for saving a business can be bitter, such as the cut in jobs and ouster of union representation that occurred at Buffalo China. The plant, which employed 350 people under Oneida last year, now has about 200 jobs, and wages for production workers are 25 percent less than Oneida's pay.

That may be part of the price that communities can expect to pay for preserving factory jobs in a competitive global economy, economic development experts said.

"With manufacturing at an all-time low . . . we're certainly stepping up to do all we can do," said Charles Webb, executive director of the Erie County Industrial Development Agency.

The IDA is lending $750,000 to the new company, part of a multimillion-dollar package of public incentives.

Besides Collins' investment capital, other pieces of the Buffalo China deal had to come together to save the maker of commercial dinner plates. Preparations for shutdown began when Oneida announced it would close the plant at the end of October, Lupica said.

It took an intensive several weeks to convince cash-crunched Oneida to sell the plant and give its former managers a five-year contract to continue supplying Oneida's popular Buffalo China brand plates.

"We had to convince them we had the resources," Lupica said.

After Oneida agreed to the sale in January, talks began to

line up a lender — quickly netting Greater Buffalo Savings Bank — and to put together a $2.1 million injection of taxpayer-backed loans and grants.

Despite the company's age — parts of the plant date to the 1920s — Lupica said the economics underlying it are solid. The factory supplies a significant share of the $140 million annual market for high-end commercial dinner plates.

"We certainly don't believe a duplicate of our product is going to be well-accepted in the industry," Lupica said.

## Real value

The ridge around the bottom of the dinner plate that rests on the table, called the "foot" in the industry, also had a role in saving the company. Unlike most makers, the Buffalo plant puts a layer of glaze on the narrow ridge. Lower-priced competitors rub the ridge smooth. It may not sound like a big difference, but chain restaurants know the unglazed foot can scratch their tables and the tops of other plates.

It also took backing from powerful officials to bring the deal together. Lupica recalled home telephone calls back and forth to County Executive Joel A. Giambra to complete the package of public incentives.

"Joel saw this as a need and something he could save," Lupica said.

Collins said he's not taking big risks by investing in manufacturers. If one of his companies were to go bust, the sale of its assets and equipment would pay back 80 percent of his stake, he says. Banks estimate the value of their collateral assuming a liquidation auction, but plant assets will fetch more than that in a patient, orderly sale, Collins says.

Another thing banks aren't good at valuing is the expertise built up by a management group over the course of years.

"There are people who know the process," Collins said. "That's an intangible that has real value."

*e-mail: fwilliams@buffnews.com*

**125**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse 40 Foley Square
New York, NY 10007

December 6, 2019

Dear Judge Broderick:

I write this letter to support Chris Collins who will appear before your court soon for sentencing. I have known Chris for over 12 years. He is a good man who has served his community for decades through his formal civic role, his role as a businessman, as well as a philanthropist and community leader.

Both in business and in government service, Chris has a strong track record as a job creator. As a business leader, he was instrumental in ZeptoMetrix 's success. It was founded in 1999 with six employees and has grown to over 150 local employees who create ground-breaking medical products that improve healthcare and save lives around the world.

I have seen his generosity in multiple capacities as service to his constituents such as his relentless commitment to the victims' families from Flight 3407 which crashed in his Clarence neighborhood in 2009. He also fought hard for the first responders of 9-11 victims in their fight for health care services as they became ill after their heroic commitment to the search, rescue and clean-up post 9-11. And that was just the high-profile cases. In his years of services, he fought for constituents—from senior citizens to working families, continuously without fanfare.

**126**

As you consider Chris' sentencing for his mistakes, I ask that you consider his entire life not just these moments where he had a lack of good judgement.  Chris has been a successful businessman, a community leader, a family man, and a friend to many.   Please use mercy in your administration of justice.  Clearly Chris has made mistakes but he is a good, honest man who has served his community and country with integrity.  Thank you for your time and consideration.


Respectfully,


Nicholas A. Sinatra

David Wind
███████████████
Lancaster, NY 14086

November 17, 2019

Hon. Vernon S. Broderick
United States District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I have been fortunate to have known Chris Collins for the past 18 years. I met Chris when he joined Cub Scout Pack 568 and became Cub Master. His enthusiasm for the position helped the pack grow and motivated the boys to stay in scouting. He encouraged the boys to attend summer camp, attending camp himself every year to support them. When his son transitioned into Troop 93, he became an assistant scoutmaster, developing a supportive environment for the boys that inspired them to reach their goals in scouting. Due to his mentorship, many boys stayed in scouting and earned their Eagle Awards that otherwise may have dropped out. Chris is a strong believer in the values taught in boy scouts, and works to live those values in his own life.

After his son left for college, Chris continued to support boy scouting in the community through his role as county executive, attending Eagle Scout ceremonies throughout the community and supporting boy scout involvement in community service projects. During his inauguration speech he described the boy scout values and how he uses these as guidelines for his own life. As a congressman, Chris did not let his busy schedule keep him from continuing to participate in the local boy scout community. He participated in the board of trustees for the Greater Niagara Frontier Council, continued to attend as many Eagle Scout ceremonies as possible, and he developed special recognition coins for Eagle Award recipients.

During his tenure in congress, he formed a scouting caucus for both the boy scouts and girl scouts, enabling them to be represented. He also displayed the boy scout flag outside his congressional office, showing everyone not only his support for the boy scouts but the character traits that he stands for. I believe that these values are still present in Chris' life today. The boy scout law states that scouts should be trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave, clean and reverent. However, being a boy scout does not just mean doing your best to embody these values, but it also means being able to admit when you haven't and prompts you to do your best to make amends. I know that Chris regrets what he has done, and will do his best to once again live by the boy scout law.

Sincerely,

David Wind
Scoutmaster, Troop 93

**128**

████████████████
Williamsville, NY 14221
December 13, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Reference:     United States vs. Chris Collins

Dear Judge Vernon S. Broderick:

I write this letter on behalf of Chris Collins. My name is Gerard J. Sentz and I am a Professional Engineer in New York, Pennsylvania and Ohio. I worked from Chris Collins from 2008 to 2012 while he was County Executive of Erie County.

I met Chris in early 2008 before he became a candidate for County Executive. Having run several engineering companies, I have a good business sense. In late 2000, I left the private sector and began working for Erie County under a different County Executive. Chris and I spoke one night for several hours before his candidacy about how the County runs versus business. I instantly could see where he fully understood what I said and the inefficiencies that government builds into its system.   When we finished, I knew this was a man I wanted to lead my County; he could fix much in that broken system.

After his election and my assignment to lead Public Works which included all highways, buildings, Weights and Measures and fleet, it became obvious that Chris wanted to bring efficiency to the County. His Six Sigma philosophy and training saved the County millions of dollars through his term. He made no-nonsense decisions but cared for people along the way.

When Chris was first elected, the county was controlled by a formal Control Board and was financially in trouble. To show his dedication to making changes and bringing the County to sound fiscal stability, Chris did not want to accept pay for his work until the Control Board was lowered to advisory status. As this was deemed not possible, Chris then donated his entire paycheck to a charitable organization. After a couple years, under Chris' leadership, the fiscal crisis was over, and the Control Board status was lowered to advisory.

Another example of his caring for people came when Flight 3407 crashed in Clarence NY. The crash was not far from his home. He immediately was on-site and lead the response. He assigned his top people to this disaster. Although our access was limited to the families by NTSB, he did all he could to assist them in this very troubling time. He also made sure that us responders were okay dealing with such a tragedy.

**129**

Chris is a brilliant man; he has an unbelievable ability with numbers and can retain facts remarkably. When it came to budget time, he would ask great questions and had the ability to understand fine details in the entire book. I even told Chris when he became Congressman, that he is the only person I know that probably analyze the Federal Budget and make outstanding changes to the budget to make America stronger!

In summary, I find Chris Collins to be a very smart man with incredible ability especially with numbers. His ability to retain facts and numbers is remarkable. He made a huge difference in Erie County as County Executive although the new regime has dismantled some of the great accomplishments he made. His logical, no-nonsense attitude is a breath of fresh air in government. Although I lost touch with Chris after he left County government, based on what I could read and research and personal discussions, Chris was also a great Congressman.

I thank you for your time in reviewing this letter and welcome any comments or questions yo may have.

Thank you!

Sincerely,

Gerard J. Sentz, PE

**130**

*Paul D. Reid*

████ █████████, LOCKPORT, NY 14094

November 27, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I am writing to provide information to you re: the matter concerning Mr. Chris Collins. I am a local business owner in the Buffalo, NY area and I have known Chris for the past thirty plus years. We became acquainted through our mutual participation in the Young President's Organization that is a global organization formed to support young people leading substantial businesses at a young age. We have remained friends over the years and I have been supportive of Chris's political undertakings beginning when he pursued office as the local Erie County Executive. After a successful stint as the Erie County Executive where he substantially improved the fiscal status of the county he decided to serve in the U. S. House as a representative from our Congressional district. I have always known Chris to be a hardworking and ethical individual with a love for both his family and his country. In fact, it is his love for his country that motivated him to pursue higher office in the U. S. Congress. Unlike many of us that complain about our government and the direction of our country, Chris was willing to sacrifice his personal life and family time to help change the political direction of our country. I viewed this as a selfless act in the sense that at that point in his life he needed no more success and no more money- -he had already achieved more than most on all counts.

My experience with Chris is that he has always conducted himself professionally and as a gentleman. Business situations can often times lead to difficult decision making crossroads- - particularly when businesses are failing. Chris has always attempted to make the most optimal decision to benefit the most people in an ethical manner. He has been generous with his time and very supportive of organizations such as the Boy Scouts of America that he holds in high regard.

In closing, I view the current situation with Chris Collins to be very much out of character with the person I have known for thirty plus years- -it is an aberration. Sadly, it may have been his dedication to his family that sealed his fate.

Thank-you very much for your consideration of my opinion and allowing me to share my perspective with the Court,

Very Truly Yours,

Paul D. Reid

**131**

William K. Mattar, Esq.

███████████

Amherst, NY 14226

December 9, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Christopher Collins

Dear Judge Broderick,

I have known Chris for nearly fifteen years.  We first met when working together on a major fundraiser for local Scouting in upstate New York.  Through the work with Scouting, I had the opportunity to see him use his work ethic and his outgoing personality to help others.  Through our Scouting connection, my family got to know the Collins family. Chris's wife, Mary, also worked with me with fundraising activities and his son, Cameron, went to the Scouting National Jamboree with my sons when they were in high school.

For many years, Chris would support the Scouts by hosting a holiday party at his home for Scouting volunteers.  He went out of his way to make all those involved feel special and appreciated.  Chris instilled in his family the fundamentals of hard work, community and giving back.

It is clear that what Chris has done is horribly wrong and he must take responsibility for his actions.

Yet, I hope that your honor will take into account all the good that he has done throughout his life as well as all the people that he has helped.  The offence that Chris has committed is, from my years of experience with him, very much out of character.  His actions in that moment in time do not represent who Chris is at his core.  So, I am not surprised that Chris feels great remorse and shame.

Your honor, I know that you have a difficult task in sentencing.  Thank you for your time in reading this letter and contemplating my input.

Very truly yours,

William K. Mattar

William K Mattar, Esq

**132**

December 11, 2019


Hon. Vernon S. Broderick
United States District Court
Southern District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Broderick:

We are writing to you in regards to our friend, Christopher Collins. We have personally known Chris and his family for over 20 years. We were neighbors, our children have gone to school together and are dear friends. Over the many years of intimately knowing the Collins family through dinners, social events and neighborhood functions we would like to convey to you the type of person that Chris Collins has been from our perspective

Chris Collins is a very successful self made business man that didn't need to take on many of the responsibilities that he did. He truly felt that with his guidance he would be able to enact change to better our community and make this world a better place.  He worked as the Erie County Executive for salary of $1 per year before becoming a United States Congressman, traveling away from his family for extended periods of time. He always had the best interest of the community first and foremost on his mind.

We have witnessed Chris as a Boy Scout Leader that was involved in teaching the members of his pack as well as his own children to become moral,  hard working and respectful young adults

As an associate of the New York State Assembly I have witnesses his dedication again to the local community, weather through Veteran services, Military services or community outreaches. His efforts and evolvement were without resolve. He tirelessly represented the 27th Congressional District during the crash of Flight 3407 in Clarence NY. Afterwards he was a staunch advocate of the families of Flight 3407to enact change that would make flying safer for everyone.

We want you to know a little about the man that we've known for many years. This man would never have put anyone in jeopardy let alone his only son.  We know the kind of man that Chris Collins is.... he is very remorseful about what he did, and would accept any appropriate punishment to him as well as do anything to make amends and make anyone harmed by his actions whole again. We would like to plead with you to find a way to let Chris know what he has done was wrong and the wisdom not to unduly ruin the rest of his life or his families lives over an uncharacteristic lapse of judgement. We hope that you will offer some leniency as he will always carry the burden of his actions on his mind forever.

Sincerely,


Michael & Kimberly Laurie

**133**

**Mr. Stephen A. Barnhoorn**



**Honeoye, NY  14471**

**November 21, 2019**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject: United States v. Christopher Collins

Dear Judge Broderick:

I am writing this character letter on behalf of former US Congressman Christopher Collins.

In 2012, I initially met Mr. Collins when he first ran for the House of Representatives at an event held at the Granger Homestead in Canandaigua, New York.  During his campaign and service in Congress, I found Mr. Collins to be a strong champion of our nation's military.  This resonated with me.

During an event held at the American Legion here in Honeoye, I mentioned to Congressman Collins my niece, US Army Staff Sgt. Suzanne Barnhoorn-Beardslee, completed two tours of military service in Afghanistan.  In response, the Congressman presented me to give to my niece a US Military Coin, symbolizing Congressman Collins's appreciation for those who serve to protect our nation, especially in hostile regions around the world.

In 2016, I had another positive experience with Congressman Collins.

US Air Force Colonel Thomas E. Schaefer, a Rochester native, was my neighbor on Honeoye Lake when I was a boy. On November 4, 1979, Col. Schaefer was taken hostage in Iran and held in captivity for 444 days. Despite death threats, harsh interrogation and solitary confinement, his spirit was never broken.

After Col. Schaefer passed away May 2016, I reached out to ask that Congressman Collins memorialize this hero's service. On July 11, 2016, the congressman read a tribute that is now enshrined in the *Congressional Record*.

**134**

"Despite dire conditions, Colonel Schaefer displayed tremendous leadership and bravery," Collins told the House of Representatives.  This was a great act of kindness by a public official.

Thank you for taking the time to read my comments about the positive impact Congressman Collins has meant to me as well as to those who safeguard our freedom every day.

Sincerely,

Stephen A. Barnhoorn

Enclosure: Remarks Honoring the Life of Colonel Thomas Schaefer; *Congressional Record* Vol. 162, No. 111 (Extensions of Remarks - July 11, 2016).

135

"Let not today be like most days" as on
bended knee we now so pray
Let us find peace,
let us find love,
let us unite for all of those Who Stand in
harm's way above

## TRIBUTE TO INDIAN ROCKS BEACH DEPUTIES AND FIREFIGHTERS

## HON. DAVID W. JOLLY

OF FLORIDA

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 11, 2016*

Mr. JOLLY. Mr. Speaker, I would like to recognize the Indian Rocks Beach deputies and firefighters for their efforts in locating a missing girl, Emma, who was four years old.

On April 23, 2016, Indian Rock Beach City Commissioner Cookie Kennedy and her family were enjoying themselves on the beach, when a man approached them asking for help looking for a little girl named Emma who was in town to visit and who was lost. No one knew where Emma had gone, but it was not long before the whole town joined in the search for her.

The police and fire department worked tirelessly to find Emma, and with the help of the whole town, Emma was eventually found unharmed. Emma's mother, Jennifer Lewis, is extremely grateful to all of the residents of Indian Rocks Beach, and especially, the fast response of the police and fire departments.

Mr. Speaker, I want to thank the residents of Indian Rocks Beach for actively responding to their call for action. I am proud to serve as the Representative for this community and request that this body join me in recognizing their heroic actions.

## REMARKS HONORING MR. BRIAN LEIGH DUNNIGAN

## HON. CHRIS COLLINS

OF NEW YORK

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 11, 2016*

Mr. COLLINS of New York. Mr. Speaker, I rise today to honor a distinguished resident of New York's 27th District, Mr. Brian Leigh Dunnigan. Mr. Dunnigan served as Executive Director of Old Fort Niagara from 1979 to 1996. During his 17-year tenure, he greatly improved operations and programs at the site, and conducted groundbreaking research that made the Fort a leader in historical interpretation. He researched and authored numerous books and articles on the history of the Fort and the region, setting new standards for historical accuracy. His works include the definitive history of the Siege of Fort Niagara in 1759 and seminal works on the history of the French Castle and the North and South Redoubts. He also authored the Fort's guidebook, which is currently used as guidance for visitors to the historic site.

His proudest achievements include the creation of professional interpretive programming focused on the British occupation of the Fort in 1779, the organization of a series of special events based on events of the Fort's history, the inception of a collections storage facility and archaeology lab, and the acquisition of the Fort's most-prized artifact, the 1812 Garri-

son Flag. Mr. Dunnigan's research on the Battle of la Belle Famille determined the true location of this historic engagement, which will be dedicated this year in a special ceremony. For his scholarship, leadership, and dedication to historical accuracy and authenticity, we honor him today.

## REMARKS HONORING THE LIFE OF COLONEL THOMAS SCHAEFER

## HON. CHRIS COLLINS

OF NEW YORK

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 11, 2016*

Mr. COLLINS of New York. Mr. Speaker, I rise today to honor the distinguished Colonel Thomas Schaefer, an American hero. Colonel Schaefer was born in Western New York and spent much of his childhood at his parents' cottage, "The Cottonwood," on Honeoye Lake. Colonel Schaefer eventually joined the military and was the highest-ranking United States military officer at the U.S. Embassy in Tehran when it was seized by a group of Iranian students on November 4, 1979. During the next 444 days in captivity, Colonel Schaefer bore the brunt of the Iranian hostile actions and intimidation due to his senior position. During his captivity, his Iranian captors frequently threatened to execute him. Despite these dire conditions, Colonel Schafer displayed tremendous leadership and bravery. Colonel Schaefer was among the last hostages to be released, finally returning to his family on January 20, 1981.

Two years after he was released from Iran, Colonel Schaefer retired from the Air Force to undertake a new mission. Described by his family as enduringly positive, Schaefer turned to a career as a motivational speaker, focusing on the importance of never giving up in the face of hardship. As a professional speaker, he spoke to more than 250,000 people about his own experiences with adversity.

Colonel Thomas Schaefer recently passed away at the age of 85 in Scottsdale. Arizona, where he has lived with his wife, Anita, for the past 30 years. His family is exceptionally proud of the thousands of lives he impacted and his actions as a leader, father, and husband. In describing how he wanted to be remembered. Schaefer remarked, "for being a good guy." It's safe to say he achieved his goal.

Colonel Schaefer will be buried at Arlington National Cemetery. I want to thank Colonel Schaefer for his brave service to our nation, and remember the thousands of lives he has positively impacted.

## HONORING CALVIN LANGEJANS ON HIS RETIREMENT

## HON. BILL HUIZENGA

OF MICHIGAN

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 11, 2016*

Mr. HUIZENGA of Michigan. Mr. Speaker, I rise today to recognize Calvin Langejans on his retirement from serving as a chorale director and music instructor in Holland, Michigan for 57 years.

Cal is well known in the Holland community because he embraced his God-given musical

talents and used them to serve those around him. In 1959, Mr. Langejans founded the Holland Chorale for which he served as director for 40 years. He also served as the music chair, the band director, and the orchestra director in West Ottawa Schools, demonstrating his commitment to students and the community by fostering young talent. Today, he continues to conduct the Evergreen Chorale, an ensemble of more than 100 voices.

Throughout his career, Cal never ceased to put his students and those in his community before himself. Many of his students remember his policy of charging $500 if a student was found without a pencil to record instructions in their notes. The singers and musicians who performed under Mr. Langejans always appreciated his dedication to teaching the importance of knowledge, creativity, and loyalty. Cal was also able to travel and perform around the country, giving students the ability to share their talents in communities throughout the United States.

As a member of his community in West Michigan, I am one of many who thank Cal for his outstanding achievements. From his dedicated leadership in our schools to his work in Tulip Time, Mr. Langejans has had an immeasurable impact on so many lives. He will be greatly missed and I wish him the best of luck in his retirement.

I ask my colleagues to join me in honoring Calvin Langejans for his passionate teachings and service to his students and community.

## TRIBUTE TO TAMPA LOWRY PARK ZOO

## HON. DAVID W. JOLLY

OF FLORIDA

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 11, 2016*

Mr. JOLLY. Mr. Speaker, I want to recognize the Tampa Lowry Park Zoo for celebrating their 25 years in service on June 15, 2016.

In 1991, the zoo opened up the David A. Straz, Jr. Manatee Hospital to provide for sick and wounded manatees. In the last 25 years, more than 400 of the endangered species have come through to receive treatment for boat injuries, red tide sickness, cold stress, or entanglement.

The non-profit Lowry Park Zoo hospital is one of the three federally permitted rehabilitation facilities in the state and the Zoo also serves to educate the public on how to better protect manatees.

Mr. Speaker, I want to thank the Lowry Park Zoo for their efforts to help save and protect these endangered species. Not only do they provide exceptional care, but also an invaluable education in preserving wildlife. I ask that this body join me in recognizing and thanking them for their efforts.

## CONGRATULATING AGA KHAN ON HIS 59TH YEAR AS IMAM OF THE ISMAILI MUSLIMS

## HON. PETE OLSON

OF TEXAS

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 11, 2016*

Mr. OLSON. Mr. Speaker, I am proud to represent one of the most diverse districts in

Trisha Turner
███████████
Victor, NY 14564

November 21, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject: United States v. Christopher Collins;

Dear Judge Broderick;
I serve as the Chairwoman of Ontario County Republican Committee.  In this position, I meet and work with a variety of elected officials.  Often times, individuals win elections, but lack commitment to the very issues that got them elected in the first place. Many worry more about self-preservation and political correctness rather than true advocacy. This is not the case with Congressman Collins.
I could always count on Chris to remain steadfast on the issues he felt were in the best interest of the district and the country.

Congressman Chris Collins consistently displays his sincere commitment to the issues that he feels strongly about.  He never calculates supporting issues based on popularity, but rather the impact to the constituents.  The Congressman is truly a warrior when he feels passionate about a topic.  No matter your politics, this is a quality that is admirable and rare.

 Whenever Congressman Collins interacts with groups, his incredible knowledge comes through.  He always takes time to provide legislative facts and information on topics of interest.   He actively engages when presenting and discussing all sides of the issue. He enjoys the banter and stays true to his beliefs regardless of opposition.

The Congressman is a leader on a multitude of issues such as the Ontario Lake Flooding and International Joint Commission (IJC), mental health issues, 2nd Amendment issues, protecting small businesses, and Veterans issues. His love of country and defending the Constitution are evident.

As a Congressman, Chris made himself personally available to individuals that wanted to meet with him. Over the years, individuals contacted me to let me know of a positive meeting with the Congressman about issues that mattered to them.  Many expressed their surprise that Chris himself would make the time to be available to meet with them about their issue directly.  He often took the time to listen and provide engaging dialogue with those that met with him.

<span style="color:red">137</span>

Personally, I know this is a difficult time for Congressman Collins and his family.  The Congressman is someone that loves his family dearly.  I remember an incident that illustrated this.  The Congressman was aware of my personal love of photography.  We were at a town event, and he took the time to pull out many beautiful photos that his son took with a new camera on a trip.  He continued to later email examples of his son's pictures.  He was very proud of his son's photography and wanted to share it with me.  I was touched that someone of his importance took the time to share the many photos because of how proud he was of his son. Although he was committed to the district and role as a Congressman, he also made his family a priority.

In closing, please consider the commitment Congressman Collins shows to individuals of NY27.
He consistently stands for issues that impact our District.   Congressman Collins is a strong advocate of our freedoms, our rights and the Constitution.  He loves his family and country and has works hard to fight for issues he believes in.  I ask that you consider the service of Congressman Collins to his country and constituents as a part of his character.  Personally, I am grateful for the impact Chris has had on many and will fondly remember all of his positive contributions.

Sincerely,

Trisha Turner

Susan Volk Sizemore

December 1, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

United States v. Christopher Collins

Dear Judge Broderick,

Thank you for allowing me to write this letter and humbly present some insight for your consideration. I know I am blessed to have had the opportunity of working as a department head in Mr. Collins' administration, seeing him in action on a daily basis, guiding, mentoring, challenging, and running Government like a business. The skills and experiences he provided to me are truly equivalent to a MBA. Because of him, I have been able to land on my feet after life changing events and give back to others as he always did and will continue to do.

I did not meet Chris until after he was in office as CountyExecutive and filling positions on his staff. Because of his passion and enormous support for Boy Scouts, and my being from a multi- generation Scouting family, as well as my International GirlScout Leader experience (Tokyo, Japan) the interview centered around ethics, morals, Eagle Scouts and developing future leaders. My younger daughter had just entered the United States Naval Academy in Annapolis and was embracing the challenge. Chris asked me to help him with a project of designing and producing the first Erie County Government Challenge coin. It was impressive to see his core beliefs and dedication in encouraging all levels of county workers and business leaders to be the best they could be for the entire community. The project was extremely successful because Chris genuinely loves inspiring others.

Mr. Collins was very big on empowering people to do their jobs. Not one to ever micro-manage but, instead, set the bar high and expected results. My first position was Director of Commission of Status of Women where one of my main focus projects in 2008 was helping all women of Erie County become aware of the resources available to them. Chris suggested I attend a local conference on all religions on his behalf. There , I met a

**139**

wonderful Muslim woman who was the president of the WNY Muslim Women. I felt she would be a perfect addition to my Departmental Advisory Board. While there were some raised eyebrows at the Legislature, Chris was extremely supportive ; it was the right thing to do. I was so grateful for his support as he knew the importance of helping all groups in Erie County.  Shortly after her appointment, a horrific  murder took place in Buffalo where a Muslim man (who owned the Muslim TV station) beheaded his wife. It made international news. I still get shivers thinking about it , but felt this was such an extraordinary example of Chris Collins' true character.  What ever I asked for, he made sure I got it. Immediate help for the children, county services, assistance for the family who came in from overseas. The County budget made sure resources were funding the outreach programs I developed for domestic violence in local and regional mosques.  (19 Imams from all over the state of NY attended the conference/workshop)  Chris always provided the tools for me to do my job to the best of my ability. I am eternally grateful.

When another department head announce her retirement, Mr.Collins spoke to me about taking over. Historically, The Office for the Disabled /ADA Compliance had been headed up by a person who had some visible or invisible disability. Since I had neither, he insisted we just be truthful with the Legislature about my credentials in order to be approved. His instructions to me were find out what training I needed and he would make it happen. Learning the legal requirements for getting the County Government into compliance with 7000 employees, buildings, Buffalo Bills Stadium, ECMC Hospital, ECC college, Botanical Gardens etc, I had to get up to speed quickly.  Without hesitation, he approved my training at Cornell, and then a program established by John Wodash at the DOJ. (who was one of the original authors of the laws. ) This speaks to his core values, encouraging, empowering, helping develop staff with the tools needed because it was the right thing to do.

There are so many other examples which could genuinely demonstrate Mr. Collins' positive traits, moral character, work ethic, community service, and charitable contributions. I sincerely hope a few of my personal experiences shared with you in this letter are useful to you.

The conduct in United State v. Christopher Collins is very serious, and at the same time very much out of character for this man.

Respectfully,

*Susan Volk Sizemore*

Susan Volk Sizemore

**140**