Kent and Laurie Frey

████████████

Clarence NY 14031

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Chris Collins

Judge Broderick,

We have known Chris Collins and his wife Mary for almost twenty years. We knew him first as a successful business owner in the Western New York Community. We were part of an organization called Young President's Organization and participated in many events and out of town seminars together. We knew him later as our Erie County Executive and later as our Congressman. I was part of his transition team when he was elected County Executive. He and Mary are also friends.

Chris has always demonstrated the highest level of ethics, honesty and integrity in his roles. He was extremely hard working and was tireless in his efforts to help the county of Erie and later the 27th District in the U.S. House of Representatives.
We never questioned his desire to help his constituents and be a strong voice for the community in Congress. He was also very active in community and charity groups. You would always see him, and Mary attend many events to benefit those in need in WNY.

We, as most in our district were shocked at what happened. While it was wrong, his motives were to help those suffering with Multiple Sclerosis and to help his son and his son's future in-laws. His life, along with his family's will never be the same. He has expressed remorse for what he has done. Please consider his stellar reputation when deciding Mr. Collins' sentence.

Respectfully,


Kent and Laurie Frey

**141**

Adin J Bradley



Wake Forest, NC 27587

October 14, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Chris Collins

Dear Judge Broderick:

I respectfully submit this letter as my personal support of Mr. Chris Collins and humbly request you take the following information into consideration.

Let me begin by saying that I have known Chris for more than 10 years in a personal, professional and social capacity. We met shortly after his election victory as Erie County Executive and this was my first experience of a public official working alongside private industry to find solutions to very complex issues to ensure the community was well-served.

Mr. Collins has been a mentor to me in my professional capacity, and I have found him to be an honorable and passionate citizen and family man. I left the WNY area nearly six years ago and continued to follow Congressman Collins congressional career and keep in touch on a personal level, checking in on the family and such.

I've prayed for Congressman Collins and his family in the hope they will weather this storm. Mr. Collins is a very complex man. He is a well-educated, articulate and successful businessman who wanted to serve his community and constituency to bring his life experience to solve government issues. As County Executive, Mr. Collins worked for $1 per year and refused the perks of a government vehicle and phone: he simply didn't need, and felt was a waste to the taxpayer. He did this because he felt the sacrifices needed began and ended with him. With that being said, I will not diminish the actions that Mr. Collins has pleaded guilty to.

In his private life, Mr. Collins invested in and literally saved several local bankrupt companies, keeping families employed and providing ownership stake to employees in some instances, all the while being criticized by the media at the same time for not understanding all the risk and machinations such business endeavors take. Most men would have walked away but he believed in a higher calling. Mr. Collins also discreetly donated personal dollars to many organizations that he believed in, as well.

In an effort to 'cut to the chase', I know that Mr. Collins was very passionate about the company in question. Not for the money, but for the genuine desire to find a cure for secondary progressive multiple sclerosis. Mr. Collins put more than his money at risk: he put his heart and soul into it. Mr. Collins had other

Honorable Vernon S Broderick
October 14, 2019
Page 2

businesses that were in the bio arena and his excitement of finding cures for serious diseases and conditions was palpable.

On a personal note, my family was invited to the Collins' home for private gatherings. One in particular was a very small gathering to celebrate the high school graduation of his son, Cameron Collins. This is a young man who has lived a very stable life, volunteering in his community, earning his Eagle Scout at the age of 12,,maintaining strong grades in school and furthering his education at a top-tier university that he earned his way in to. He was raised with strong values, the importance of education and a strong desire to earn his lot in life.

Thank you, Judge Broderick, for allowing me to share my experiences with Chris Collins.


Sincerely,

*[signature]*

Adin J Bradley

**143**



CONGRESSMAN ROGER WILLIAMS
25TH DISTRICT OF TEXAS

October 10, 2019

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: United States v. Christopher Collins

Dear Judge Broderick:

I am writing this letter on behalf of my friend and former colleague, Chris Collins.

I have known Chris and his family for many years and know him to be an honest, family-oriented individual who cares about others. He has always been proud of his service to his community as an Erie County Executive and to the nation as a Member of Congress.

During our time together in Congress, Chris always worked hard to serve his constituents and do the best that he could for the people of his district. I believe that he will continue to make positive changes in his life and continue a life of service to others in the future.

Thank you for your consideration in this matter.

Sincerely,

Roger Williams

PAID FOR BY ROGER WILLIAMS FOR U.S. CONGRESS.
NOT PRINTED AT GOVERNMENT EXPENSE

144



October 7, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Subject:  United States vs Christopher Collins

Dear Judge Broderick:

I write to you in the effort to provide feedback about Chris Collins, as he awaits sentencing for charges to which he has recently plead guilty.  While others might know Chris from his position as a congressman or his role as Erie County Executive, my experience with him has been strictly on a professional basis and for the duration of only two years.  Chris was then Chairman of the Board for ZeptoMetrix when he led recruiting efforts that culminated in my hire as President & CEO of the company.

Contrary to what seems commonplace in today's society, I have not formed my opinions nor had my positions influenced by the media – social media or otherwise – as I tend to insulate myself from what often facilitates polarization on sensitive topics.  I form my opinions on societal issues and about individuals from personal experience and thoughtful introspection.  It's been through these means that I have come to know Chris Collins and his immediate family.

During my first contact with Chris, when I 'knew his name but not his resume', I was immediately impressed with his business acumen and overall intelligence.  I felt that I would have a good coach and likely mentor to guide me through my first post as a CEO.  While such an impression has not faded, Chris made it a point to empower me in running the company and provides only words of support and encouragement, while not engaging in company affairs [he resigned his position of Chairman in 2018].

In the course of my duties at the company, I have also had the opportunity to work with two of his children – Caitlin and Cameron.  And it is perhaps in this regard that I most recognize what I consider to be Chris's greatest accomplishments: his children.  Both Cameron and Caitlin impressed me not merely through their intellectual ability to grasp complex subject matter, but also in the way they behaved: a well-balanced blend of confidence and humility, reciprocated respect with whom they interacted (regardless of title/position), and persistence to fulfill commitments while being flexible to accommodate others.  There is no doubt in my mind that it was through his strength of character, his

ZeptoMetrix™ Corporation
878 Main Street, Buffalo, NY 14202 | Corporate Headquarters | Research and Manufacturing Laboratories | Analytical Service Testing
25 Kenwood Circle, Franklin, MA 02038 | Molecular Diagnostics Division | Manufacturing · Distribution · Fulfillment
Customer Relations | 716-882-0920 | www.custserv.com
www.zeptometrix.com

**145**



determination to be a productive contributor to society, and an obvious effort to balance his professional career with his personal life, that Chris was able to instill such positive attributes into these young adults.

I think Chris's record as a politician stands on its own merit – he has a very dedicated constituency in his congressional district and prior to that was transformative in his fiscal management of Erie County when he was its elected Executive.  He seemingly has endless reserves of energy and genuinely enjoys the pressure to perform his duties.

I have no insights into the situation for which Chris has plead guilty, but I am certainly surprised, as it is not consistent with the behavior of the person I have come to know these two years.   Without having specific insights and therefore only being able to speculate, I think the guilty plea is yet another reflection of his character in the sense of trying to do all that he can to assist his son.  I certainly understand that the charges are serious and must be accounted for, but I also hope that you consider his life-long track record in serving the community as both a private and political contributor.   Thank you for your time and consideration in reviewing this letter.

Sincerely,

Shawn R. Smith

President & CEO

ZeptoMetrix™ Corporation
878 Main Street, Buffalo, NY 14202 | Corporate Headquarters | Research and Manufacturing Laboratories | Analytical Service Testing
25 Kenwood Circle, Franklin, MA 02038 | Molecular Diagnostics Division | Manufacturing · Distribution · Fulfillment
Customer Relations | 716-882-0920 | www.custserv.com
www.zeptometrix.com

146

# Markwayne Mullin

US Congressman
Congressional District 2 Oklahoma

October 17, 2019

Hon. Vernon S Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY. 10007

Subject: United States vs. Christopher Collins

Dear Judge Broderick,

I met Christopher "Chris" Collins in 2012 while running for Congressional office. I have had the pleasure of serving with him from 2013 to 2019 as Representatives from our Districts in the Congressional office.   I have always found him professional and straight forward.

I have always considered us to have a good working relationship.  On numerous occasions the both of us have had discussions on matters where Mr. Collins was always straight forward, never mislead or attempted to sway the conversation.  I have always found him, as a man to be fair and his personality to be one that tells it as it is.

In closing, I would like to Thank You for taking the time to read and consider this letter as a disposition of Mr. Collins character.

Sincerely,

Markwayne Mullin
US Congressman
2421 Rayburn House Office Building
Washington, DC. 20515
T

**147**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

October 18, 2019

Re: Chris Collins

Dear Judge Broderick,

I am writing this letter to give you some background on Chris Collins that I hope will be helpful to the Court.

I have known Chris Collins throughout my business career and always found him to be a hard working, bright and ethical businessman. However, in my capacity as Chairman of the Erie County Fiscal Stability Authority ( Control Board ),I had substantial interaction with him in his capacity as Erie County ( of New York)  Executive.  The Control Board was established by the New York State Governor when the previous Erie County Executive put the County into a Fiscal Crisis. Working closely with Chris Collins, helped  lead Erie County out of the Fiscal Crisis. The ECFSA was a Hard Board ( controlling what the County Executive could and could not  do ) , but through hard work by Chris Collins , we were able to  turn it  into a Soft Board ( ceding control back to the County executive ) when  the Fiscal Crisis was resolved .

During that time , I saw the positive attributes of dedication, decision making and ethical standards that he exhibited. This was in a tough fiscal climate for Erie County citizens ( approximately 1,000,000 people) and Chris Collin's capabilities led the County out of it's Fiscal troubles. His dedication to the Community was evident by the actions he had to take and oversee.

Based upon my years of interaction with Chris Collins, it seems out of character for him to be in the situation he has found himself in. That said, I hope the Court will take into consideration Chris's dedication to Community service and positive impact on the  many people of Erie County and the District he represented.

**148**

Thank you for taking the time to read this letter.

Sincerely,

*Robert M Glaser*

Robert M. Glaser

███████████

Clarence, NY 14031

Former:
    Managing Director of Freed Maxick CPA's
    Chairman of Erie County Fiscal Stability Authority
    Member, 8th Judicial District Independent Election Qualification Commission

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Juliet Szymanski

East Aurora NY 14052


October 20, 2019


Re: "United States v. Christopher Collins"

Dear Judge Broderick:

My name is Juliet Szymanski and I have known Christopher Collins for 14 years. I met Chris Collins when I worked at a company called Volland Electric in Cheektowaga, New York. The company at the time was having difficulties. He helped the company become financially stable and continued as an advisor to management to maintain their success. This allowed each employee to keep their jobs including myself.

After a few years, Chris decided to run for Erie County Executive. When he won the election in 2007, he contacted me and asked if I would join his executive team. I graciously accepted. I worked for Chris in the County Executive office for 6 months. The position was fast-paced and overwhelming for me. Chris noticed my anxiety and offered to help me find another position within the county something that would be a better fit for me. He counseled me to stay at the county rather then return to my former company, which I would have done. Chris helped me secure my current position in the Erie County Board of Elections office. My family and I are very grateful for his recommendation and advice. I feel he helped my family stay financially stable by asking me to work for him in the first place.

When re-election came for Erie County Executive I had volunteered my daughters, my niece and myself to walk in several parades for him. After the parade we were all walking to our cars. As we were walking, he went out of his way and asked my daughters and niece how school was and if they were in any sports or activities. My daughters to this day still remark as to how he took his time to talk to them and how they felt impressed with Mr. Collins. They said: "Mom, he could have spoken to anyone else who was far more important; but, he chose to speak to us." That has made a lasting impression on them.

Throughout the years I would see Chris and his wife at political fundraisers, he would always take the time to speak to me and ask how I and my family is doing. He also asked about my daughters and if we

**150**

knew my older daughter was sicker than my younger daughter and was genuinely concerned about her health and the battle we were fighting. We have been dealing with this disease for 9 years and if I did not work for Erie County and have the benefits I have, I don't know if she would still be alive. By having received this opportunity to work for Erie County and Chris Collins, I am forever grateful.

Chris is very proud of his family and being a grandfather. We often talked about family at social occasions and fundraisers. I saw the same dedication at Volland Electric and the Erie County Executive office.

I am happy I had the opportunity to meet and work for Chris. He is a proud man who worked hard for the citizens of Erie County as Erie County Executive. He also took pride in his job as a Congressman and did the best to make the right choices for his constituents in the 27th district of New York. I wish nothing but the best for Chris and his family. Thank you for the time and consideration for reading this letter.

Sincerely,

*Juliet Szymanski*

Juliet Szymanski

**151**

**152**

Hon. Vernon S. Broderick, United States District Judge

Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square New York, NY 10007


Subject:  Chris Collins


Dear Judge Broderick,

I am writing you in support of Chris Collins.

I reported to Chris from 2008-2011 as Director of Six Sigma for Erie County, New York when Chris served as County Executive.

I found Chris to be a hands-on and engaged leader.  He implemented Six Sigma to enhance the County's processes in support of Erie County tax payers and residents.  In coordination with the University of Buffalo, we trained dozens of County employees, and Chris attended every team project report out.  This resulted in millions of dollars in cost savings and significantly improved the quality and delivery of services.  He met with me (and all other Commissioners and Directors) weekly to receive updates and provide guidance to keep things moving forward.  We also had monthly meetings that included the entire Erie County leadership team so all could be up to date on County activities.

Chris also has created several hundreds of jobs through his business interests through the years.

Chris has been very active in the community (Boy Scouts) and is a tremendous and dedicated family person.

I can only surmise that Chris had a knee-jerk reaction when he reached out to his son regarding news of a failed drug under development.  This is very much unlike Chris and again I surmise he acted to protect his family.

Thank you for considering this brief letter of support for Chris.

Regards,

*Bill Carey*     October 21, 2019
Bill Carey

▅▅▅▅▅▅▅▅▅▅

Williamsville, New York 14221

**THE PIKE COMPANY**
*Building Relationships Since 1873*

▸ Thomas F. Judson, Jr.
*Chairman*

October 21, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**RE:    United States v. Christopher Collins**

Dear Judge Broderick:

I've known Christopher Collins for over 35 years.  I first met him in the early 80's through our membership in the Young President's Organization.  Chris was President of Nuttall Gear, and I was President of John B. Pike & Son, a general construction company founded by my great grandfather in Rochester in 1873.  I am now Chairman of The Pike Company, and my son, Rufus, is President and CEO.

I have always admired Chris for his intelligence and ability to energize and lead companies to success.

I was delighted when Chris decided to run for public office.  When he became Erie County Executive, the County was in desperate financial shape.  Chris was successful in leading the County to a balanced and sustainable budget.  His work as a member of the House of Representatives has been very important to our region, and especially for the Rochester Institute of Technology where I have been a Trustee since 1984.

Chris feels great remorse for his terrible lapse in judgment.  I hope that you will take into account Chris' history of community service and the good which he has done for Western New York when you decide on his sentence.

Sincerely,

*[signature]*

Thomas F. Judson, Jr.
Chairman

Construction Management . General Contracting . Design-Build . Program Management

pike@pikeco.com | www.thepikecompany.com | 800.264.PIKE

**153**

# CONGRESSMAN TOM REED

██████████, CORNING, NY 14830

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Thursday, October 23, 2019

Dear Judge Broderick,

I write on behalf of Chris Collins to offer information for your consideration regarding his character. Obviously, justice must be served, and I am confident you will impose the level of sentence appropriate for this matter.

On behalf of Chris, I have known him over 10 years and have interacted with him numerous times in our professional capacity. The best example of his commitment to the people of our area was his dedication to the Colgan Air families. He vigorously threw himself into the issue of air travel safety, not only because he witnessed the tragic scene himself, but because he cared about making something positive come from this tragedy. As a result, he was part of an effort that spurred safety improvements in our regional air commuters' fleet to ensure such accident would not occur in our country again. Proudly, I can attest no such accidents have occurred since.

In addition, I worked with Chris on issues involving the improvement of our border operation with Canada through Buffalo and Fort Erie, the West Valley Demonstration project, and overall workforce development needs of our region. In each of these issues, Chris took a leadership role to ensure the people's lives impacted were improved. I also have met and spent time with his family, and I can attest to the goodness and love of that unit.

In the end, I leave it to your judgment on what sentence is to be imposed in this matter, but simply as a human being and as a colleague I thought it was appropriate to share these thoughts with you.

Thank you.

Sincerely,

*[signature]*

**154**



**Allen F. Grum**
President & Chief Executive Officer
e: pgrum@randcapital.com

Since 1969

2200 Rand Building / Buffalo, New York 14203
t: 716·853·0802 / c: 716·465·0227 / f: 716·854·8480 / randcapital.com

October 23, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick:

I am writing on behalf of Chris Collins. I have known Chris on a personal and professional basis for the past 25 years. Specifically he and I worked very closely together as members of the Board of Directors of the Boy Scouts local chapter. Additionally in my role as CEO of Rand Capital Corporation, we competed and collaborated on various business ventures. I am also a resident of Erie County of which he served as the County Executive for some time. In all of my dealings I found Chris to be honorable and truthful in every aspect.

I hope you find this useful and helpful in your dealings with Chris. Thank you for considering my letter.

Sincerely,

Allen F. Grum
President & CEO

AFG/ead

NASDAQ-RAND
155