UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| CHRISTOPHER COLLINS, et al. | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2020__

**ORDER**

18-CR-567 (VSB)

VERNON S. BRODERICK, United States District Judge:

As the parties are aware Defendant Christopher Collins sentencing is scheduled for

January 17, 2020.  In connection with sentencing, members of the public have submitted the

attached letters to my chambers.  The letters have been redacted consistent with the Southern

District of New York's Notice Regarding Privacy and Public Access.

SO ORDERED.

Dated:   January 8, 2020
         New York, New York

Vernon S. Broderick
United States District Judge

THURGOOD  MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007



HON. VERNON S BRODERICK

  I am writing because of my concern regarding the Chris Collins case of insider trading.
The laws around White Collar Crime appear to carry lite sentences compared to other types of
crime which do similar damage to people and property . This case indicated that Collin's illegal actions
resulted in the loss of $800,000 or more to people trading in the company in which he was an officer,
He then tried to escape responsibility by lying to the FBI another crime . It is my opinion that he shows
no remorse but his actions show only the desire to escape responsibility for his actions. My hope is that
the maximum sentence would fit the crimes and damage done.


     Sincerely  Yours

     Harry E Winnicki

Eric & Virginia Baker

███████████████████████████

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Honorable Judge Broderick,

We are writing to express our thoughts and concerns regarding the sentencing of our former U.S. House of Representatives Congressman, Chris Collins.

As constituents of New York's 27th Congressional District, we feel betrayed that Chris Collins misled and lied to the court and his electorate about his innocence, claiming that the charges of insider trading against him were meritless. As a result of Mr. Collins' selfish motives, he has abandoned his responsibility to his voters and denied our district due representation in Congress.

Chris Collins repeatedly stated while in Congress that he worked for his donors and not, in essence, for the people of Lima, Canandaigua, Avon, Attica, Perry, or countless other small communities throughout his district in Western New York. He knew and admitted that he was guilty of illegal actions and as a result, abused the trust of his constituency.

We urge that in his sentencing, you recognize and consider this egregious fraud on the people of the NY 27th Congressional District and the American taxpayers. In addition to whatever penalties you deem appropriate for Mr. Collins, we suggest that he also be required to repay his salary from the date of his indictment until his resignation and to forfeit his taxpayer pension. An example needs to be set that he is not above the law.

Sincerely,

Eric & Virginia Baker



Hon. Vernon S. Broderick
U.S. District Court
40 Foley Sq., Courtroom 518
New York, NY 10007


Dear Judge Broderick,

RE:   Sentencing of Christopher Collins

I understand that Chris Collins has asked his friends to recommend lenient sentencing for the crimes to which he pled guilty. I am writing to recommend the opposite. Mr. Collins was an elected representative. He was formerly the County Executive of Erie County, where I live, and most recently the representative to the U.S. House of Representatives for my district.

In his role as an elected official, Mr. Collins was involved in enacting the laws of this country. As such, I believe he should be held to an even higher standard than the average person. We send the wrong message if we let our lawmakers break the law with impunity. Mr. Collins has violated the trust of those who elected him and whom he represented. I believe his sentence should be on the more severe end of the spectrum, rather than the more lenient end.

Thank you for your time in considering my opinion.

Sincerely,

*Sharon M. Kelly*

Sharon M. Kelly



**FOR U.S. CONGRESS**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Honorable Judge Broderick,

I am writing to you to express my thoughts regarding the sentencing of Chris Collins.

Last year, I ran and lost a race to replace Mr. Collins in the United States House of Representatives. I am proud of that campaign and our opposition to Mr. Collins. I say this to fully disclose any perceived bias or subjectivity. I share my comments with full sincerity and an understanding of the possible consequences of my words.

First, I want to acknowledge that much about this case is inherently tragic. A district has been denied its due representation in Congress; an individual of great promise, a fellow Eagle Scout no less, betrayed his constituents and will forever have his name tainted; a son followed his father's request and now stands on the verge of incarceration and a lifetime defined by a criminal act not of his own creation. I have true sympathy for everyone caught up in Mr. Collins' web of illegal activity and look forward to our district moving on.

Nevertheless, justice must be served, and Mr. Collins' actions and character must be examined. Following the indictment in August of 2018, Mr. Collins continually lied to voters by proclaiming his innocence and ultimately won re-election. As a member of Congress, Mr. Collins said he worked for his donors—not the people of Batavia, Hamburg, Canandaigua, Warsaw, or the countless other small towns and communities within New York's 27th District. Following his guilty plea last week, Mr. Collins has admitted that his actions were in fact illegal; that he knew they were illegal; and that his claims of innocence were false. He knowingly abused the trust of the people of Western New York.

I stand with many who are angered by Mr. Collins' actions, but I find some discomfort celebrating anyone's demise, even his. However, with his re-election predicated on an admittedly false claim of innocence, I urge that in sentencing, you recognize this fraud on the taxpayers of this nation and the people of New York's 27th Congressional District and require him, in addition to whatever other penalties you deem appropriate, to also require him to repay his salary from the date of his indictment until his resignation and forfeit his taxpayer-funded pension.

Sincerely,

Nathan D. McMurray

# Untitled

Dear Sir...

       We are constituants of the 27th district.   We are writing to express our opposition to any type of leinency for Ex-Congressman Chris Collins.

       Please consider all the lies to his voters and the mistrust he has presented when you determine his fate in this conviction...

       sincerely..

Michael and Rosemary Scime



Page 1

Hon. Vernon S. Broderick

United States District Judge

Thurgood Marshall United States Courthouse

40 Foley Square

New York, N.Y. 10007


Honorable Judge Broderick:


I am writing in regards to the sentencing of Chris Collins. Mr. Collins lied to his voters and constituents after his indictment in 2018 to win re-election to congress. Before his indictment, the Office of Congressional Ethics found "substantial reason to believe" Mr. Collins violated rules of conduct for a member of congress. Mr. Collins assured his fellow members of congress, (lied to them), that he always followed ethical rules in his investments. Mr. Collins defamed Louise Slaughter, a fellow member of congress. These actions reveal that Mr. Collins is not remorseful for his actions. He used his position in congress to enrich himself.

The actions of Mr. Collins are now costing the state a special election. Mr. Collins, a resident of Florida now, is trying to eschew responsibility for his actions. Furthermore Mr. Collins is asking for letters of support to lessen any sentence. Mr. Collins is not in the least remorseful for his actions.

I urge this court to sentence Mr. Collins to maximum amount allowable under the law. I feel any other sentence will signal to people of privilege that crimes pay.


Sincerely,


William C. Fine



# HOLISTIC CENTER FOR VETERINARY CARE
## CYNTHIA LANKENAU, DVM
*Certified Veterinarian Acupuncturist*
*Certified Veterinarian Homeopath*
*Certified Veterinarian Herbalist*
*Certified in Veterinary Homotoxicology*
*Certified in Veterinary Spinal Manipulations*

Hon. Vernon Broderick
U.S.Court
Southern District of NY
500 Pearl Street
New York, NY 10007
October 8, 2019

Your Honor,
I am writing to **oppose** the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes. I am a resident in district NY-27. Since his indictment, I have called his office weekly to express my concern of his representation of our distinct and that he would not be able to effectively represent our distinct and it would be a hardship our district. He put his needs above those of the people and violated his oath to the constitution. This is a serious breach of trust and he should face the full consequence of his actions,
Please give him a serious sentence as he broke trust with us and brought shame to his office.

Your Honor, I appeal to you to help Mr. Collins clearly see his serious wrongdoing and sentence him to the maximum amount allowable under the statute.
Sincerely,

Cynthia Lankenau, DVM

James R. Renfrew



Hon. Vernon Broderick
US Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

October 5, 2019

Dear Judge Broderick,

I was a constituent of Christopher Collins, the 27th District congressional representative who has just pled guilty to charges of insider trading and resigned his congressional seat.

I suspect that you will receive many letters of support from friends and families who will describe him as an otherwise good man who made a simple mistake, deserving of lenient sentencing, and that the public shame and loss of his congressional seat is punishment enough. I thoroughly disagree – he lied, he betrayed the trust of his constituents, he used his position to benefit only his family and circle of friends, and he treated the press, the court, the public and his own constituents with contempt. A law had previously been passed prohibiting this exact insider trading scenario, and Mr. Collins was fully aware of it. He knew what he was doing.

In fact, a neighboring congressional representative, Louise Slaughter, was instrumental in passing that inside trading bill. She died and Mr. Collins, vindictively, was the only member of Congress from New York who voted against naming a local post office in her memory. He owes Ms. Slaughter's family an enormous apology!

Let me tell you about my experience with this admitted criminal. He consistently denied all charges, insisted that the charges were politically motivated, and that he would be exonerated. Even his own party leadership removed him from all committee assignments. He ran for a new term in 2018, was actively campaigning for a new term in 2020, all the while insisting on his innocence, while attacking regulators, courts and his enemies for his problems. As far as I can tell, winning a new term was largely for the purpose of insulating himself from further court scrutiny, and likely a ploy to win a Presidential pardon.

The final insult to taxpayers is that by delaying his guilty plea for so long, it will require a special election to fill the seat, at a cost of millions. In addition to his other punishments, Mr. Collins should also be fined the cost of the special election. In the meantime, we have no voice in the Congress for what appears to be the next seven months. His final insult to his own constituents.

Judge Broderick, I am normally a forgiving person, but Mr. Collins was so egregious in a position of trust that the court needs to make very clear the consequence of such behavior to other elected officials. I will be following the sentencing phase very carefully.

Sincerely,

James R. Renfrew

To The Honorable Vernon S. Broderick

United States District Judge, Southern District

Thurgood Marshall United States Courthouse

40 Foley Square, New York, N.Y. 10007                    October 7, 2019

Dear Judge Broderick,                                    U.S. v. Chris Collins

I have known Chris Collins for two decades for his humanitarian and community service efforts. I worked with Chris with the Kenmore Mercy Hospital Foundation for many years as he was very generous, supportive and kind. I have helped lead the fund raising with MDA, Muscular Dystrophy Association for 15 years. Chris and his wife Mary have come to our events, built up our reputation, helping disabled children to go to a camp for a week and he helped us with fund raising with Chris' wife Mary dancing to raise funds to fight Duchenne Muscular Dystrophy. I was also President for the General Pulaski Association with Chris marching in our parades, attending many events to boost our W.N.Y. Polonia and raising funds to boost our Polish heritage, culture and language.

I know Chris Collins to be a humble and dedicated community servant, a giver to those in need as well as being a wonderful Dad and husband to Mary Sue. Please contact me at ▮▮▮▮▮▮ if you have any questions. Thank you for allowing me to be a character reference for Chris Collins

Respectfully Submitted by:

*B⁰ Rush*

Brian D. Rusk

Past 12 year Board Member Kenmore Mercy Hospital Foundation

20 year Muscular Dystrophy Assoc. Western New York Board Member

32 year Past President of The General Pulaski Association, Inc.

Hon. Vernon Broderick
US Court, Southern District
509 Pearl Street
New York,NY 10007
October 7, 2019

Your Honor,

I am writing in response to the news that former Rep. Chris Collins asked his supporters and friends to send you a plea for leniency at his sentencing hearing. I implore you to do just the opposite!

I live in the 27th district, represented by Mr. Collins until his resignation last week. From the time Mr. Collins was indicted, he declared his innocence to his constituents. Mr. Collins would have you believe he is remorseful, yet after being indicted he ran for another congressional term, continuing to lie about his innocence and even using delaying tactics for his upcoming trial. It has been over two years now that we have heard from him that he was innocent. He promised that he was working for his country and Western New York, yet now he pleads guilty to a crime of greed for himself. My neighbors and I have had virtually no representation in the House because of Chris Collins' deceptive approach with his constituents. Additionally, Chris Collins' wealthy family has benefitted financially from his insider trading, even though he has pleaded guilty. No money will be returned from his crime. I do not find any of his actions evidence of remorse.

As an elected congressman, Chris Collins had a responsibility to uphold the law and the constitution. Instead, he used his position to enhance his own wealth (and really, he was already wealthy, wasn't it enough?). As a former Rochester City School District teacher of thirty-four years, I have watched many of my former students be sent to jail for victimless crimes, really crimes that were committed for survival, and they have served far more time than Chris Collins seems to think he should serve. It is fact that, rich, white men serve less time than poor, Black men! I urge you to sentence Chris Collins to the maximum sentence. He deserves it!

Sincerely,
Lynn Gatto, PhD
Associate Professor
University of Rochester



October 7, 2019

Vernon S. Broderick, United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 518

Dear Judge Broderick,

I felt i had to write this letter in order to tell you how a New York state taxpayer who lives in the 27th congressional district feels about the Chris Collins case and about Chris Collins.

Chris Collins was encouraged to and initially decided not to run for his congressional seat in the 2018 election. There were other Republican candidates who could have and would have taken his place. But instead he insisted to the public and his constituents that he had done nothing wrong and would be vindicated. So he ran and and ultimately he won his congressional seat back and returned to congress, knowing that he was guilty of crimes for which he had been indicted. Now we in New York, and in his congressional district, are stuck with the bill for a special election or we will lose our representation in congress until November, 2020. Why should we pay for his lies? Chris Collins is a wealthy businessman and he should pay for his lies instead of us.

I am supporting that he be fined for the amount that election will cost New York state. Like a lot of Americans I am tired of people who are wealthy and in power acting like we don't matter. We do matter and every penny of our tax payment is hard earned. I have no problem paying my taxes but I would like to see the money used for things we need and want in New York instead of being used to pay off things that irresponsible people squander!

Thanks for listening to my complaint,

Rachel T. Hill Ph.D

Rachel T. Hill Ph.D.

Hon. Vernon Broderick U.S. Court
Southern District of NY 500 Pearl Street
New York, NY 10007
October 8, 2019

Your Honor,

I am writing to oppose the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes.

Mr. Collins declared his innocence despite the overwhelming evidence against him from the time he was indicted until just THREE weeks prior to pleading guilty. I see no remorse in that.

Mr. Collins defamed a fellow Congressperson who had served many years in Congress, calling Louise Slaughter "despicable" because she reported his illegal actions to the Congressional Ethics Committee. Yet, rather than do the "people's work," he worked within the walls of the capitol buildings to encourage other Congressmen to invest in the private company for which he served. Which behavior is despicable?

Mr. Collins was indicted before the 2018 election and were he honorable or remorseful, he would have resigned then. Instead he decided to run for re-election, lying to his constituency and resulting in being forced off committees so he could not fulfill Congressional duties. Essentially, NY-27 has had no representation in Congress for a year. These are not the actions of a remorseful man.

Mr. Collins relatives, at Mr. Collins direction, dumped their stock based on his insider tip. What about the other investors not tipped off? Wasn't their stock further devalued because the Collin's clan was able to cash out early? He was thinking only of himself and his family.

Furthermore, Mr. Collins, by not resigning at indictment, is costing the State of New York a special election, the cost of which you and I as taxpayers must bear.

Who will reimburse NY-27 for the cost of no representation, the investors for their loss in stock value, and the State of NY for a special election? Mr. Collins must pay, if not financially, by time served.

Finally, Mr. Collins white-collar crimes carry low maximum sentences as it is. People without his money and influence are in jail longer for victimless crimes. Why should Mr. Collins, with his false cries of remorse be rewarded? Your Honor, I appeal to you to help Mr. Collins clearly see his serious wrongdoing and sentence him to the maximum amount allowable under the statute.

Sincerely,

Ann Hayes



October 8, 2019

Honorable Vernon Broderick

U.S. Court, Southern District of NY

500 Pearl Street, New York, NY 10007

Dear Judge Broderick,

I am writing this letter to share my feelings on Chris Collins and to state why I am opposed to leniency in sentencing Mr. Collins for his recent crimes. I have never met Mr. Collins personally but feel I have a right to express my opinion as a constituent of his 27th congressional district.

I am a 68 year old grandmother, a retired Registered Nurse, a breast cancer survivor, and a republican. I am also a life-long resident in the town of Wheatfield which is included in the 27th District. I have never written a letter like this but I find it appalling on so many levels on what Mr. Collins has done to my district. I feel duped and angry! Angry that he faced his constituents on many occasions proclaiming his innocence, giving interviews, running for office all the while lying to our faces when he knew he was guilty. My gut feeling is that the only reason he changed his plea was to help his son and receive less jail time. I truly believe the only thing is sorry about is that he got caught and he involved his family and now his son has to suffer too.

I'm sure you will receive many letters of support for Mr. Collins describing his many virtues but I want you also to be aware of his many constituents and how we got screwed royally by him. Mr. Collins lied to all of us in his congressional district for months! He should be sent a message that money and power cannot buy justice!

Thank you for your time.

Sincerely,

Linda C. Stevens

Linda C. Stevens

October 8, 2019

Hon. Vernon Broderick
U.S. Court, Southern District of NY
500 Pearl Street
New York, New York 10007

Your Honor:

I am writing to oppose the request made by the former Rep. Chris Collins for leniency in the sentencing for his crimes.

Before the 2016 election, I was blissfully unaware of how corrupt Mr. Collins is. I knew he was our Congressman, but that was the extent of my knowledge. The events leading up to the 2016 election and the subsequent results made me realize that I no longer had the luxury of not paying attention. I became politically active for the first time in my life. I attended meetings, funded messaging and wrote letters to the editor until I'm sure the local papers were sick of hearing from me. I contacted Mr. Collin's office more times than I can count, only to be brusquely dismissed on the phone or sent canned response letters that had absolutely nothing to do with the issues I contacted him on. He mockingly refused to hold town halls, insulted his constituents frequently and in general was a dismissive and absent representative even before his arrest.

After denying the charges against him going so far as to say they were "fake news", he ran again and won - beating his Democratic challenger by the narrowest of margins in what was solidly considered a safe R district. When he ran, he knew at that point he was guilty – and with that win denied the good people of Western New York representation so that he could leverage his position for what he knew was going to be his inevitable plea. He did not want to serve, he wanted a bargaining chip.

I truly feel that Mr. Collins and his ilk are bleeding our democracy dry. The rules don't apply, they take and do what they want- always with expectation that they will get away with it. We cannot let them. What he did was illegal, he knew it was illegal and he deserves to be punished. Justice should be blind, but I sometimes feel that sentiment is naïve. It shouldn't be.

Thank you.

Sincerely,

**KAREN M. BORTOLIN**

███████████████

October 8, 2019

Hon. Vernon S. Broderick
U.S. District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Former U.S. Representative Chris Collins, New York 27th District

Your Honor:

Mr. Collins took and signed his oath of office to uphold the U.S. Constitution. In the six years in office he only introduced two bills that passed: one to rename a post office in Dansville, New York and the other to create a registry of the firefighters who were diagnosed with cancer (he was a coauthor). Mr. Collins cosponsored the fewest bills while in office. He had no (NONE, ZERO) leadership roles on any committee and/or subcommittee. His report card of his time in office of almost six years reflects that he was more interested in furthering he and his family's own needs than those of the people he represented in New York State (Mr. Collins' report card grade was "0"). One such example was developing relationships with the lobbying firms for only his bottom line, not those of his District. I can attest to this as I reside in this District.

The fact that Mr. Collins is asking his "friends" to write letters of commendation to your attention to reduce his sentence has left me with a feeling of total disgust for this individual. Another fact that he no longer has any respect for his District and its constituents is that Mr. Collins has changed his residency to another state. This only proves that he does not care, nor has cared about the residents of this District. First and foremost, the only concern he has is for himself and his family's welfare.

I cannot express how little Mr. Collins did to represent his constituents. Mr. Collins innate sense of entitlement made he and his family immune to any and all laws of this country. He will pay his debt to society through his prison time, but he will never be able to pay for the damage he did to NY-27 through poor and absentee leadership. I respectively ask Your Honor to take into consideration the comments from the people he supposedly represented and show no leniency in deciding what his sentence will be. I also ask that the sentence send a clear and strong message to all that hold a respected position within our government.

Respectively,

*Karen M. Bortolin*

Karen M. Bortolin

Martha Buyer, Principal
Admitted to practice
in New York, Colorado,
Wisconsin and Massachusetts



LAW OFFICES OF
MARTHA BUYER, PLLC
Practice Limited to
Communications Technology Law and Consulting

October 8, 2019

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Sentencing of Chris Collins

Dear Judge Broderick:

I write this letter regarding the sentencing of Chris Collins. I was a constituent of Mr. Collins, and have no party affiliation. This letter is NOT about either my disappointment with his extended absences from the district that he ostensibly served or his performance in office.

However, what concerns me is what I didn't read in Mr. Collins' request for letters requesting leniency at sentencing. There is neither any acknowledgement in his request about his criminal conduct leading to this guilty plea, nor any humility or remorse about his actions. As you are well aware, no one is above the law, and Mr. Collins is certainly no exception.

Please consider not only the scope--but the impact--of his crime, which has affected many in this community both directly (as investors) and indirectly (as constituents who are now without representation in Washington) when making your sentencing recommendation.

Very truly yours,

Martha Buyer

MB:ltr



October 8, 2019

The Honorable Vernon S. Broderick
United States Court, Southern District
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick:

This letter is regarding former Congressman Christopher Collins. First, my disclaimer: I do not live in
his district. I live about 10 miles from the eastern border of his former district, but I'm fully aware of
him. I'm also a frequent visitor to Buffalo (about 60 minute drive) and see firsthand what he hasn't
done for his city. In short, he's an obnoxious man, who had little or no concern for the city of Buffalo.

It's not coincidental that he was the first in Congress to support the current president. When my
Congresswoman Louise Slaughter wrote an insider-trading bill after learning of his charges, he called
her a "despicable human being," all the while knowing he was guilty. I'm sure you've heard of Mrs.
Slaughter, and you may have known her. She was FAR from being a despicable human being.

You may have heard of Buffalo real estate developer Carl Paladino. You may also have heard of the
racist emails and jokes he sent out about President and Mrs. Obama. Paladino, who is close to Collins,
was on the Buffalo School Board. He was eventually removed from the Board for disclosing
confidential information to the press. Any person who can cavort with the likes of Carl Paladino is not
somebody deserving of compassion. He should be shown the compassion that he GAVE to not only his
constituents, but the Obamas and the citizens he cheated.

I understand that Collins is asking people to write you to ask for compassion. I'm writing to ask for the
opposite. In this life, it's not fair that somebody like Collins can be guilty of so much corruption and
get away with little or no punishment, while there are innocent people in prison for life (Attorney
Bryan Stevenson is my hero). This corrupt Congressman MUST pay his debt to the fullest extent of the
law.

Thank you, Your Honor, for listening.

Respectfully,

Linda M. DiStefano

/lmd

# Edward M. Warnke

████████████████████████████████████████

October 8, 2019

Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
New York, NY.  10007

Dear Judge Broderick,

I just read in the Buffalo News today that Representative Chris Collins pleaded guilty to the charges and subsequently moved to Florida to hide from the people that elected him. As he made a mockery of the Office that he served and bilked the people that he was supposed to represent, not to mention how much of our taxes were wasted on his legal defense I am asking you to make an example of him and sentence him to the maximum sentence now that he finally admitted his crimes.

I have never written a letter like this as I am normally a compassionate person, but watching him waste three years of our taxes and time while not representing us but himself and then having the audacity to run and win a re-election and now having no one to represent us is rubbing salt in our face and the institution of Congress. He deserves what he gets.

I am ashamed that I voted for him in the first place!

Sincerely yours,

*Edward M. Warnke*

Edward M. Warnke C.P.A.

████████████████████████

To the Honorable Vernon Broderick:

I am a constituent of Chris Collins and am writing to request the Maximum Sentence for him and his co-conspirators.

Nobody is above the law and his offense, committed on the White House lawn, reeks of privilege.

Sincerely Yours
Jim DeCamp

October 9, 2019

Judge Vernon Broderick
Thurgood Marshall U.S. Courthouse
Courtroom 518
40 Foley Square
New York, NY 10007

Re: Future sentencing of former U.S. Representative Christopher Collins

Honorable Judge Broderick,

It is my understanding that you shall be the federal judge presiding over the sentencing of Christopher Collins, my former U.S. Representative from the New York 27th District.

While my issues with this former government representative are many including his lack of any meaningful contact with his constituents who refused to "pay for attention" with him, what is most distressing is how he used his political power and guile to swindle. His clear disgust and dismissal of the rule of law in order to profit himself and his family has been on full display through his terms in office. Finally, his greed and contempt for his district and the country to which he vowed to serve has its day in court. Please do not allow his lawyers to plead for leniency. He has not been our honorable member of Congress. Our 27th congressional district is currently without representation but we are better off than with the contemptable greed of Mr. Collins.

Thank you for your consideration.

*Gayle Mosher*

Gayle Mosher, M.D.

████████████████████

David Wiles



October 10, 2019

US Court Judge Vernon S. Broderick
Thurgood Marshall US Courthouse
40 Foley Square, New York, NY 10007

Your Honor:

I am taking this opportunity to offer an opinion regarding the upcoming sentencing of Christopher Collins. The main reason I am writing this today is that I have just seen a mass email from Mr. Collins appealing to his "supporters" to write letters on his behalf. In the email, he attached "...a letter from my attorneys stating what I need." He asks, not for the truth, but what *he needs*. He goes on to say in the email that he is "proud of our many accomplishments" and refers to his time in office as a "success."

A success? It's inconceivable that he could think so. And yet he does, even as he awaits sentencing for his serious criminal actions. The balls on this guy!

I am with no campaign or organization opposed to Mr. Collins. I am simply a citizen asking for justice.
I had the misfortune of serving under Chris Collins during his time as Erie County Executive. I can sadly say that I never met an individual who was more arrogant, thoughtless, conceited and oblivious to ethical behavior. With his recent guilty plea, he has admitted taking actions which are both unethical and felonious. He is truly an individual who believes that the rules of law that applied to everyone else did not apply to him. That he was somehow above the laws that govern us all.

What Mr. Collins does not realize is that justice applies to all people equally. Or it should.
Although he has no prior criminal record, throughout his life, Mr. Collins has a long record of shady business schemes and dealings which have bordered on criminality. Now, at long last, his unethical and criminal behavior has been exposed in no uncertain terms.

In advocating for a stiff and severe sentence for Mr. Collins, including substantial jail time, I can only say this: If this man does NOT serve an extended period in jail, something is seriously wrong with our judicial system. There is no one for whom a lengthy period of incarceration is more appropriate.

I am asking that you impose a sentence including the extended jail time that Christopher Collins deserves.

I am most sincerely,

David Wiles

Michael Nosbisch

October 10, 2019



The Honorable Vernon S. Broderick

United States District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

Your Honor;

I am writing this letter in regards to ex-congressman Christopher Collins. I am a lifelong resident of western NY. I have lived in the 27TH congressional district, I also have close relatives and friends who reside in this district.

I am steadfastly opposed to any leniency given to Mr. Collins.

Besides admitting guilt to his felonies, he has lied to every constituent with whom he has communicated with during his most recent election campaign. He assured everyone he was innocent of these charges at town hall meetings, all the while knowing of his guilt.

His absence now leaves the 27th congressional district with no representation. This truly hurts the district's constituents, for they have no voice in the House of Representatives.

I believe he should be made an example of not only because of his poor judgement. But the fact that he knew he was breaking the law when he made inside information available to his associates and family.

What example would leniency send to the people he was supposed to represent and their children who are aware of this amoral situation which is being followed closely in their social studies classes. Is stealing and lying to be rewarded?

The good people of western NY deserve better. I am confident that you will impose a just sentence.

Sincerely Yours

Mary A. Durlak

October 10, 2019

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Christopher Collins /sentencing

Your Honor:

My former representative to America's House of Representatives, Christopher Collins, has decided to plea for leniency. I urge you to deny his plea.

Had Mr. Collins resigned upon being charged because he knew he was guilty, his request would be reasonable. But instead, he insisted on his innocence and derided and ridiculed anyone who questioned his innocence or tried to determine the facts.

He has shown a steady disregard for his constituents while knowing he was guilty. Therefore, he does not deserve the leniency that might have been appropriate had he showed remorse or regret or, even, stopped lying. Please deny his request.

Thank you for your consideration.

Sincerely,

Mary A. Durlak

October 10, 2019

Judge Vernon S. Broderick
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Your Honor,

I am writing in regards to the penalty phase of the Chris Collins case.  I am a constituent of the 27th Congressional District in New York.  As such, I, as many others, have been betrayed by Mr. Collins and his actions.

His continued denial of any wrongdoing has hurt his family, community, constituents, and the Nation.  His arrogance continued for well over a year as he lied to all of us regarding his insider trading.  As a result, his own son and his son's future family is facing prison time.  What kind of man puts his own family into that position?  A man who needs to be punished for his crime is the answer.

Chris used the office of Congressman, which was given to him by the people in trust, and he abused that trust.  You are aware of the evidence.  Our community was shown many videos on the local news of Chris denying his involvement in any insider trading.  Yet he finally admitted guilt.  Over time, he was removed from Congressional committees until the legal battle was over.  Now that he has resigned in disgrace, the 27th. District has no representation in Congress.  We have no say in Washington.  He couldn't carry out his duties as he needed to.  I am asking you to have him forfeit his salary from the point of the indictment and have him forfeit his congressional pension.  To do less is a slap in the face of American citizens that follow the rules of law.

Mr. Collins has been asking his friends and colleagues to send letters to the Court extolling his virtues, morals, and ethics., dedication to family and community.  His actions have proved that he has lost his way.  We now know about virtues, morals, ethics and dedication to family.  We can add dedication to community.  He now has taken up residence in Florida.  The man has left New York in disgrace.  I am asking you to impose the stiffest sentence possible.  There were people who had money invested in this stock and lost their money.  His insider trading is a crime, period!.  Thank you for listening to my concerns.

Respectfully,

Anna Burakowski

Joseph Tyrpa

███████████████

October 10, 2019

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Hon. Vernon S. Broderick:

I am writing you to express my feelings on the sentencing of former U.S. Representative Chris Collins. I reside within the district (NY-27) that Mr. Collins represented. Now that Mr. Collins finally admitted that he broke the law and resigned, I now reside in a district without Congressional representation.

Last year Mr. Collins decided to run a campaign for Congress where he continually denied the charges against him. He ran hateful attack ads against his opponent that were full of deception and misinformation. He continually called people liars and said that all the insider trading accusations were false. He stoked anger in the NY-27 by calling local newspapers and media outlets "fake news" when reporting facts about him. Throughout his campaign he continually lied to the 800,000 Americans who reside within NY-27. NY-27 is full of blue collar hard working people who deserved better that Mr. Collins' lies.

It's now perfectly clear that Mr. Collins never truly cared about his former constituents and only cared about how he could use this Congressional seat to protect himself and increase his own personal wealth.

When sentencing Mr. Collins I urge you to take into consideration how fraudulent Mr. Collins actions truly are. He committed a serious crime. He also deceived every single person in NY-27. He used his office for his own personal gain and now we are without representation. He refused to listen to constituents. Based on his fraudulent actions I also encourage you to minimally require Mr. Collins to return his Salary from the day of his indictment to his resignation. Because he used his office to illegally enhance his personal wealth I also feel strongly that in the interest of fairness to the American people, he should forfeit his taxpayer funded pension.

Thank you for your time and consideration.

Sincerely,

Joseph Tyrpa

10 Oct. 2019

Judge Vernon Broderick
Thurgood Marshall U.S. Courthouse
Courtroom 518
40 Foley Square
New York, NY 10007

Re: Your sentencing of former U.S. Representative Christopher Collins from a resident.

Honorable Judge Broderick:

You shall be the Federal judge presiding over the sentencing of Christopher Collins.  He was my former U.S. Representative from the New York 27th District.

During his lazy years winning our gerrymandered, 27th Congressional District, Mr. Collins made no effort to visit or otherwise, personally stay in contact with his constituents.  He has used his political power to misrepresent and swindle. Mr. Collins has demonstrated distaste for the rule of law.  His selfish, profiteering for himself and his family has been on full display dishonoring the Congress.  Though his lawyers may plead for leniency, I hope you give him the full measure of his convictions.  He has dragged our District down for years.  His dishonorable MIA period in Congress has left his District and DC office unoccupied for my many attempts to meet him.  We are without representation. Make him an example, please, of consequences.

Thank you for reading my views on this less than honorable, criminal, former Congressman.

*Hal Bauer*

Hal Bauer, Ph.D

███████████████

PS: Collins stold our trust in the Federal government.

**Jeanette M. Jafari**

██████████████████

October 11, 2019

Hon. Vernon Broderick
U.S. Court
Southern District of New York
500 Pearl St.
New York, New York  10007

Dear Hon. Vernon Broderick:

I am writing this letter urging you to sentence former Congressman Chris Collins to the maximum sentence for the crimes he has pled guilty to in New York federal court.

He is a disgrace to Western New York. He lied repeatedly denying guilt, claiming he was wrongly charged and would be totally exonerated. He had the audacity to run for office again knowing he was totally guilty of the charges, thus, making fools of all his supporters who believed him. He made a mockery of our democratic system. I am so sick of the lying coming from all branches of this government. We need to get back to our American principles and restore our democracy. Since Congress and the Executive branch seem to be unable to restore our faith in government, let the judicial system be the branch who will set things right.

Collins has publicly said he has pled guilty to charges to save his son, Cameron Collins, from stiff punishment. So, Chris Collins has not pled guilty because of remorse. He has done so to save his son. I believe he still feels he hasn't done anything wrong. He has also now moved to Florida for who knows what reason, but it probably is for financial manipulation of the system, since Florida has laws protecting home ownership and lower property taxes. So much for loving the state he represented in Congress. He is a truly selfish person.

It seems like wealthy people in this country seem to get away with crimes that average people never do. Please restore fairness to the courts. I implore you to do the right thing and make an example of Chris Collins by sentencing him to the full extent of the law.

Sincerely,

Jeanette M. Jafari

*Richard L. Hirsch*

██████████████

October 12, 2019

Judge Vernon S. Broderick
Thurgood Marshall Federal Courthouse
40 Foley St.
New York, NY 10007

Dear Judge Broderick;

   I have never offered my opinion regarding the sentencing of a convicted felon but I make an exception in the matter of my former Congressman, Christopher Collins.

   Throughout his public career in Congress, he always treated that position as a second-front job, a sideline. He never stopped being an independent businessman, always alert for opportunities to increase his personal wealth, or, in the vernacular, "make a buck." His goal was to do what was best for Chris Collins, not what was best for his country and his constituents.

   I know that elected officials are often opportunists like Collins, and many of them, at every level of government, are waiting to see the punishment you feel is appropriate. Their future deportment in office is likely to be impacted by the sentence he receives.

   I believe he deserves the maximum term as stipulated in sentencing guidelines. As you make a final review of the testimony I believe you will agree.

Yours truly,

*Richard L. Hirsch*

Richard L. Hirsch

10/12/2019

Judge Vernon S. Broderick
U S District Judge
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

Re: Chris Collins Sentencing

Your Honor;

I respectfully request that Chris Collins be sentenced to the maximum time allowed per his plea bargain and furthermore request that he be required to payback his Congressional salary from the date of his offence and forfeit all pension and benefit rights granted to Members of Congress.

Chris Collins began his local political career after buying struggling but viable companies, stripping them and sending the good jobs overseas. This, while touting how he was saving local business and jobs. He did the same thing as our Congressional Representative. He publically bragged about representing his donors and not the residents of the District.

Since his indictment, through his guilty plea, the resident constituency of his District has effectively been without representation because he was stripped of all committee seats and yet he claims he did his job. He asks others to send you letters attesting to his character and diligence. I write to tell you that I have not been represented by Chris Collins since he took office and respectfully request that he get as good consideration as he gave his constituency.

Respectfully,

Joseph A. Burakowski

Thomas Olshan



14 October 2019

Honorable Judge Vernon S. Broderick
Judge of United States District Court Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sentencing of Christopher Collins, Case #18CRIM567

Dear Judge Broderick,

I am writing in regards to the sentencing of Christopher Collins, former Representative of the 27th District of New York. As a resident of NY-27, I have been aware of Mr. Collins' unethical activities for some time. His recent guilty plea in regards to his criminal insider trading activities is not surprising to anyone who has paid attention to Mr. Collins during his tenure in Congress.

Mr. Collins very clearly abused his position of authority for personal gain and repeatedly lied to the members of his district over his illegal behavior. At a time in our nation where lawlessness seems to be normal for those with wealth and power (of which Collins had both), Collins embodied and embraced the idea of being above the law. He used his office and position to enrich himself at the expense of his constituents, and in the process has done serious damage to the idea of equal justice for all.

As I understand it, Collins has organized a letter writing campaign amongst his friends and associates in an effort to gain leniency during his sentencing. I would ask that you please take into account the full scope of Mr. Collins' actions. He has undermined one of the very foundations that this country is built on: that all men and women are equal in the eyes of the law. Those we elect to represent us should be held to the highest standards of ethical conduct, and Mr. Collins' actions as a member of Congress were a direct violation of public trust.

I believe we should use this as an opportunity to be clear that these behaviors are not to be tolerated and that serious consequences will follow for those that may choose to abuse their positions of trust and influence in the future. It is with this in mind, that I respectfully ask for you to consider the maximum sentence for Mr. Collins, currently scheduled for 17 January 2020.

Respectfully,

Thomas Olshan

October 15, 2019

U.S. District Court Judge Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Dear Judge Broderick;

I am not a constituent of Chris Collins but would like for you to consider the
following when passing sentence on Mr. Collins.

1. His consistent and habitual lying. Mr. Collins has repeatedly lied about the
   news medias as they accurately reported on his criminal activity. He
   sighted the New York Times, Wall Street Journal and the Buffalo News for
   conducting a 'witch-hunt". It was recently reported "He exploited
   conservatives' resentment of the press and went to war with the Buffalo
   News in his fundraising emails". Mr. Collins liked to boast that he would go
   to any length to protect the 2nd amendment – even bragged that he was
   armed at a public appearance. But what about the 1st amendment –
   freedom of the press. Our democratic form of government relies on a free
   press. He was quoted after pleading guilty that "I am moving to Florida
   and hope the press settles down and moves on". He just can't stop
   blaming others.
2. Congresswomen Louise Slaughter began the first investigation of Mr.
   Collins and his obvious and blatant law breaking – his response was to
   call her "a despicable person". That anyone would say that about another
   person is bad enough. But to say it about a fellow member of Congress is
   beyond the pale. She was a very lovely person and had a real compassion
   for her position in Congress.
3. My interaction with Mr. Collins goes back to when he was the Erie County
   Executive. He signed an executive order eliminating daycare funding for
   the working poor – not the stay at home poor – the working poor. Our
   Peace and Justice Committee at my church, along with a number of
   religious based groups, took on the cause and the results were he was
   forced to re-start the funding only after a great deal of outside pressure
   was applied.

In addition to any jail time or other forms of punishment a true public apology to
both the media and the family of Ms. Slaughter are in order.

Thank you,

Neal O'Rourke

October 16, 2019

Hon. Vernon S. Broderick
U.S. District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Justice Broderick,

Please impose beyond the maximum jail sentence on Christopher Collins. His arrogance and total dis-regard for the law, his constituents, and the Constitution is insulting to every patriot. He believes that he is above the law and deserves to pay dearly for his crimes. He has continually lied and used the system to his benefit his entire life. And he has maligned the press and his opponents unfairly on a daily basis. His behavior is especially egregious because he ran his most recent campaign knowing that he was a felon, claiming he would be vindicated, but was a "lame duck" for his district. His "apology" was insincere and he still believes he deserves his freedom.

You are obviously brilliant and will ensure justice is served. We are counting on you.


Sincerely,
Susan Painter

October 29, 2019

U.S. Court

Southern District of NY

500 Pearl St.

New York, NY 10007

Your Honor,

I am writing to oppose the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes.

Mr. Collins declared his innocence despite the overwhelming evidence against him from the time he was indicted until just THREE weeks prior to pleading guilty. I see no remorse in that.

Yet, rather than do the peoples work, he worked within the wall of the capitol buildings to encourage other Congress people to invest in the private company for which he served. This is despicable!

Mr. Collins was indicted before the 2018 election and were he honorable or remorseful, would have resigned then. Instead he has left us with no representation for all this time. This is a shame for sure.

Mr. Collins relatives dumped their stock at Mr. Collins direction because of an insider tip off. He is a very self- serving man. Not one concerned of his constituency.

Furthermore, Mr. Collins is costing NYS special election burden on the taxpayer. Not to mention cost of no representation in Washington, for us. Finally, Mr. Collins white-collar crimes carry low maximum sentences as it is. People without his money and influence are jailed longer for victimless crimes.

Your Honor I appeal to you to help Mr. Collins clearly see his wrong doings and sentence him to the maximum amount allowable under the law.

Sincerely,

Joyce A. Norman



November 19, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Chris Collins

Judge Broderick,

We have known Chris Collins and his wife Mary for almost twenty years.  We knew him first as a successful business owner in the Western New York Community.  We are part of an organization called Young President's Organization and participated in many events and out of town seminars together.  We knew him later as our Erie County Executive and later as our Congressman.  I was part of his transition team when he was elected County Executive.  He and Mary are also friends.

Chris has always demonstrated the highest level of ethics, honesty and integrity in his roles.  He was extremely hard working and was tireless in his efforts to help the county of Erie and later the 27th District in the U.S. House of Representatives.

We never questioned his desire to help his constituents and be a strong voice for the community in Congress.  He was also very active in community and charity groups.  You would always see Chris and Mary attend many events to benefit those in need in WNY.

Respectfully,

Kent Frey

Laurie Frey

Hon. Vernon Broderick U.S.Court,

United States District Judge

Thurgood Marshall US Courthouse

40 Foley Square

New York, New York 10007

November 19, 2019

Your Honor,

I am writing to oppose the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes.

Mr. Collins declared his innocence despite the overwhelming evidence against him from the time he was indicted until just THREE weeks prior to pleading guilty. I see no remorse in that.

Mr. Collins defamed a fellow Congressperson who had served many years in Congress, calling Louise Slaughter "despicable" because she reported his illegal actions to the Congressional Ethics Committee. Yet, rather than do the "people's work," he worked within the walls of the capitol buildings to encourage other Congressmen to invest in the private company for which he served. Which behavior is despicable?

Mr. Collins was indicted before the 2018 election and were he honorable or remorseful, he would have resigned then. Instead he decided to run for re-election, lying to his constituency and resulting in being forced off committees so he could not fulfill Congressional duties. Essentially, NY-27 has had no representation in Congress for a year. These are not the actions of a remorseful man.

Mr. Collins, by not resigning at indictment, is costing the State of New York a special election, the cost of which the taxpayers must bear. Who will reimburse NY-27 for the cost of no representation, the investors for their loss in stock value, and the State of NY for a special election? Mr. Collins must pay, if not financially, by time served.

Mr. Collins white-collar crimes carry low maximum sentences. Why should Mr. Collins, with his false cries of remorse be rewarded? I appeal to you to help Mr. Collins clearly see his serious wrongdoing and sentence him to the maximum amount allowable under the statute.

Sincerely yours,

Ellie Syverud

November 21, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject: United States v. Christopher Collins

Dear Judge Broderick;

Congressman Christopher Collins served as my Congressman in the NY 27th District.

In my recent retirement, I have reflected on his service and his support of Ontario County, the community where I worked most recently. One of my areas of focus was and continues to be the suicide and heroin epidemic so prevalent in our region.

While in office, Congressman Collins cosponsored bills related to the National Suicide Hotline (H. R. 4194) and the Opioid Workforce Act of 2019 (H. R. 3414). We are grateful for how aware he was of our issues and how he sought to help as our Representative. He was always ready to listen and would provide letters of support for various grants and initiatives for which we were applying.

This was critical because suicides and opioid use is on the rise in Ontario County. While it may seem small in comparison, our County keeps pace with national statistics. In a population of almost 110,000, there were 17 opioid overdose deaths in 2016 in Ontario County. This number jumped to 30 in 2017. In this last week, seven opioid overdoses were reported in Ontario County in just one night. And, between 2006 and 2016, Ontario County lost 137 people to suicide.

Recently, one of our advocates visited Washington, D. C. and had occasion to drop by the office of Congressman Collins. He stopped what he was doing and spent time to truly understand and to support the issues she shared. He remained responsive to future requests to his office. We were very supported as constituents of Congressman Collins.

I admire how steadfastly Congressman Collins supports the Republican values I share. He is a man of substance and character in a time with too much division in our country. I respectfully request consideration of his inherent and good heart and for his good work on behalf of his constituents.

Respectfully yours,

Bonnie Ross

Bonnie Ross

December 2, 2019

Honorable Vernon Broderick
Thurgood Marshall
United States Court House
40 Foley Square
New York, New York 10007

Dear Sir,

    I am writing in regard to Congressman Chris Collins. I live in Congressman Collins' district in Youngstown, New York. Time and again Mr. Collins came to the aid of people here in Western New York. While I was serving on the board of directors of Old Fort Niagara Mr. Collins was very helpful in obtaining funds. He made many visits to the fort and was very supportive of efforts to preserve it. When residents in this area experienced flooding from Lake Ontario in 2017 and again in 2019 Mr. Collins was again very helpful. Not only did he communicate with the International Joint Commission but he visited with homeowners and I believe truly felt our pain. If there was an issue that he could help with he was always there and he was always ready with moral support as well as help with obtaining aid.

    There is no excuse for what he has admitted to but I believe it was made in the heat of the moment. Since he did not make any personal gain from this activity I believe it was an attempt to help other people, his son and son's father-in-law. Mr. Collins has suffered greatly and endured a huge amount of ridicule. Will further punishment make things right? I doubt it. He is a good man who unthinkingly made a grave error. I respectively ask that you be lenient with his sentencing.

Sincerely,

Richard L. Roach

Patricia Dieck

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 18 CRIM 567, US v Christopher Collins.

December 2, 2019

Honorable Judge Broderick;

I am writing to you in consideration of the upcoming sentencing of former Congressman Chris Collins, for conspiracy to commit securities fraud and lying to federal investigators.

I am a concerned constituent in the NY 27th Congressional District, which Chris Collins served since 2016 until his recent resignation. As a constituent, I reached out to Congressman Collins several times to discuss issues of concern, only to be rudely dismissed. He publicly said several times, that he only has to answer to his supporters. I can't disagree more! A congressman is accountable to all constituents in the district. I suspected the former congressman was violating ethics regulations and filed a complaint in March of 2017 with the Office of Congressional Ethics (OCE). Congressional Ethics Investigators concluded substantial reason to believe Collins engaged in Insider Trading and took or requested official actions to benefit the company he owned stock in (OCE Report No. 17-3509)

It is evident, that Chris Collins used his official position for his own personal gain, as well as for the gain of his family and business acquaintances. It angered me when I learned that Mr. Collins sent emails to his friends and supporters asking them to send a letter to the Court requesting leniency in his upcoming sentencing date. Mr. Collins should not be able to use support from his wealthy supporters to avoid accountability for his criminal behavior.

Mr. Collins not only betrayed the trust of constituents who he represented, but he also betrayed stockholders in the company which he served as a board member. He does not deserve leniency. He deserves the maximum sentence possible as well as forfeiture of his congressional salary and benefits since he committed these crimes while serving as a Congressman.

I appreciate your time and appreciate your consideration of my letter upon your review of sentencing options of Chris Collins.

Sincerely,

Patricia Dieck

# Anne C. DiMatteo, Esq.

December 3, 2019

Honorable Judge Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
NY, NY 10007

Court Room 518

Re: US vs. Christopher Collins

Dear Your Honor:

Throughout the course of my career I have written letters to judges requesting leniency in sentencing, however, I write this requesting the opposite.

I am writing to urge you to consider the impact Mr. Collins' actions had on me and others in my Congressional District, as a constituent. The seriousness of the crimes to which Mr. Collins has pleaded guilty can not be understated. However, the fact that he was an elected representative of the people of the 27th Congressional District of New York is of equal import. Mr. Collins swore an oath to the Constitution which he appears to have taken no more seriously than the duty to the people he was elected to represent.

Despite being stripped of his committee assignments which left his constituents with nearly no representation, Mr. Collins continued down a familiar path of righteous indignation, continuing to lie to the people of his District. Ironic as it was that he was charged with lying, he continued to lie and disregard the people's constitutional right to be represented in Congress. For all practical purposes, we were not represented in Washington nor did Mr. Collins make himself available here in the District.

I urge you to weigh heavily Mr. Collins' complete and total disregard for the people of this District and his continuous self serving nature. Never have we heard a real apology for what his deeds did to us. Not only did he not acknowledge his wrongdoing he continued to try to excuse himself and proclaim not only innocence, but a position that he could not be prosecuted. He showed a complete lack of respect for the people, law enforcement and the United States.

I can think of no one more deserving of a maximum sentence. I thank you for taking the time to consider my opinion.

Very truly yours,

Anne C. DiMatteo

**JUDITH A. KEYS, LCSWR**

Hon. Vernon Broderick
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

Re:      Christopher Collins sentencing

Your Honor:

I am writing regarding the upcoming sentencing appearance for ex-Congressman Collins. Upon finally admitting to the charges against him and resigning from Congress, Mr. Collins made a public request in the local media here in NY-27 for individuals to provide you with letters testifying to his good character in the hopes that it will to some extent decrease his prison sentence.

This is not such a letter. I am writing to encourage you to give some consideration to Mr. Collins' long history of very questionable behavior as a businessman and as a Congressional Representative and "throw the book at him," as they say.

Mr. Collins has mistreated a great many people on his journey to national disgrace and prison. He made a great point of bragging in public and to media here in NY-27 that he had "created millionaires" in Buffalo and among his Congressional colleagues by enticing them to purchase shares of Innate Immunotherapeutics stock. He also helped write and supported legislation that benefitted Innate directly, a clear violation of Congressional ethics for which he was being investigated. He gave no though to the harm done to the unsuspecting buyers of the stocks that his son dumped when Collins told him that the company was going down in flames. This situation came as no surprise to many of his constituents in NY-27, where Mr. Collins is famous for his arrogant disregard of the "common man." He openly admitted – on national TV – that he had no time for Town Halls or meetings with his constituents, but rather only responded to his big donors when "they tell me to 'Get It Done!'" This from the man who admitted – again on national TV – that he does not read legislation before he votes on it.

Mr. Collins has deprived the residents of NY-27 of representation in the halls of Congress, initially by working only for his big dollar donors' interests, then by losing his position on a number of important committees after his arrest for insider trading, and finally because he persisted in his re-election campaign in 2018 knowing that was guilty of the charges against him and that he would ultimately have to resign. This leaves NY-27 with NO representation in Congress and the need for New York State to foot the bill for a special election. Christopher Collins is a crook. He deserves to go to jail.

Very truly yours,

Judith A. Keys, LCSWR

1/2

The Honorable Vernon S. Broderick                    12/19/2019
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square New York, New York 10007

Dear Honorable Vernon S. Broderick

I am sure you will receive letters from Mr. Collins supporters, I am not one.

I tried to run a write in candidacy in 2018 for the office Mr. Collins did hold.

This letter is to focus on one of his supporters, Kevin Hardwick, who I believe would have sent a letter of support for Mr. Collins . Kevin Hardwick, is associated with  - Canisius College ( a Jesuit institution), also he frequently is on talk radio at WBEN am 9:30 which askes people to write to you.

I did visit Canisius College in spring of 2018 to seek students to work with on my planed campaign. Although it was very soft organizing (I in fact found no student with knowledge or interest in the political atmosphere) one student brought me to the attention of Mr. Hardwick in a negative perspective. The student pointed me out as they approached and looked at Mr. Hartwick as if to say, 'What do you think?'

Mr. Hardwick came to observe me and made some very disgusting body language, staring but saying nothing. A short time after he left a woman approached me and showed interest even though I had not seen her before and had discontinued organizing efforts even before Mr. Hardwick appeared. She was very pleased with the visit but would not be available to assist and asked if I would return in the following school year...(?) ...Yes, probably as I was a frequent visitor to the 'Tim Hortons' coffee shop on the campus.

The following semester, on September 19, 2018 I came to the campus to find out what time the volleyball game would start on the following Saturday. I encountered the same woman and told her about the fraudulent company Thranos founded by Elizabeth Holmes. This would have been up her field (microbiology) but the young woman claiming to be looking it up on her phone could not find it. I believe she was contacting Mr. Hardwick.

Arrested:

When I went to the campus to go to the game September 22; campus police arrested me *not* for being on campus that day but" For being there in the past."  I believe I was arrested at the behest of Mr. Hardwick to support Mr. Collins in the campaign season, to block any possible opposition.

That is the kind of people who are his supporters.

Note: 1) Arrested for trespass, the school claims to be private but took over a hundred million in government money for construction; also 98 percent of students receive financial aid = not private, but public space. The web site lists the location in which I was accused of trespass as the "walk through" to the athletic arena were the volleyball games take place.

Sincerely;

Chris T. Weinert

Chris Weinert    12/19/2019



Note:

Kevin Hardwick

Department of Political Science at Canisius College; He also hosted 'Hardline with Kevin Hardwick' , a weekly WBEN radio show and he is a regular contributor / guest on the right wing radio programming. The radio show is pure propaganda. One of the celebrated show personalities did boast of his cocaine dealing in college. They boast of their government work as politicians, and CIA operatives, their strong relationships with police and military. Hardwick is a Roger Stone colleague.

Two points he has in common with Randy Credico; **Roger Stone** and Radio talk show hosting. All of the staff at WBEN. boast to sway public opinion regarding Mr. Collins.

As of December 5 the local county executive, Poincarz; has asked the FCC to investigate WBEN for what he alleges were threats made against his person by a caller aired on the station. presumably provoked by the rhetoric of the WBEN hosts

The station has asked its listeners to send letters of support to you regarding Mr. Collins. That makes me believe Hardwick has done so; and any wait you might give to him due to WBEN or Jesuit connections should be assessed negatively.

Thank You.

Chris Weinert

Honorable Vernon Broderick U.S. Court

Southern District of N.Y.

500 Pearl Street

New York, NY 10007

January 2, 2020

Honorable Vernon Broderick,

I am writing to oppose the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes.

Mr. Collins declared his innocence despite the overwhelming evidence against him from the time he was indicted until just three weeks prior to pleading guilty. I see no remorse in that.

Mr. Collins defamed Rep. Louise Slaughter, calling her "despicable", because she reported his illegal actions to the Congressional Ethics Committee. Yet, rather than do the people's work, he worked within the walls of the capitol buildings to encourage other Congressmen to invest in the private company for which he served. This I would say is despicable behavior.

Mr. Collins was indicted before the 2016 election and were he honorable or remorseful, he would have resigned then. Instead he decided to run for re-election, lying to his constituency and resulting in being forced off committees so he could not fulfill Congressional duties. Essentially, NY-27 has had no representation in Congress for over a year. These are not actions of a remorseful man.

Furthermore, Mr. Collins, by not resigning at indictment is costing the State of New York a special election, the cost of which he should pay rather than the taxpayers of our state. He must also pay by time served and deserves no leniency.

Finally, Mr. Collins' white collar crimes carry low maximum sentences as it is. People without his money and influence are in jail longer for victimless crimes. Why should Mr. Collins, with his false cries of remorse be rewarded? Your Honor, I appeal to you to help Mr. Collins clearly see his serious wrongdoing and sentence him to the maximum amount allowable under the statute.

Sincerely,

*John & Bonnie Wadach*

John and Bonnie Wadach

Hon Vernon Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Your Honor,
Concerning the sentencing of former representative Chris Collins, thank you for considering my letter, and those from other constituents of NY-27, with respect to victim impact.  It must not be overlooked that we, the constituents of NY-27 have surely been negatively affected.

Mr. Collins took an oath to represent our district in Washington DC. The following sentence is part of that oath: "I take this obligation freely, without any mental reservation or purpose of evasion, and that I will well and faithfully discharge the duties of the office on which I am about to enter." It is Mr. Collins' right to plead not guilty, and to the presumption of innocence. But he had no right to then mislead his constituents. It is abundantly clear that Mr. Collins knew what he did was wrong and criminal. He knew as he publicly declared his innocence. He knew as he lied to the FBI. He knew as he publicly denigrated those who came forward with concerns of his wrongdoing. He knew when he broke the law, and certainly should have known once his criminal conduct was discovered and made public.

Beginning his campaign with multiple indictments, and the private knowledge that he had broken laws and lied to the FBI, it is fair to consider that Mr. Collins began his campaign for re-election with mental reservations. He must have private reservations that he may be unable to discharge the duties of office. Nevertheless, Mr. Collins assured his constituents that he was free to accept the obligations of office, and he asked to be re-elected. It was a sham. The Congress, in full recognition of his predicament, stripped Mr. Collins of all committee assignments. He was therefore unable to discharge the duties of his office.

During that election year, Mr. Collins hid behind his indictments. The Congress would take no official action on pending ethics charges. The delay of congressional action further obfuscated Mr. Collins un-fitness for office. We, his constituents were deprived of information, and public accountability. In an election year, Mr. Collins declined any form of townhall. He declined to face his constituents, our questions, our concerns about constituent matters or about his ability to serve. I personally traveled to a neighboring county and sat together with hundreds of constituents, waiting for Mr. Collins to arrive. But he didn't so much as extend the courtesy to officially decline the meeting. When concerned youngsters in our district organized a public meeting to ask our representatives directly, what they were doing about the prevention of gun violence, I was there. Not only did Mr. Collins cynically reject their invitation, but he heaped insults upon his constituents, declaring their respectful event "a circus and a set-up."

Further, we his constituents were deprived of an honest contest.  Mr. Collins side-stepped any form of debate with his opponent. Instead, he released attack ads so misleading that media outlets were compelled to make disclaimers before the spots were aired. We, the constituents of NY-27, have been snubbed, insulted, delayed, marginalized, duped, and finally used by Mr. Collins. But we did not have representation.

Mr. Collins' statement of contrition rang hollow. He apparently intended to get away with his crimes. He abused the power of his office in his effort to avoid accountability. The acceptance of his plea meant several of the charges of his indictment were already dropped. These charges won't be answered for by Mr. Collins. That represents leniency. Mr. Collins Congressional office was a privilege, that we afforded him, to serve us. It should not have been used to delay our justice, or to stonewall investigative accountability. Mr. Collins lost his Congressional seat because he was self-serving and admittedly unfit for office. Loss of that Congressional seat must not now be used again as restitution. To do so would afford Mr. Collins one final self-serving act. There is no contrition in that. Meanwhile, we, the constituents of NY-27 are still deprived of representation. I respectfully request no further leniency be extended to Mr. Collins at sentencing.

Sincerely,
Gary Bernstein
25-year Resident of Clarence, NY

To the Hon. Vernon S. Broderick

United States District Judge for the Southern District of New York

In re. Christopher Collins

Your Honor,

Thank you for your service to our laws and Constitution.

Lock him up and throw away the key.

Disgraced former congressman Chris Collins has engaged in felonious conduct that defrauded American investors, violated the integrity of our investment markets, and deceived officers of the federal government. He has also lied to his former constituents and denied them effective representation. He has wronged the law and the people whose laws they are.

As the United States attorney for the Southern District of New York said, he made the laws, but he didn't obey them.

And that is intolerable.

And must be punished.

As a constituent and media commentator of some thirty years standing, I would encourage you to sentence Collins to the maximum allowable by law. Not as an act of vengeance, but as an act of justice. As a due punishment for a man who not only broke the law, but betrayed the public trust.

As a further compounding factor of his venality, he committed a federal felony on the grounds of the White House. While at a reception for members of Congress hosted by the president of the United States, Chris Collins passed illegal insider information in a phone conversation with his son. In that setting, at a place sacred to our Republic, he chose greed over duty and obedience to law.

Jesus drove the money changers from the temple, Christians believe, to purge and purify it, to restore its sacred nature and purpose. You stand at the gate of the temple of government, with the knotted cord of justice in your hand, and while you cannot purge it completely, you can drive the memory and legacy of this money changer from its halls.

You can punish him, and you can protect us — by using your power to send the clear message that those entrusted by the people must obey the law of the people. This is not a normal crime because this is not a normal criminal, this is a man blessed not only with prosperity, but with power.

Power he maintained by dishonesty.

Chris Collins, already under indictment, campaigned for re-election by assuring voters that he was innocent and would be acquitted. Both those assertions were lies, and Chris Collins knew it. Shortly after he was charged, Collins was advised by another member of the House of Representatives – a person knowledgeable about federal criminal law and prosecution – that he was undeniably guilty, would be convicted, and would be well advised to seek the best deal he could get.

It is quite likely Chris Collins received competent legal counsel to that same end.

And yet he materially misstated the circumstances of his guilt and likely legal status. That was an act of electoral fraud, conceived to benefit him at the expense of others – his constituents.

Quite obviously, any plea agreement would likely include his resignation from office. To resign from office, he would still need to be in office. And so he ran for re-election, not to serve the residents of the 27th District of New York, but to advance his own legal interests.

He took a constitutional office – representative – and turned it exclusively to his own benefit, and to the hurt of the people who are to be served by that office.

His conduct throughout has been egregious. His punishment must be significant.

And it must be a warning shot across the bow of any other officeholder who would put greed and criminality ahead of duty and the people. Punish this one, and thereby scare the others.

You have it in your power, sir, to do much good. It is not this criminal we must rehabilitate, it is the integrity of our most fundamental institutions. You can take a step in that direction by sending a message with your sentence.

Thank you for your attention to this matter.

With kindest regards,

Bob Lonsberry

BOB LONSBERRY

Hon. Vernon Broderick
U.S.Court, Southern District of NY,
500 Pearl Street
New York, NY 10007

October 7, 1919

Your Honor,

I am writing to oppose the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes.

Mr. Collins declared his innocence despite the overwhelming evidence against him from the time he was indicted until just THREE weeks prior to pleading guilty.  I see no remorse in that.

Mr. Collins defamed a fellow Congressperson who had served many years in Congress, calling Louise Slaughter "despicable" because she reported his illegal actions to the Congressional Ethics Committee.  Yet, rather than do the "people's work," he worked within the walls of the capitol buildings to encourage other Congressmen to invest in the private company for which he served. Which behavior is despicable?

Mr. Collins was indicted before the 2016 election and were he honorable or remorseful, he would have resigned then.  Instead he decided to run for re-election, lying to his constituency and resulting in being forced off committees so he could not fulfill Congressional duties.  Essentially, NY-27 has had no representation in Congress for a year.  These are not the actions of a remorseful man.

Mr. Collins relatives, at Mr. Collins direction, dumped their stock based on his insider tip.  What about the other investors not tipped off? Wasn't their stock further devalued because the Collin's clan was able to cash out early?  He was thinking only of himself and his family.

Furthermore, Mr. Collins, by not resigning at indictment, is costing the State of New York a special election, the cost of which you and I as taxpayers must bear.  Who will reimburse NY-27 for the cost of no representation, the investors for their loss in stock value, and the State of NY for a special election? Mr. Collins must, if not fully monetarily, by time served.

Finally, Mr. Collins white-collar crimes carry low maximum sentences as it is. People without his money and influence are in jail longer for victimless crimes. Why should Mr. Collins, with his false cries of remorse be rewarded?

Your Honor, I appeal to you to help Mr. Collins clearly see his serious wrongdoing and sentence him to the maximum amount allowable under the statute.

Sincerely,

Mrs Cindy Fleischer

I was one of Mr. Collins constituents and I find his behavior reprehensible.

The Honorable Judge Vernon Broderick
Southern District of New York
500 Pearl Street
New York, New York 10007

October 10, 2019

Your Honor,

Please consider my thoughts as you determine the sentence for Chris Collins who has pled guilty to: conspiring to commit securities fraud and lying to the federal government.

I did not see myself coming forward in this matter confident that Your Honor will make an informed and fair decision. However, when I learned that Chris Collins had recently e-mailed his privileged cronies urging them to write to you concerning his character and public service, I was outraged and could no longer remain silent.

Chris Collins remains arrogant and he is still gaming the system. Please consider the following:

1. Chris Collins is a wealthy, privileged insider who has used elected office as a means of furthering his own interests. Collins filed legislation intended to benefit the company in which he owned stock and was a member of the board of directors.

2. Chris Collins ran for re-election in 2018 publicly proclaiming his innocence all the while knowing that he was guilty.

3. Chris Collins admitted his guilt only when he had exhausted every legal maneuver which he and his attorneys could concoct.

4. Chris Collins has not fulfilled his oath of office nor demonstrated ethical behavior.  In fact, he broke the law.

<u>DAO letter re: Chris Collins cont'd</u>

5. Chris Collins had the audacity to publicly malign the late Congresswoman Louise Slaughter whose dogged efforts, ironically, led to enactment of the statute by which Collins has been convicted.

I am a resident of HR 27 and I am not alone in expressing my anger and my disillusionment seeing the role of Congressman debased by Chris Collins.

Chris Collins committed crimes. Chris Collins betrayed the public's trust. Collins grudgingly pled guilty. Even then his words were hollow as he talked only about "letting people down." Collins has been a grifter posing as a public servant.

In my mind, and in light of the plea bargain by which he avoided criminal trial on other charges, Chris Collins should be given the maximum sentence.

Thank you for considering my point of view. Thank you in advance for your decision which I believe will be fair.

Sincerely,

Donald A. Ogilvie



October 11, 2019

Honorable Vernon Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Justice:

Concerning the sentencing of former representative Chris Collins, please consider my letter and those from across the NY-27 district in your sentencing with respect to victim impact. The constituents of NY-27 have been deeply and negatively affected by the actions of the former Congressman.

Mr. Collins took an oath to represent our district in Washington DC. Please note this sentence from that oath:

*"I take this obligation freely, without any mental reservation or purpose of evasion, and that I will well and faithfully discharge the duties of the office on which I am about to enter."*

Mr. Collins initially choose to plead not guilty with the presumption of innocence. However, he had no right to mislead his constituents and use them as pawns in his legal predicament. Mr. Collins clearly knew what he did was wrong and criminal. He knew that as he publicly declared his innocence and ran again to "represent" the hard-working citizens of NY27. He knew as he lied repeatedly to the FBI. He knew as he publicly denigrated officials and citizens who came forward with concerns of his wrongdoing. He knew that he broke the law. He certainly knew once his criminal conduct was discovered and made public.

Beginning his campaign with multiple indictments and his personal knowledge that he had broken laws and lied to the FBI, he clearly knew that he would not be able to fulfill the duties of his office.

We of course know that his assertion was a sham. Congress ultimately stripped Mr. Collins of all of his committee assignments, thereby being unable to discharge the duties of his office.

During the 2016 election cycle, Mr. Collins repeatedly assured his constituents that he was innocent and fully able to accept and fulfill his obligations of office. Congress took no official action on pending ethics charges. This delay in congressional action prevented his constituents like me from being able to fully see Mr. Collins' un-fitness for office. We were deprived of critical information and public accountability. During 2016, an election year, Mr. Collins refused to meet with his constituents or to hold any public events like townhalls. He refused to face his constituents, our questions, our concerns about constituent matters or about his ability to serve.

I traveled over an hour to another part of the district and waited with hundreds of constituents for Mr. Collins to arrive. He refused to even officially decline that meeting. When concerned youth in our district organized a public meeting to ask about steps being taken to curb gun violence and improve school safety Mr. Collins refused to meet with them. Yet hundreds of constituents attended the meeting. Mr. Collins went a step further and called the event "a circus and a set-up."

Finally his constituents were deprived of an honest contest for his seat.. Mr. Collins refused any

debate with his opponent. Instead, he released attack ads so misleading and bigoted that local media outlets were compelled to provide disclaimers before the spots were aired. The constituents of NY-27 have been snubbed, insulted, marginalized, duped, and ultimately used by Mr. Collins for his own personal gain. Throughout this, we have not had any representation.

Mr. Collins' used his reelection to negotiate with prosecutors. He abused the power of his office in his effort to avoid accountability. His acceptance of a plea deal only meant that some of the charges in his indictment were dropped, not that he was innocent.

Mr. Collins public service to NY27 was a privilege that the voters of his district afforded him and he abused. It is a privilege to serve. The goal of serving is not to line your own wallet. Serving for public office should never be used to delay justice or to stonewall accountability. Mr. Collins's ultimate plea was self-serving. He was and is unfit for office.

The loss of his Congressional seat must now not be used again for personal gain, in this case to reduce his sentence. To allow him to do so gives Mr. Collins one last final self-serving act.

Mr. Collins is not contrite. He is sorry that he was caught, plain and simple. He used his constituents as a bargaining chip for his and his family while the district deprived of representation.

I respectfully request no further leniency be extended to Mr. Collins at sentencing.

Sincerely yours,

Rebecca S. Landy
#NY27 Constituent for 37 years

Karen Van Houtte

October 23, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject: United States of America Vs. Christopher Collins

Dear Judge Broderick:

I write today to share my support of Mr. Christopher Collins.

About a year ago, my 44 year old brother, was gravely ill and living overseas. He had
married Filipino woman in Alabama in 2009. While he knew he needed to be back home
for proper medical care, he would not come home without his wife despite being deathly
ill. He had applied for a spousal Visa for her but had not completed the process when he
went overseas. She had no US Visa to travel on a medical flight with him.

Neither I nor my family knew where to turn. My family was not one that required
assistance from the Government. We have always been a family that served our Country.

I reached out to several government officials, including Mr. Chris Collins. Mr. Collins
was the only one that offered assistance. I am eternally grateful that he did his best for
me and my family through a horribly difficult time.

Despite all our efforts, my brother David passed away in September of 2018 in Baguio
City, Philippines. We were then tasked with figuring out how to enable his wife to bring
his remains home. Still, Mr. Collins' office stood by us and offered support and
guidance.

As we were preparing to welcome his wife and making arrangements to lay David to rest,
Mr. Collins office called and asked if his schedule permits would the family allow Mr.
Collins to attend the services. When I spoke to my parents about it, my Dad said to tell
him we would be honored. I received the same response from each family member I
asked. The controversy had no bearing on how my family and I felt about Mr. Collins.

Page 2 – Karen Van Houtte

Rachel, my brothers' wife arrived with my brothers remains on February 20th, 2019.  My Dad passed away on February 21, 2019.

My father, Kenneth, was a medic serving with the Marines and served in Viet Nam.  He was always the protector of our family.  I truly believe he felt he had to go and make sure that whatever is on the other side of life, he would go with his son.  I know after David passed, I felt that one of us needed to be with him.  I know I am not the only one in my family that felt that way.  I am grateful to my Dad for protecting us all, at any cost.

I am also eternally grateful to Mr. Collins.  He reached out his hand when neither I nor my family knew where to turn.

Sincerely,

Karen Van Houtte

Karen Van Houtte

On Behalf of the Family of two decorated war veterans:

Kenneth Raymond Fowler, Veteran Navy Corpsman Serving the US Marines

And His Son,

David Scott Fowler, Veteran US Army Apache Instructor Pilot

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse 40 Foley Square
New York, NY 10007

December 6, 2019

Dear Judge Broderick:

I write this letter to support Chris Collins who will appear before your court soon for sentencing.  I have known Chris for over 12 years.  He is a good man who has served his community for decades through his formal civic role, his role as a businessman, as well as a philanthropist and community leader.

Both in business and in government service, Chris has a strong track record as a job creator.  As a business leader, he was instrumental in ZeptoMetrix 's success.  It was founded in 1999 with six employees and has grown to over 150 local employees who create ground-breaking medical products that improve healthcare and save lives around the world.

I have seen his generosity in multiple capacities as service to his constituents such as his relentless commitment to the victims' families from Flight 3407 which crashed in his Clarence neighborhood in 2009.  He also fought hard for the first responders of 9-11 victims in their fight for health care services as they became ill after their heroic commitment to the search, rescue and clean-up post 9-11.  And that was just the high-profile cases.  In his years of services, he fought for constituents—from senior citizens to working families, continuously without fanfare.

As you consider Chris' sentencing for his mistakes, I ask that you consider his entire life not just these moments where he had a lack of good judgement. Chris has been a successful businessman, a community leader, a family man, and a friend to many. Please use mercy in your administration of justice. Clearly Chris has made mistakes but he is a good, honest man who has served his community and country with integrity. Thank you for your time and consideration.

Respectfully,

Nicholas A. Sinatra

*Roxanne Klein*

Hon. Vernon Broderick U.S. Court,
Southern District of N.Y.
500 Pearl St
New York, N.Y. 10007

Dear Honorable Broderick,

I am writing to oppose the request made by former Rep. Chris Collins for leniency in sentencing for his crimes.

Mr. Collins defamed a fellow Congressperson who had served for many years, calling Louise Slaughter "despicable" because she reported his illegal actions to the Congressional Ethics Committee. Yet, rather than doing the "people's work", he spent time encouraging other Congressmen to invest in the private company of which he was a part.

Mr. Collins declared his innocence, despite the overwhelming evidence against him, from the time he was indicted until just three weeks prior to pleading guilty. There is no remorse there.

Mr. Collins was indicted before the 2018 election and were he honorable or remorseful, he would have resigned then. Instead, he decided to run for re-election, lying to his constituency and resulting in being forced off committees so he could not fulfill congressional duties. NY-27 has had essentially no representation in Congress for a year. These are not

the actions of a remorseful man.

Furthermore, by not resigning at indictment, Mr. Collins is costing the State of New York a special election — the cost of which we taxpayers must bare.

Who will reimburse NY-27 for the cost of no representation, the investors he misled, and the State of New York for the special election?

Mr. Collins' white-collar crimes carry low maximum sentences. People without his money and power are in jail for victimless crimes). Why should Mr. Collins, with his false cries of remorse, be rewarded?

Please consider all the people he has harmed when you sentence him, your Honor. It's a terribly unfair system that rewards the bad behavior of the rich and powerful.

Respectfully,
Roxanne Klein

Honorable Vernon Braderick
US Court, Southern District of NY
Thurgood Marshall US Courthouse
40 Foley Square
N.Y. N.Y. 10007

Oct 8, 2019

Your Honor,
   I am writing to oppose the request made by the former Rep. Chris Collins for leniency in sentencing for his crimes.

   Mr Collins declared his innocence despite the overwhelming evidence against him from the time he was indicted until just THREE weeks prior to pleading guilty. I see no REMORSE in that.

   Mr Collins defamed a fellow Congressperson who had served many years in Congress, calling

Louise Slaughter "Despicable" because she reported his illegal actions to the Congressional Ethics Committee. Yet, rather than do the "people's work" he worked within the walls of the capital building to encourage other Congressmen to invest in his the private company for which he served. Whose behavior is despicable?

Mr. Collins was indicted before the 2018 election and were he honorable or remorseful, he would have resigned then. Instead, he ran for re election, LYING to his constituents and claiming innocence. (Despite the fact that he was forced off Committees so he could not fulfill Congressional duties). Essentially, NY-27 has had no representation in Congress for a year. These are not the actions of a truthful OR remorseful man.

Furthermore, Mr. Collins, by not resigning at indictment, is costing the people of the state of NY the cost of a special election! The taxpayers of NY have to foot the bill for Mr. Collins' deceipt and remorselessness.

Who will reimburse NY-27 for the cost of no representation, the investors for their stock losses, and the state of New York for a special election? Mr. Collins must pay, if not financially, by time served.

White collar crimes carry low maximum sentences as it is. People without money and influence are in jail longer for victimless crimes. Why should Mr. Collins, with his false cries of remorse receive leniency? Your honor, I appeal to you to sentence Chris Collins to the maximum sentence allowed under the law. He lied and hurt his constituents,

our belief in fair representation, his family and aid the people of N.Y.

Sincerely,

Anita M. Dixon

To: HONERABLE JUDGE VERNON BRODERICK

THIS LETTER IS IN REGARD TO THE INOSIDER TRADING CASE OF
CHRIS COLLINS WHOM YOU WILL BE SENTECING.

I HAVE BEEN READING THAT CHRIS COLLINS IS SOLICITICING HIS
FRIENDS TO VOUCH FOR HIS CHARACTER AND PLEAD LIENIENCY.

    LENIENCY ??.

WHAT CHRIS COLLINS DID WAS A SLAP IN FACE TO HIS
CONSTITUENTS AND HONEST POLITICANS

I FIRMLY BELIVE THAT HE SHOULD BE SENTENCED TO THE
MAXIUM AND RETURN THE MONEY HE PROFITED FROM.

IF THIS WAS A ORDINARY STOCK BROKER I'M SURB HE
WOULD BE SENTENCED TO THE MAX.

WHY SHOULD A POLITICAN BE ANY DIFFERENT.

PLEASE SEND A MESSEGE TO ANY OTHER POLITICANS
WHO TAKE ADVANTAGE OF HIS ELECTED POSITIONS

I HOPE YOU DO THE RIGHT THING AND SENTENCE
CHRIS COLLINS, HIS SON TO THE MAXIUM.

    THANK YOU FOR READING

     JOHN J D'ANGELO

12/18/19

THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE FOR THE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST. NEW YORK, NEW YORK   10007

KENNETH P. KLOPFER

████████████████████████████████████████

DEAR HONORABLE VERNON S. BRODERICK :

I AM WRITING TO EXPRESS MY OPINION
ON THE SENTENCING OF MY FORMER REPRESENTATIVE
CHRIS COLLINS. I STRONGLY BELIEVE HE SHOULD
BE GIVEN THE MAXIMUM SENTENCE ALLOWED
BY LAW. I BELIEVE OUR PUBLIC OFFICIALS
SHOULD BE HELD TO A HIGHER STANDARD. I
ALSO UNDERSTAND THAT THIS IS NOT REALLY
POSSIBLE, THEY ARE EQUALS UNDER THE LAW.

I THINK THIS KIND OF BEHAVIOR GOES ON
MULH MORE THAN WE ALL WANT IT TO. CHRIS
COLLINS VERY OPENLY DISOBEYED LAWS TO
ENRICH HIMSELF AND NUMEROUS FRIENDS OF HIS
AND FAMILY MEMBERS. HIS ACTIONS HAVE LEFT
HIS DISTRICT WITH NO REPRESENTATION. FOR THIS
I BELIEVE HE DESERVES THE MAXIMUM SENTENCE.

THANK YOU FOR YOUR TIME REGARDING MY
OPINION.



#NAUGHTYLIST



WX314965        Pinecone Design Ltd, Toronto, Ontario, Canada L4A 8CI        PC19-262 ra

Chris collins is certainly on
the naughty list for his
crimes against federal law.
His actions and eventual
resignation from congress have
left me and my family with-
out the representation we
deserve.

He took an oath to the
U.S. Constitution and betrayed
it repeatedly in pursuit of
personal gain and political
power. Please use your

**It's all fun and games
until Santa checks
the naughty list**

discretion + common sense
to sentence him to
the fullest extent of
the law.

Kara Kane
27ᵗʰ Cong. District
NYS.

12/3/19

Dear Judge Broderick,

Chris Collins believed he was above the law, because of his wealth and his membership in Congress. He lied to his constituents repeatedly and then abruptly resigned from the House and pleaded guilty before you, leaving the people in his district without representation. He has shown a lack of character + integrity in a position of trust and should not escape his crimes lightly.

Sincerely,
Lynnette M. Mende

Honorable Broderick,                    12/4/19

Chris Collins believed he was above the law because of his wealth and his membership in Congress. He betrayed his constituents and, in resigning abruptly, left his district without representation. He has shown a lack of character and integrity in a position of trust and should not escape his crimes lightly. Please sentence him accordingly. Sally Schoellkopf

Dear Judge Broderick:                    12-3-19

Chris Collins lied to his constituents and
his own staff repeatedly. Then abruptly
resigned from the House, pleading guilty
before you, and leaving the people in
his district - people who believed his
lies and re-elected him in good faith -
without representation. His sentence
should reflect the depth and breadth of his
                         dishonesty.   K Boone

12/3/19

Dear Justice Broderick

Chris Collins believed he was above the law because of his wealth and his membership in Congress!!

He has shown a lack of character and integrity in a position of trust and should not escape his crimes lightly!!

Thank you,

Dorothy Keenan

Honorable Judge Broderick,                                      12/3/19

Chris Collins believed he was above the law,
because of his wealth and membership in congress.
Up to the moment of his resignation, he lied to his
constituents then left them without representation.
He has shown a lack of character and integrity,
disregarding his position of trust. He pleaded
guilty before you and now, should not
escape his crimes lightly.

Respectfully,

Margaret & Jonathan Guillaume

12.3.19

Dear Justice Broderick,

Chris Collins believed he was above the law because of his wealth and his membership in Congress. He lied to his constituents repeatedly and then abruptly resigned from the House and pleaded guilty before you, leaving the people in his district without representation. He has shown a lack of character and integrity in a position of trust and should not escape his crimes lightly. M. Abell

3 Dec, 2019

Dear Judge Broderick,
    Chris Collins believed he was above the law, because of his wealth and his membership in Congress. He lied to his constituents repeatedly and then abruptly resigned from the House and pleaded guilty before you, leaving the people in his district without representation. He has shown a lack of character and integrity in a position of trust and should not escape his crimes lightly.
    Thank you.

Carolyn Roeke
Concerned Citizen
Registered Voter

Dec 3, 2019

Dear Judge Broderick,
    Chris Collins believed he was above the law because of his wealth and membership in Congress. He lied to his constituents repeatedly and then abruptly resigned from the House and pleaded guilty before you, leaving the people in his district without representation. He has shown a lack of character and integrity in a position of trust and should not escape his crimes lightly.

Yours truly,
Lucille Strasse

Honorable Judge Broderick,                    12/3/19
   Chris Collins believed he was above the law.
He lied to his constituents repeatedly and
then abruptly resigned from the House and
pleaded guilty before you, leaving the
people in his district without representation.
   He has shown a complete lack of
character and integrity in a position of
trust and should not escape his
crimes lightly.
            Sincerely,
            Julie & Dan Norton

10/21/19

Judge Broderick,

   Please sentence Chris
Collins to the maximum
penalty allowed.
   Trust is the foundation
of our Democracy and he
betrayed us all.
   The oath of office was
only for those who "voted"
for him & agreed with him,
He stated this many times.
   Yours Truly
   Susan Potenza

10.31.19

Dear Sir,

Please give Congress-
man Chris Collins
his due —

. Maximum penalty

. Loss of Pension

Best regards,

Doug Houghton

10.31.19

Dear Honorable Broderick,

When sentencing Congressman Chris Collins for his Insider Trading activities please give him the well-earned consequences for his actions as well as the elimination of his pension. Someone who has committed fraud should lose all his privileges.

Thank you.

Best, Marianne Houghton

Re: Chris Collins Sentencing

Dear Judge Broderick,

I am a constituent of the 27th Congressional district of New York. Chris Collins was my Congressman. I am writing to request that you consider the maximum punishment for Mr. Collins for violating his oath of office and engaging in criminal conduct while in office. His blatant use of "inside information" for his own personal & financial benefit makes a mockery of his oath of office to "serve the people."

I was in the US Army and we

Were taught that the first responsibility of an Officer was to "take care of his or her men." This is the most important thing Chris Collins forgot.

Martha Stewart, a famous but private citizen, went to jail for inside trading. I think it would be a travesty of justice for Chris Collins to not pay the same heavy price!

Respectfully submitted this 7th day of October, 2019.

Randall C. Mendealxxx
27th District Constituent

We agree with McMurray!

Joan B. Alexander
Joan B. Alexander

Davy H Alexander and

David H. Alexander

# McMurray asks judge to revoke Collins' salary and pension

BY JERRY ZREMSKI

NEWS WASHINGTON BUREAU
CHIEF

WASHINGTON – The Democrat who narrowly lost to then-Rep. Chris Collins last November on Wednesday asked the judge in the former lawmaker's insider trading case to give him a tough sentence – and take back his congressional salary and pension.

In a letter to U.S. Court Judge Vernon S. Broderick, Nate McMurray – who plans on running for Collins' open seat in an upcoming special election – acknowledged "some discomfort" in celebrating Collins' guilty plea last week.

"However, with his re-election predicated on an admittedly false claim of innocence, I urge that in sentencing, you recognize this fraud on the taxpayers of this nation and the people of New York's 27th congressional district and require him, in addition to whatever other penalties you deem appropriate, to also require him to repay his salary from the date of his indictment until his resignation and forfeit his taxpayer-funded pension," McMurray wrote.

If Broderick were to agree with McMurray, it would cost Collins approximately $373,742 in salary.

However, it's difficult to estimate how much Collins would lose if Broderick revoked his pension.

The maximum congressional pension for those who served at least 10 years in Congress is $139,200, but given that Collins served less than seven years in the House, his pension would be less than that.

Under federal law, though, it appears that Collins would be entitled to that pension, unless Congress or the judge were to act.

Federal lawmakers automatically lose their pension if they are convicted of a felony involving espionage, treason or other acts that endanger national security. But otherwise, under federal law they can keep their pensions unless they are convicted of a felony that "directly relates to the performance of the individual's official duties," although Congress or a judge can revoke those retirement benefits.

Collins pleaded guilty to conspiracy to commit securities fraud and lying to the FBI after admitting that he gave his son Cameron an inside stock tip. And while Collins called his son with that inside information from a White House picnic, that stock tip does not appear to be directly related to Collins' work as a congressman.

McMurray told the judge, though, that he had plenty of reasons to give Collins a tough sentence.

"As a member of Congress, Mr. Collins said he worked for his donors – not the people of Batavia, Hamburg, Canandaigua, Warsaw or the countless other small towns and communities within New York's 27th district," McMurray wrote. "Following his guilty plea last week, Mr. Collins has admitted that his actions were in fact illegal; that he knew they were illegal; and that his claims of innocence were false."

Given that Collins ran for re-election knowing in his heart that he was guilty, "he knowingly abused the trust of the people of Western New York," McMurray said.

McMurray – who posted his letter to Twitter on Wednesday evening – is likely to be among the first of many interested parties who will want to give Broderick some advice, before he sentences Collins next Jan. 17.

The plea deal Collins signed with prosecutors says he will not contest a sentence of up to 57 months in prison – but under federal law, the maximum sentence for the two crimes Collins committed is 10 years.

In addition, under federal sentencing guidelines, Collins is likely to have to pay fines in the tens, if not hundreds of thousands, of dollars, and a civil suit filed against him by the Securities and Exchange Commission could cost him even more.

Earlier this week, Collins sent an email to friends and associates, asking them to write to the judge and recommend a lenient sentence.

"It is important for us to get letters of support from those who know me best and can attest to my character and years of service and accomplishments," Collins wrote.

But that prompted grassroots critics of Collins to say that they would write to the judge, too.

As for McMurray, he combined his criticism with a dose of sympathy for Collins, his son Cameron and Stephen Zarsky, Cameron's future father-in-law, who pleaded guilty to conspiracy to commit securities fraud in the case.

Collins, a Clarence Republican who has since moved to Florida, passed on an inside stock tip to his son, who passed it on to Zarsky.

"Much about this case is inherently tragic," McMurray said. "A district has been denied its due representation in Congress; an individual of great progress, a fellow Eagle Scout no less, betrayed his constituents and will forever have his name tainted; a son followed his father's request and now stands on the verge of incarceration and a lifetime defined by a criminal act not of his own creation," McMurray wrote.

"I have true sympathy for everyone caught up in Mr. Collins' web of illegal activity and look forward to our district moving on."

Oct 17

Honorable Broderick —

I learned, with incredulity,
Mr. Chris Collins has requested
his former constituents write
you requesting leniency. I
believe such brazness exhibits
a new level of his arrogance
and belief he is above the law.

This man asked his neighbors
in Western NY to entrust him
with serving the citizens of this
area. How far he has strayed!
Not only did he use ~~this~~ his
entrusted position to further his
and his close family's and friends'
interests, he squandered taxpayer
money and then ran a campaign

in 2018 to be re-elected - knowing he was guilty of the charges against him. We now have no representative in Congress

Rather than leniency I am asking you sentence Mr Collins to the fullest extent you can. It is Obvious with this request for advocacy from the very people he betrayed that he has no remorse. As a public servant I believe he should be held to a much higher standard —

Sincerely

Terrill W. Tugel

Dear Hon. Broderick,

I am a resident of WNY and Chris Collins was our Congressman.

This letter is a plea to throw the book at this man. He embarrassed us, our community.

Mr. Collins is a liar, he's corrupt and he flaunted that because of his connection to Pres. Trump, he could get away with anything.

Mr. Collins was aware that what he was doing was wrong and yet was arrogant enough to do it anyway and then had the audacity to deny it. Deny it, he did - for months. I was raised that when one makes a mistake to own up to it. My parents raised me to have morals.

He not only lied about his insider trading, he lied about his opponent in his last election.

What I'm asking is that you take into account is: he lied, he knew he lied, denied the lie and now that he admitted his mistake, has left #27 without any representation in the House.

When I'm asked how I feel about this man, the only word I can think of is FURIOUS.

In closing, please give Mr. Collins lots of time so he can think of what he's done to not only his family, but all of us in WNY.   (over)

Katrina Webster

January 2, 2020

Honorable Vernon S Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Judge Broderick,

I am writing to you as a constituent in New York's 27th Congressional District regarding the upcoming sentencing of Chris Collins.

Mr. Collins has been representing WNY in a political capacity for many years. I was his constituent when he was Erie County Executive as well as when he "represented" the 27th district in United States Congress. I put "represented" in quotes, because Mr. Collins always made it clear that if your views did not align with his, he was not going to listen to you or represent you.

Mr. Collins has a history of looking out for his own best interests and those of his wealthy donors, a pattern that led to his arrest in the case before you. In November 2017, when a tax cut being proposed (and later passed) would significantly help his donors, Mr. Collins was quoted as saying, "My donors are basically saying, 'Get it done or don't ever call me again.'" No mention was made of his constituents, only those that supported him financially were considered in his decision to support the bill.

When Mr. Collins was first indicted in August of 2018, he claimed his innocence and continued his re-election bid for Congress, even though he was taken off all committees in the House. He cared more about his position of power than his constituents in NY27. We have essentially been without representation since that time. A more principled person would have resigned so that Western New Yorkers would still have a voice in Congress.

In his guilty plea, Mr. Collins admitted his actions were illegal and that he knew they were illegal. By not resigning his position in August 2018, at the time of indictment, Mr. Collins defrauded the people of WNY. As a constituent, I was tired of Mr. Collins' lack of support for his constituents and decided to go door to door canvassing for his opponent, Nate McMurray. In Fall 2018, I knocked on over 600 doors and spoke to both Republicans and Democrats. There was only one person who voiced her support of Chris Collins and his work in Congress. Most people were clear that he should not be running, and many said they would not vote at all or would vote for Nate. The rest said that even though they believed at

1

the time he was guilty and/or should have resigned was not representing us well, they would vote for him to keep the seat "red."

When sentencing Mr. Collins', I ask that you keep in mind the many constituents he defrauded.  In addition to any sentence you administer, I ask that you consider requiring Mr. Collins to return his salary from time of indictment to the taxpayers.  I also ask that he be required to forfeit his pension as part of his sentence.  It would be egregious for taxpayers to support him after his criminal activities.

I thank you for your service to our country and your attention in this matter.


Sincerely,

Katrina Webster