Alan J. Bedenko

January 8, 2020

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **U.S. v. Christopher C. Collins**
              **18 Cr. 567**

Dear Judge Broderick:

      I write to you as a former constituent of Christopher Collins, the Defendant in the above-referenced matter. I am an attorney duly licensed in the State of New York and am also admitted to the United States District Court for the Southern District of New York.

      I have also been a political commentator in western New York area since 2003. During that time and in that role, I observed and chronicled this Defendant's tenure in public office – first as Erie County Executive, and later as the Congressman for the 27th District of New York.

      Recent media reports indicate that probation recommends a one year and one day prison sentence for the Defendant. I believe that this is woefully inadequate and wholly disproportionate to the crimes of which he stands convicted involving fraud and dishonesty.

      There exists a certainty that the Defendant, who is also a successful businessman and investor, knew exactly what he was doing when he transmitted material, nonpublic information concerning Innate Immunotherapeutics' MIS416 drug trial to his family, friends, and colleagues. There exists a similar certainty that he knew or should have known that his behavior was wrong and illegal at that time.

      Respectfully, this Defendant has always comported himself in his public affairs with hubris and arrogance. He quite simply saw himself as above the law, laced with condescension, self-promotion, and self-aggrandizement.

      The Defendant took an oath of office pursuant to 5 U.S.C. §3331, which he disregarded through his fraud, theft, and deceit; but this Defendant regularly politicized his long-time affiliation with the Boy Scouts of America – an organization that also has both an oath and a foundational law to which this Defendant purported to adhere. The Scout oath is a promise:

        *On my honor, I will do my best*

> *To do my duty to God and my country and to obey the Scout Law;*
> *To help other people at all times;*
> *To keep myself physically strong, mentally awake and morally straight.*

Defendant Collins has violated this most basic, boyhood promise to do his best to do his duty to his country. He has violated the law through lying, fraud, and deceit. He did so knowingly in order to unjustly enrich members of his inner circle at the expense of other, honest investors. Rather than "help other people at all times," this Defendant has gone out of his way - throughout his political career - to comfort the comfortable and further to afflict the already afflicted, by advocating for policies and laws that would help to enrich wealthy people like him, and punish the poor and underprivileged.

His tenure in office hardly justifies any paeans to "public service". He was there for a political career that could help him and people like him – the wealthy and well-connected. His fraud and deceit is hardly evidence of being mentally awake or morally straight. He cannot follow the law of the Boy Scouts, much less the United States.

The Scout Law demands that a person be Trustworthy; Loyal; Helpful; Friendly; Courteous; Kind; Obedient; Cheerful; Thrifty; Brave; Clean; and Reverent. This Defendant may be loyal to his party and the ultrawealthy like himself, but he was never trustworthy, courteous, or kind in his public affairs. His crimes show that he was not obedient. His demeanor was seldom cheerful. His only bravery took place in order to advance his political career.

I have seen news reports that this Defendant is of "advanced age" and that he accepts responsibility for his crimes. He is 69 years old and of sound mind and body, not some feeble octogenarian. He has accepted responsibility *pro forma*, but shows no remorse for his crimes. Instead, he is sad for the effect they have had on his and his family's reputations. He is sorry only that he was caught.

At the time he took his plea, he acknowledged that he knew that what he did was "illegal and improper," yet he spent months claiming exactly the opposite. He claimed to be "sorry with regret," but that had not stopped him from spending the period between August 2018 and 2019 predicting imminent and full exoneration. What sort of person knowingly exposes his own child to criminal jeopardy?

When confronted through this process with his criminality, this Defendant did not come clean or confess. He ran for re-election. He claimed total innocence. He spent months denying culpability and defaming anyone who suggested otherwise, including his political opponents. Not one act or omission of this Defendant's was indicative of any acknowledgment of personal responsibility or contrition.

This Defendant's attorneys are quoted in news reports as arguing that society will "gain no benefit" from incarcerating this "husband, father, and grandfather." Then what of these crimes? In what way is home detention at a luxury Florida estate a deterrent to others who might engage in similar criminality?

The convicted Defendant did not serve me as Congressman with dignity or honor. His first instinct was not to obey the law, but to enrich his family, friends, and other "downstream tipees", most of whom have somehow, miraculously, avoided legal responsibility for their own knowing criminality. This Defendant was never looking out for the people he was elected to serve. He was only looking out for his own wallet and to expand the reach and scope of his political influence.

Shame and humiliation should come naturally in a situation such as this. That is an emotional and mental process involving some degree of self-awareness and conscience. It is not enough that this Defendant feel merely shame and be confined to his mansion. This honorable Court must use this high-profile criminal as an example to others and uphold the law this Defendant so cavalierly ignored.

This Defendant's fall is no surprise – it is what comes from such a conspicuous absence of morality and scruples. I spent years chronicling the ways in which he cheated and mistreated the most vulnerable people in western New York. I wrote of his petty arrogance – from misogynistic remarks he made to women, and illegally parking in a spot reserved for the disabled. He would attempt to disregard legislative vetoes as "null and void," as if he was some sort of dictator. He would refuse to spend money that the legislature had duly allocated. He held private business meetings in his publicly funded office, and worked hard to ensure that people could not get the health insurance they need to survive. He played endless political games to grow his influence.

This Defendant knew he was guilty at the time of his indictment. He should have resigned immediately – that would have been the honorable and "morally straight" thing to do. Instead, he used his continued tenure in Congress as a bargaining chip – as leverage in this very case. He is – and will always be – a crook and a liar. He stole not only from the honest investors in Innate, but from the people in the 27th district who expect and are entitled to honest representation.

I urge this honorable Court to sentence this Defendant to the maximum possible sentence available under applicable federal guidelines.

Very truly yours,

Alan J. Bedenko

January 3, 2020

Honorable Vernon Broderick
U.S. District Court – Southern District of N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square- Rm 518
New York, New York 10007

Re: Rep Christopher Collins
Sentence date: January 17, 2020

Dear Judge Broderick:

As a retired Probation Officer Supervisor, previously employed by the Erie County Probation Department located in Buffalo, NY, I felt compelled to write to you regarding the sentencing of former Erie County Executive/ former Congressman- Christopher Collins. I was employed by Erie County for over 30 years, through numerous administrations and what I encountered under the Collins administration was by far the worst.

Mr. Collins and his appointees, who had no knowledge or experience relative to the Probation Department, took an active role in the everyday functioning of the department ignoring mandated procedures and intimidating staff. While at the helm, Mr. Collins and his appointees clearly did not value the hard working, dedicated employees and attempted to ignore the N.Y. State regulations that we were required to follow. When the union attempted to intercede, Mr. Collins and his personal staff retaliated against union representatives and anyone else who appeared to support them. The Collins administration was able to contrive allegations against Probation's union president and have him unfairly fired, while also instilling fear in the employees. The Probation section of the CSEA union disbanded under this administration, as no one would volunteer to represent the union, as all feared this administration's wrath.

Shortly after Mr. Collins took office in Erie County, he met with Probation Administration & Supervisors, where he encouraged eligible staff to retire remarking- Give me a name, give me a date, and I will meet them at the door with their cake and good bye. My co-workers shared my disbelief at his arrogance and I personally found his comments to be both biased and insulting, especially against the older, most experienced employees. Mr. Collins also directed the removal of the many of the "shared" cell phones for the probation officers, who were armed and expected to visit violent neighborhoods, jeopardizing their safety.

I could cite many more instances of intimidation and abuse, however, the bottom line is that Mr. Collins ran Erie County in an authoritarian manner, degrading hard working staff and ignoring regulations. In my over 30 years of employment, I never witnessed anything even close to the intrusion into the everyday workings of the department. Mr. Collins had no appreciation for staff and could care less of the pain that his administration's biased, dictatorial directives caused. I found it hard to read that some people think Mr. Collins is a nice guy, who should be granted leniency- in my opinion nothing could be further from the truth. I believe that Mr. Collins should receive a substantial sentence and granted the same lack of compassion and consideration that he has shown others.

Respectively,
*Nancy Lauria*
Nancy Lauria



Saturday, January 11th, 2020

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: U.S. v. Christopher C. Collins, 18 Cr. 567**

Dear Judge Broderick:

We, the Buffalo Chapter of the National Lawyers Guild, are writing to urge you to impose the maximum possible sentence on Mr. Collins. As members of the Western New York constituency, dedicated to the rule of law and good government, we decry Mr. Collins' blatant disregard of his legal and ethical obligations for his own enrichment. Former Congressman Collins violated the public's trust and must be held accountable for his actions. Imposing the maximum sentence on him will serve as a warning to other public officeholders. As New Yorkers, we are acutely aware of the breach of trust exhibited by former public officeholders Dean Skelos and Sheldon Silver, among others. We cannot stress enough the importance of deterring this type of conduct, which disgraces us all and undermines the public trust in our democratic form of government.

Sincerely,

Anna Marie Richmond, Esq.; John N. Lipsitz, Esq.; Joseph Kelemen, Esq.; Drew Friedfertig, Esq.

The Buffalo Chapter of the National Lawyers Guild

Citizen Statement: Regarding Chris Collins Sentencing on January 17th, 2020
To: Judge Vernon S. Broderick, NY Southern District Court House
From: Francis Stalteri



Dear Judge Broderick,          Monday, 1-13-20

I am a citizen in the Western NY 27th Congressional District.

I am disgusted at the selfishness and self-dealing of Chris Collins.

He lied when he ran for re-election in November of 2018. As his guilty plea shows, Collins knew he had committed Securities Fraud and the other crimes he was charged with. He admitted to the same charges after all in Fall of 2019.

He purposely ran for re-election as a bargaining chip for a lighter sentence from you. If Collins gives up his Congressional seat, Collins thought you would go easy on him.

Please 'Throw the Book' at Collins this week on January 17th, 2020.

I called Collins about my needing the Extended Unemployment Insurance to be renewed with his 'Yes Vote' in January of 2014. His office lied to me repeatedly saying he was busy with other matters.

Turns out he was Not Busy. He was flying around on private planes going to Campaign Events for the Republican National Committee.

I had a heart attack in 2018, Judge Broderick. I died on the table and was hurt terribly. I needed that Unemployment Money. Chris Collins was too busy Self-Dealing to worry about one 'Little Guy', like me.

I have impacts from a terrible heart attack.

Show Chris Collins NO Mercy by making him suffer as I do. He was too selfish and arrogant to take my calls and to care about me with his vote.

You now, Judge Broderick, have the ability to make things right. Make Chris Collins pay the Full Price with a Full Sentence this week Friday in your Courtroom.

Thank You.
Francis Stalteri



January 11, 2020

Honorable Vernon Broderick
U.S. District Court – Southern District of N.Y.
Thurgood Marshall U.S. Courthouse
New York, New York 10007

Re: Congressman Christopher Collins
Sentence Date: January 17, 2020

Dear Judge Broderick:

After reading numerous articles about the sentencing of Representative Christopher Collins, I felt compelled to write to the Court regarding his sentencing. Mr. Collins has been portrayed by his attorneys as a "nice guy" devoted to his family and friends, which might be true. Unfortunately, he has a history in the Western New York area of exhibiting an arrogant, superiority attitude towards the average middle class person trying to earn a living and for the poor, that he has no care or use for.

In 2008, Mr. Collins became Erie County Executive. During his one term in office he and his appointees micromanaged departments, unfairly terminated and/or harassed union representatives, cut funding to the arts, libraries and child care for poor working parents- to name a few. As a retired county employee, I found he and his administration to be unethical, treating hard working employees poorly with his "my way or the highway" attitude. His demeaning, pompous behavior continued in Congress where I was previously a constituent in his 27th district. He refused to meet his constituents or address their issues as he did not care about their needs or share their concerns. Mr. Collins has always been about money and power and lack of concern for the less fortunate.

Mr. Collins, more so than the average Joe, should be held accountable for his unethical, self serving behavior which he vehemently denied for over 2 years, claiming "fake news". His attorney's suggestion that he serve a short sentence or a sentence of home confinement at his 2 million dollar Florida residence is a slap in the face to every law abiding citizen, as well as other felons without means that would not be afforded the same sentencing considerations.

The established sentencing guidelines should be followed as Mr. Collins should be held to a higher standard, not a lower one; and his sentencing term should not be allowed to set a precedent for future, unethical/ wealthy felons that follow. What a bad example to set- money and power will get you a light sentence. Mr. Collins should be held accountable and sentenced to a substantial jail term for his crime.

Respectfully,

Lee J. Adanti

Honorable Vernon Broderick
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Court House
40 Foley Square
New York City, N.Y. 10007

Judith A. Hoffman


Honorable Vernon Broderick:

I feel compelled to write this letter after reading some of the glowing statements of Chris Collins character which have been submitted to support leniency in his sentencing.

As a resident of Erie County where he was County Executive for a painfully four years; I have a different perspective. During that time, he targeted agencies, organizations and people who are not part of his elite business community. He fought to reduce or eliminate monies for the libraries, arts, daycare, and other programs from which the middle class and poor benefit causing pain to those not in in his social class.

After his congressional district was gerrymandered to his benefit and excluded most of the Erie County residents who were harmed during his term as Erie County Executive; he was able to become a U.S. congressman. Thankfully, I was not in his his district. Per friends who were in his district; he did not meet with constituents who do not hold his views and dismissed their needs and concerns.

I also hope that those who were badly treated when Mr. Collins, the businessman, obtained and destroyed The Buffalo China Co. have written in to tell of his ruthless pursuit of money and willingness to destroy what and who gets in his way. Money Rules.

I question why a man with millions opts to break the law when he could have easily covered his sons' loses. Once again, he shows that he is of the privileged class and the law does not apply to him.

If leniency is granted: his past and present behavior predicts that he will use his status, remaining millions and the connections he made as congressman to pursue more money for himself, family and select friends. Finally, I fear that a lenient sentence will set a precedent for others who commit similar crimes to cite for their sentences. He should be held to a higher standard not a lower one.

Thank you for your time and attention.

Respectfully,
Judith A. Hoffman