# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

January 16, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:*    United States v. Christopher Collins, et al., *No. 18-cr-567 (VSB)*

Dear Judge Broderick:

      We are counsel to defendant Christopher Collins ("Mr. Collins") in this matter. Please find enclosed two additional letters written in support of Mr. Collins provided to defense counsel on January 15, 2020.

Sincerely,

s/Jonathan B. New

Jonathan B. New

cc:     All Counsel of Record

Jonathan Barr
Baker Hostetler LLP
1050 Connecticut Ave.
Suite 1100 NW
Washington DC 20036

Depew NY 14043
Jan 7, 2020

Dear Mr Barr,

I am writing to support Chris Collins. Not only was he a successful businessman, he was a very successful elected official.
He served as Erie County Executive from 2007 to 2011. He worked very hard to solve the county's fiscal problems, and also to help the people. One program initiated, was a prescription discount card, to help those who lack adequate health insurance. I remember it, because I was one of those people.
Then, he was elected to Congress, and again, worked very hard to help us in District 27.

Recycle with white paper

I especially appreciated, if I called his office with a concern or problem, a staff member always answered, listened, & helped me. However, calls to the two senators, were often answered by machines, and when giving my name and number never received call backs.

Chris was a dedicated, hard working Congressman, and served on several important committees.

We will miss him; and I think it will be very difficult to find a congressman who cares for us, as much as Chris did. He tried to do the right things, for the right reasons. I appreciate his service.

Sincerely,
Carole McCarthy

P.S. I am an 81 year old senior who is appalled by the political circus going on in Washington, by the Democrats. I feel that Chris was a target, because he spoke out in favor of President Trump.

United States v. Christoper Collins

January 13, 2020

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thur good Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick:

Before the sentencing process of Mr. Christopher Collins, I would be remiss if I did not share my experience with him, his wife and their family.  I have known Mary Collins for 12 years when we first met while volunteering for both of our son's High School, Canisius High School in Buffalo NY.  I met Chris a couple of years after my initial introduction to Mary, his wife.  We became fast friends and shared similar interests.  She is a down to earth, loving and kind family oriented woman. When I first met Chris, he would talk about how much he enjoyed the challenge of work in Congress, the excitement of policy changes, for the better in representing the 27th District.   You could literally see the joy and excitement in his eyes as he spoke of programs he was working on.
When he was home in Buffalo, he was always going to ribbon cutting ceremonies, meetings listening to the interest and needs of the people in his District, furthermore, the state of NY.  He is an exceptional father and husband and I've seen him interact with them in social settings.
Chris has always been a successful businessman.  And as far as my knowledge has never had any other offenses.  The criminal act of which he is accused is out of character from the person I know.  He is a people person and very kind.  Also I should mention that he is a frugal man and doesn't require a lot of "stuff" to make him happy. He has tremendous love for his family and they spend quite a bit of time together traveling and simply living a clean, healthy, honest life.  I can confirm, knowing the family, that he is a man of integrity, honesty and dedication.

I am aware that Chris has expressed how sorry he is that his family is going through this transgression, but I hope and I pray that this letter will give you an idea of his good character and you will be merciful to him.  I ask the court to show leniency to Chris and his family.

Thank you for taking the time to read this letter.

Sincerely,

Annette Bulmahn

Williamsville, NY 14221