January 8, 2020

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

The internet tells me that you are preparing to set the penalty in the case against former Rep. Chris Collins (now suffering in exile at his part-time home in Florida). I believe I'm not alone in my "oooh, poor baby" response to Mr. Collins' pleas for mercy. I sincerely hope this letter reaches you in time to be included in your consideration.

I am not a resident of Mr. Collins' former district. Rather, I am a resident of the country that he let down in order to protect his son. (I would opine that he also let down his son by bringing him up to think that illegal stock activity was acceptable, as long as Daddy can help you to avoid the punishment. But I digress.)

The country is in profound need these days of some reassurance that the law matters; that 'shame' and 'remorse' don't pierce the shell of protection that a man with three homes enjoys; that holding elected office in our Federal government is a privilege to be revered, not a get-out-of-jail-free card.

Probation officers claim that Collins' behavior was 'aberrant.' So was Lizzie Borden's. Mr. Collins had a choice to make: protect his son's wallet or protect his country's reputation. What better lesson could Mr. Collins be handed to teach the son he'd already messed up? A simple "No, sorry, son" would do wonders.

I believe there is no better time to teach former Rep. Collins and the country appropriate lessons.

Never more sincerely,

Susan R. Lewis

January 10, 2020

Honorable Judge V. Broderick
US Court House, chamber 105
Foley Square
New York, NY 10007

Honorable Judge:

I strongly believe that Christopher
Collins deserves to serve time in
jail. He lied to his constituents
when he ran for office again.
He believed he was above the law.
Please do not be lenient when
you sentence Christopher Collins.

Sincerely,
Maryann Hope

Maryann Hope



1/10/20

Honorable Vernon S. Broderick
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Your Honor,

As a resident of New York State's 27th Congressional District, I have an interest in the upcoming sentencing of former Congressman and current crimianl offender Chris Collins.

During his tenure, I never once had the impression that Mr. Collins cared about his constituents.  He was dismissive every time he was asked about his refusal to hold town meetings to hear our concerns. An article from Rollcall.com news website dated 2/13/17 explains:

"Despite his colleagues' continued attempts, New York Republican Rep. Chris Collins has no intention of holding a town hall meeting. 'Because what you get are demonstrators who come and shout you down and heckle you. They are not what you hope they would be which is a give and take from people actually interested in getting some facts,' Collins told WGRZ-TV in Buffalo. Collin's comments come in the wake of an increase of protests at town halls held by Republican members of Congress since President Donald Trump's election. Many in the audience are loudly voicing concerns about President Donald Trump's policies and GOP plans to repeal Obamacare." (To the best of my knowledge, no public meetings were ever held prior to the presidential election, either.)

At the time I thought very poorly of a congressional "representative" who was afraid to meet with the public because they might yell at him about issues they felt passionately about, such as health care. I also thought it took a lot of chutzpah to act so arrogantly toward those who elected (and employed) him. However, as an Erie County employee during his "reign of terror" as Erie County Executive, the level of Mr. Collins' arrogance and uncaring manner didn't shock me.  He had a history of behaving the same way toward county employees, as well as employees of his former company, Buffalo China, whom he let go when he purchased the business, then hired back at a lower pay with no benefits.  This is the "nice guy" that his friends and relatives, who have a vested interest in his fate, have described in their letters to the Court.

I was dismayed to learn that while he was ignoring his district, my "representative" was involved in illegal behavior meant to benefit his friends and family by enhancing their already significant wealth, while cheating other investors who were left to take a significant loss. Now his wife is describing the toll this matter has taken on their family and her husband's depression over his own role in their son's

1

felony conviction.  Perhaps the defendant should have considered that before involving his son in his illegal activity.  This is the "family man" that his friends and relatives have described in their letters to the Court.

My final concern has to do with the way the offender responded to media reports of his criminal activities as "fake news".  In today's political climate, such language is divisive and downright dangerous, as evidenced by threats to journalists and even the 2018 murder of five people at the newspaper office in Annapolis, Maryland.  The fact that Collins did not admit his guilt until after years of denying it makes his conduct even more egregious.

Thank you, your Honor, for taking the time to consider the input of people other than the defendant's friends and family.

Respectfully submitted,

Jill Monacelli
Jill Monacelli



January 10, 2020

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I am writing because I have known both Chris Collins and his son Cameron for over ten years through their involvement with our Boy Scout Troop in Clarence, New York. I am also a resident of the district which he represented.

I was always impressed by how Chris Collins came to many of the troop's Eagle Scout court of honor ceremonies to recognize the accomplishments long after his son completed his time in Scouts. Cameron came to many troop events and campouts, even as a young adult, and was always a positive influence on the younger Scouts when present.

I don't believe that either Chris or his son intended to commit an illegal act. I think Chris sincerely believed in the company and expected it to be successful. Had this drug been successful it would have been a God send to many people. This probably led him to recommend the company as an investment opportunity to others. Had they not believed in the company and its product, I doubt they would have recommended it to their close friends and family.

Both men demonstrated poor judgement. Like any good father, Chris was obviously concerned for his son. Cameron, because of his youth, may have panicked when he heard the news from his father which may have caused him to respond inappropriately.

I think they have demonstrated remorse for their behavior and have suffered disgrace that they will live with. Please take this into consideration when determining their sentencing this week.

Sincerely,

Paul Marzo

10 January 2020

The Honorable Vernon S. Broderick
The United States Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Vernon S. Broderick:

As a maker of laws, and as an officer of law, it is right and fitting that officers of each branch of government be equally bound by an oath of office to support and defend the Constitution of the United States of America. Our Constitution is a document that sets forth the rule of law for the very foundation of our country.

My former Congressman, Chris Collins, stands before you for sentencing in breaking the law. I, and all of his constituents in the 27th Congressional District are currently unrepresented in Congress because Mr. Collins insisted on his innocence only to finally admit his guilt last fall in the insider trading indictment that was raised against him before he ran for re-election in 2018.

The sentencing before you, now, is complex, in my opinion, because as a maker of laws, he stands before you as a breaker of laws. As a man, he most certainly has let down his wife, his children, and his family as a whole.

However when Mr. Collins broke the law, he jeopardized his ability to represent the entire 27th Congressional District. We have stood unrepresented since last October.

According to the 2010 United States Census data the population of the 27th District is 713,175 people. All of these individuals have been impacted by Mr. Collins' lying and deceit about his presumed innocence and now, finally, by his admission of guilt in this instance of breaking the law.

I am aware a number of individuals have written to the court on behalf of Mr. Collins for leniency in sentencing. I am at a loss to understand why special leniency should be afforded to Mr. Collins. It would appear, as events so publically transpired, that Mr. Collins sought safety in his office as a United States Congressman. Perhaps there was even a notion he would face no punishment at all as a Congressman of the United States. Moreover, he appears to have given little consideration of how 713,175 people would be effected by his criminal wrong-doing.

I am glad Mr. Collins currently feels remorse for all he has inflicted on others. But, this and his age should not be the sole determining factors in his level of sentencing for the crime he committed.

-2-

Your Honor, I encourage you to consider all of the factors mentioned here in your decision as to what sentence Chris Collins deserves for having broken the law.

Most sincerely yours,
Mary Lynn Gleason

A resident of the 27th Congressional District in New York.



January 7, 2020

Honorable Vernon Broderick
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

RE: Chris Collins Sentencing

Dear Judge Broderick:

I am writing to encourage you to impose the maximum possible sentence on Chris Collins. In addition to the criminal and securities violations to which he has pleaded guilty, Collins violated the public trust with his actions and deserves to receive the maximum sentence.

In addition to the clear insider trading activities that he engaged in, he acted in his personal interest in the legislation that he sponsored to reduce the time to bring research drugs to market. I remember being surprised when I heard that he had sponsored the bill as he did not seem interested in legislating at all. I should have known that the real reason was to benefit himself through increasing the value of Innate stock.

Throughout his public life he has demonstrated conceit and contempt in his actions. Please send Chris Collins and people of his ilk a clear message that no one is above the law and there are dire consequences for legal and ethical violations.

Sincerely,

Timothy Roach

# BEVERLY A. LOXTERMAN



January 8, 2020

Honorable Vernon S. Broderick
U.S. District Court Judge
40 Foley Street
New York, NY 10007

RE: U.S. Senator Chbristopher Collins

Dear Judge Broderick:

Please be advised this the purpose of this letter is to request leniency for Rep Christopher Collins.

Please note that I do not know Rep Collins, never spoke to him personally and have no vested interest except that his liberty should be seriously considered when you sentence him on January 17, 2020.

Senator Collins has worked hard for his constituents, New York State and the United States. He fought for what he believed in and accomplished many positive things for his district.
Right now, in New York State, convicted felons charged with Manslaughter in the Second Degree, Criminally Negligent Homicide, Criminal Possession of a Controlled Substance in the First Degree are all being let out of jail after arraignment with no bail. While this is unbelievable and defies all logic; one has to put this all in perspective.

Rep. Collins has absolutely no prior record, served his country well in admirably represented s district. This crime pales in comparison to the charges mentioned above and how Rep Collins should be treated.

Please consider probation and fine for this defendant. He deserves it.

Sincerely,

Beverly Loxterman
Beverly Loxterman

1/11/20

Dear Sir,
          There must be consequences
for people when they break
the law. Money and wealth
should not come into play.
Aside from what some people
say, he was a very poor
politician. I lived in
this district. He never wanted
to listen to the people
he governed. This being Chris Collins.
          Also, all associated with
these crimes should go to
jail, just like I would
have to if I committed them.
          Please do the right thing
so I don't loose faith in
our justice system.

P.S. I am 71 year old a
grandfather and a
Vietnam Vet. I've
been around Please
give them all the
maximum sentences. Thank-you
                    Kenneth H. Bojak

                    KENNETH BOJAK

January 9, 2020

The Honorable Vernon S. Broderick

United States District Judge

500 Pearl Street

Albany, New York   10007

Dear Judge Broderick:

As a citizen of New York State and a constituent of the 27th District, I ask that you mete out the harshest possible sentence for Mr. Chris Collins. He has been guilty and knowing complicit in multiple felonies, self-dealing for personal interest in the political sphere, creating laws which benefit him and his inside circle, and dismissive and rude to his constituents in his home district.

I am one of the people that have requested multiple town hall meetings or 1:1 meeting to discuss issues of concern ... climate, spending, education, health care all of which he refused to do. I am enclosing some of the letters he has sent me all of which highlight the ongoing the lack of concern he has for  the issues of concern for the constituents in his former district.

I hope that your sentence will be an example and deterrent to white collar criminals.  It it well known that he has enough money to suffer minimal to no consequences as a free man

He has proven many times over that he is a corrupt and unethical individual who has knowingly violated the public trust and has proven by his remorseless behavior that he is not deserving of leniency.

Please contact me if would like additional information.


Sincerely,

Joseph Rapchick

**CHRIS COLLINS**
27th District, New York

COMMITTEE ON
ENERGY AND COMMERCE

- COMMUNICATIONS &
  TECHNOLOGY
- HEALTH
- OVERSIGHT & INVESTIGATIONS



1117 LONGWORTH BUILDING
WASHINGTON, DC 20515
(202) 225-5265 OFFICE

2813 WEHRLE DRIVE, SUITE 13
WILLIAMSVILLE, NY 14221
(716) 634-2324

128 MAIN STREET
GENESEO, NY 14454
(585) 519-4002

## Congress of the United States
### House of Representatives

February 17, 2017

Mr. Joseph K. Rapchick



Dear Mr. Rapchick,

Thank you for contacting me regarding global warming. I appreciate hearing from you.

While scientists continue to research the causes of global warming, both natural and manmade, many nations are taking steps to reduce their carbon footprint.

As you know, the "Carbon Fee and Dividend" is a policy proposed by the Citizens' Climate Lobby to reduce carbon emissions. Under this plan, carbon-based fuels would be taxed, with some of the fees being returned to consumers in the form of a monthly dividend. The Citizens' Climate Lobby claims that this plan would protect consumers from any increases in the cost of carbon-based fuels.

The United States has recently made great strides in reducing our carbon output. The Energy Information Administration recently reported that our per capita emissions are at their lowest levels in 50 years.

In ensuring our environment is protected for future generations, the government must ensure that any federal legislation truly improves our environment, and balances the needs of our economy. Please know that I will keep your thoughts and concerns in mind as Congress considers legislation affecting our environment.

I appreciate your contacting my office regarding issues important to you and your family. I hope you will consider signing up for my newsletter at www.chriscollins.house.gov to stay up to date on the critical issues facing our country.

Sincerely,

CHRIS COLLINS
Member of Congress

**CHRIS COLLINS**
27TH DISTRICT, NEW YORK

COMMITTEE ON
ENERGY AND COMMERCE

- COMMUNICATIONS &
  TECHNOLOGY
- HEALTH
- OVERSIGHT & INVESTIGATIONS



1117 LONGWORTH BUILDING
WASHINGTON, DC 20515
(202) 225–5265 OFFICE

2813 WEHRLE DRIVE, SUITE 13
WILLIAMSVILLE, NY 14221
(716) 634–2324

128 MAIN STREET
GENESEO, NY 14454
(585) 519–4002

# Congress of the United States
## House of Representatives

April 7, 2017

Mr. Joseph K. Rapchick

Dear Mr. Rapchick,

Thank you for contacting me regarding former National Security Advisor (NSA) Michael Flynn. I appreciate hearing from you.

The National Security Council (NSC) is the main advisory body on national security issues for the president. Established under President Harry Truman by the *National Security Act* of 1947, the council's organizational structure has fluctuated under different presidential administrations.

On November 18, 2016, Michael Flynn accepted an appointment to become the NSA to the president. In this position, Flynn was responsible for advising President Trump on matters of national security. Subsequently, on February 13, 2017, Flynn resigned from his post as NSA amid allegations of illegal contacts with the Russian ambassador to the United States.

President Trump has the authority to organize his administration in a way that he believes will best serve the construction and implementation of a cohesive vision to Make America Great Again. In Michael Flynn, the president appointed an experienced general to advise him on the most important issues of our time. I commend President Trump on his appointments thus far, and his swift replacement of Flynn with another qualified military expert, H.R. McMaster.

Please know I have your thoughts and concerns in mind should any legislation related to this issue come before the House for a vote during the 115th Congress.

I appreciate you contacting my office regarding issues important to you and your family. I hope you will consider signing up for my newsletter at www.chriscollins.house.gov to stay up to date on the critical issues facing our country.

Sincerely,

Chris Collins

CHRIS COLLINS
Member of Congress

**CHRIS COLLINS**
27TH DISTRICT, NEW YORK

COMMITTEE ON
ENERGY AND COMMERCE

• COMMUNICATIONS &
  TECHNOLOGY
• HEALTH
• OVERSIGHT & INVESTIGATIONS



1117 LONGWORTH BUILDING
WASHINGTON, DC 20515
(202) 225-5265 OFFICE

2813 WEHRLE DRIVE, SUITE 13
WILLIAMSVILLE, NY 14221
(716) 634-2324

128 MAIN STREET
GENESEO, NY 14454
(585) 519-4002

## Congress of the United States
### House of Representatives

March 17, 2017

Mr. Joseph K. Rapchick

Dear Mr. Rapchick,

Thank you for contacting me regarding President Trump's cabinet. I appreciate hearing from you.

As you know, the Cabinet of the United States is made up of the heads of 15 federal executive departments plus the Vice President of the United States. Departments represented include Department of State, Department of Defense, Department of Treasury, and many other important agencies that impact the day-to-day living and security of American citizens.

As laid out in the constitution, Presidential appointments are sent to the Senate as nominations. The confirmation process for appointments is then handled solely by the Senate.

The people of America, and particularly our home of Western New York, spoke loud and clear in their support for President Trump and his mission. The future cabinet will be made up of the "Best and Brightest" working to implement the Trump Administration's goal of Making America Great Again for all Americans.

I fully support the new Administration and look forward to working with President Trump and his team to Make America Great Again.

I appreciate you contacting my office regarding issues important to you and your family. I hope you will consider signing up for my newsletter at www.chriscollins.house.gov to stay up to date on the critical issues facing our country.

Sincerely,

CHRIS COLLINS
Member of Congress

**CHRIS COLLINS**
27TH DISTRICT, NEW YORK

COMMITTEE ON
ENERGY AND COMMERCE
- COMMUNICATIONS &
  TECHNOLOGY
- HEALTH
- OVERSIGHT & INVESTIGATIONS



1117 LONGWORTH BUILDING
WASHINGTON, DC 20515
(202) 225-5265 OFFICE

2813 WEHRLE DRIVE, SUITE 13
WILLIAMSVILLE, NY 14221
(716) 634-2324

128 MAIN STREET
GENESEO, NY 14454
(585) 519-4002

# Congress of the United States
## House of Representatives

March 24, 2017

Mr. Joseph K. Rapchick



Dear Mr. Rapchick,

Thank you for contacting me regarding global warming. I appreciate hearing from you.

In August of 2015, the President Obama finalized his Clean Power Plan in an effort to reduce carbon emissions by 32 percent from 2005 levels by 2030. This sweeping rule created by the EPA will have a drastic impact on our economy and create new regulatory burdens that will raise the cost of electricity. On February 9, 2016, the Supreme Court delayed implementation of this plan pending further judicial review.

I believe that each state has different capabilities to handle the energy implications and economic impacts of carbon dioxide emissions compliance, and I support Governors having the option to refuse adoption of the *Clean Air Act* rule. That is why I joined my colleagues in the House in passing H.R. 2042, the *Ratepayer Protection Act* during the 114th Congress, which would give governors that authority.

The United States has recently made great strides in reducing our carbon output with the Energy Information Administration reporting that our per capita carbon emissions are at their lowest levels in 50 years. We need more foreign cooperation before we continue to implement further caps on carbon emmissions.

In ensuring our environment is protected for future generations, the government must ensure that any federal legislation truly improves our environment, while balancing the needs of our economy. Please know I will keep your thoughts and concerns in mind as Congress considers legislation affecting our environment.

I appreciate you contacting my office regarding issues important to you and your family. I hope you will consider signing up for my newsletter at www.chriscollins.house.gov to stay up to date on the critical issues facing our country.

Sincerely,

Chris Collins

**CHRIS COLLINS**
27TH DISTRICT, NEW YORK

COMMITTEE ON
ENERGY AND COMMERCE

- COMMUNICATIONS & TECHNOLOGY
- HEALTH
- OVERSIGHT & INVESTIGATIONS

1117 LONGWORTH BUILDING
WASHINGTON, DC 20515
(202) 225–5265 OFFICE

2813 WEHRLE DRIVE, SUITE 13
WILLIAMSVILLE, NY 14221
(716) 634–2324

128 MAIN STREET
GENESEO, NY 14454
(585) 519–4002

## Congress of the United States
### House of Representatives

May 5, 2017

Mr. Joseph K. Rapchick

███████████████████

Dear Mr. Rapchick,

Thank you for contacting me regarding federal funding for Planned Parenthood. I appreciate hearing from you.

Access to women's health services is critical to our community. That is why I support increasing funding for clinics and Community Health Centers (CHCs), which provide women with the unique services they need. CHCs provide care to over 25 million Americans, most of whom are uninsured, jobless, or otherwise living in poverty.

I believe facilities such as these are able to meet the needs of women. Across the country, there are 13,540 clinics providing health services to women, but there are only 665 Planned Parenthood locations. In Western New York specifically, the 27th Congressional District is home to eight CHCs, but only three Planned Parenthoods, one of which is a mobile facility.

Additionally, I support numerous programs to increase research funding specific to diseases that exclusively or disproportionately affect women. Throughout my time representing Western New York, I have supported increasing funding for the National Institutes of Health (NIH), and the Congressionally Directed Medical Research Program for Breast and Ovarian Cancer. To improve women's health overall, we must incentive the discovery of cures and better treatment options for these devastating diseases.

Please know that I will keep your thoughts and concerns in mind as Congress debates the best way to use taxpayer money to increase the availability of quality women's health services.

I appreciate you contacting my office regarding issues important to you and your family. I hope you will consider signing up for my newsletter at www.chriscollins.house.gov to stay up to date on the critical issues facing our country.

Sincerely,

*Chris Collins*

CHRIS COLLINS

 

January 10, 2020
Honorable Vernon S Broderick
Thurgood Marshall US Court House
40 Foley Square
New York, NY 10007

**RE: Chris Collins**

Dear Judge Broderick:

I have knowledge of Mr. Collins going back to the 1970's & 80's when he worked in sales at the Westinghouse Corp. in Buffalo, NY. I won't go into details but I followed his career when he purchased the Westinghouse Gear Division and opened Nutall Gear, wherein he had at least a 5-year deal with Westinghouse to provide gear products to them. He got his start there and went on to buy other companies and in a lot of cases stripped the assets and closed them down.

Then into politics with his run for Erie County NY Executive then on to Congress. His reputation was not a good one, when his constituents asked to meet him as a group he ignored them, he was very aloof.

The main reason I am writing is to lobby that justice be met in his case, many people including me are watching to see if a person such as Collins having wealth, power and position will be able to escape a just punishment that would be the fate of a regular working person.

I realize you have a difficult decision to make but I trust it will be a just one. He knowingly violated the public trust and then denied it for a long time, it was simply wrong.

Sincerely,

Michael J. Rusinek
Staff Representative

CASE # 18CR567

**Judge Vernon S. Broderick**
**Thurgood Marshall Courthouse**                    **January 10, 2020**
**40 Foley Square**
**New York, NY  10007**

**Dear Honorable Judge Broderick:**

I am writing today to request that you give no **leniency to former Rep. Christopher Collins**

in his sentencing guidelines.  He was never a real Congressman to the 27th District as he was **never**

**available, never holding any Town Hall meetings, avoiding constituents whenever he could.**

The suppportive letters say he was a Boy Scout but yet he lies to the FBI?  He did not plead guilty

to that but yet he was charged with it.

It **is clear that his businesses and stock were his priorities as he spent much of his time**

**tending to them rather than being active in Congress.**  I have not had a Congressional Rep in over

five years.  His time has been spent enriching himself and family financially.

He decided to run for re-elction, professing innocence all the while, declaring the justice system

would fiind **him "not guilty".  MORE LYING FROM THE BOY SCOUT LEADER!! That was to**

**ensure that the Congressional seat would remain in Republican hands.  What it has meant is**

**that District 27 has had no one in Congress!!!**

**Please Judge Broderick consider his deceptive and willful dishonesty as well as apathy to**

**his role as a Congressman in sentencing him on the few charges to which he plead guilty.  The**

**other criminal behaviors, (not included in the plea) attest to his lack of integrity.  Chris Collins**

**had been an embarrassment and failure to my district, Congressional District 27!!!! PLEASE**

**MAKE THIS A MAJOR CONSIDERATION IN MAKING YOUR SENTENCING DECISION.**

YOURS TRULY,
*Andrea Lengenfelter*
ANDREA LINGENFELTER,
████████████████████

January 10, 2020

Honorable Vernon S. Broderick,

I'm writing this letter in reference to the upcoming sentencing of former U.S. Representative Chris Collins. I am a registered tax paying voter in District 27. I feel strongly that Collins should receive the _maximum sentence_ consistent with his conviction.

Former Representative Collins deceived the voters of his district. He knowingly ran for office assuring the public of his innocense, when he knew he was guilty and in all probobility would be charged. It is costing the state additional funds to hold another election in the spring. If there is any way you can make him pay restitution in your sentencing, I implore you to do so.

It is my hope you use your full discretion when considering his sentence. In my opinion, Collins _does not deserve any leniency._

Sincerely,
Joanne M Moran

Susan and John Canna

January 9, 2020

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Justice Broderick:

This letter is to express our opinion regarding the impending sentencing of our former state "representative" of the NYS 27th district.

We encourage you to give Mr. Collins the harshest sentence allowed by law. He flagrantly and repeatedly violated his oath of office. He failed to represent the best interests of his constituents while habitually promoting his own and profiting from deceit.

My husband and I work hard, play by the rules, and try to be good citizens of this state and the country. Mr. Collins was only interested in self-promotion and lining his pockets. Yes, he has expressed remorse for his insider trading (on the actual lawn of the White House no less!) and requests leniency. I think he is remorseful – that he got caught! I don't think he's at all remorseful for the pain and embarrassment he inflicted on this district!

We think he should do the maximum time because it's evident he did the crime! This is an arrogant man who abused his status and sought to profit from it. The average citizen is beyond sick and tired of one set of rules for the upper class and another for everyone else.

We sincerely hope that justice will be done and Mr. Collins will spend the maximum amount of time in JAIL for his willful disobedience of his oath and for breaking the law!

Sincerely,

Susan and John Canna

Julie Williamson



January 8, 2020

Hon. Vernon S. Broderick

United States District Judge

Southwestern District Of New York

500 Pearl St.

New York, NY 10007

Dear Judge,

I am a concerned citizen of the NY 27th Congressional District. I am writing to you to express my concerns for the sentencing of Christopher Collins, my former Congressional Representative. Mr. Collins was elected to serve the interests of the public that he represented. In my personal experience, he was never available to discuss concerns or meet with his constituents when requested. Only those who could serve his personal ambitions seemed to matter. I wrote to his office multiple times to express my concerns regarding policy and legislation. Form letters were sent to me each time with a demeaning tone in which to tell me why my opinions were incorrect. He cut needed services to the poorest in his community while looking to enrich himself and his donors and wealthy friends.

He betrayed his constituency when he repeatedly denied wrongdoing and insisted that he was the victim. He was narrowly reelected only to plead guilty and leave the 27th district with no representation during a critical political time. We deserved better than this.

Mr. Collins committed multiple felonies, violated Congressional ethics and repeatedly lied to the media and public. He served his own interests over ours. He must be held accountable for his actions. A lenient sentence would demonstrate the inequity in our systems and the privilege afforded to wealthy and powerfully connected individuals.

He is not above the law but should be held to high standards as all elected public servants should be. I ask you to consider the effects of the actions of Mr. Collins on my community and district. We need to be able to trust our elected officials, and if not, then to know that the appropriate consequences of a betrayal of that trust will be carried out. We deserve this accountability and justice.

Sincerely,

Julie Williamson

Julie Williamson

Honorable Vernon Broderick,
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Dear Honorable Judge Broderick,

I am a resident of NY Congressional district 27, a constituent of Chris Collins who has been convicted of felonies related to insider trading and lying to the FBI. He was indicted in the summer of 2018 (an election year), but instead of withdrawing from the campaign, he remained and was reelected. However, he was, even before this time, an absentee congressman. In our part of the district, he never held any town meetings. Because he was under indictment, his activities in Congress were limited, so in essence we were deprived of adequate representation. He then pleaded guilty to the charges, resigned, and then we really did not have any representation.

His crimes were significant, he knew they were crimes as he was doing them, and he effectively deprived NY 27 of effective representation during that time. I believe he deserves time in jail (in NY State), and not confinement to a lovely home on Marco Island in Fla.

Thank you for your attention to this matter,

Mary Kay Ness MD

January 8, 2020

1/10/20

Hon. Vernon Broderick
U.S Court, Southern District of New York
500 Pearl Street
New York, New York   10007

Your Honor,

I am writing to oppose the request made by former Rep. Chris Collins for leniency in the sentencing for his crimes. I'm 68 years old and have lived most of my life in the state of New York. I've never written any kind of request like this before, but I feel "compelled" and utterly enraged with the egregious and condemning conduct of Chris Collins.

Everyone is aware of the crimes he committed. To continue to deceive, swindle and manipulate the people he was sworn to represent is totally despicable. For his attorneys to claim he executed a "lapse in judgement" to protect his family is crock of you know what. It's a cop-out. He put himself and his family well-being above the duties he swore to uphold and the people he represents. And politician's wonder why the common folk have such a disdain for the way some parts of our government work.

I'm a former US Marine (volunteered not drafted) who served in Vietnam (1971 – 72) and take tremendous pride in our country and what it stands for. If we went to war today, I'd still volunteer my services. That's how committed I feel to this land. I fly the American flag every day and continue to believe in its distinguished and staple principles: freedom and democracy. However, it "pains" to see this kind of irreverent conduct be processed with a slap on the wrist. The fact that he was a U. S. Congressman is no excuse or substitute for his unlawful actions.

Geez, now I feel like crying. Please do the right thing and render a sentence appropriate for his crime. Remember he did this while serving a respected and honorable position and duping his constituents. Thank you.

Sincerely,

Walter A. Pivch

January 9, 2020

Honorable Judge Vernon S. Broderick

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

Dear Judge Broderick,

I am writing this letter in regards to the upcoming decision you will be making concerning Representative Chris Collins of the 27th district. As a constituent, I feel that Rep. Collins used his position to benefit from knowledge that we the public would not have until after the damage was done. When Rep Collins was arrested and charged with his crimes, he lied and continued to "represent" my district. Unfortunately, he continued to lie and ran for another term, while knowing he was a liar and criminal. Despite the plea bargain he has negotiated; I feel he should serve the maximum sentence allowed by law without any pension from the government and or any other additional money from tax payers. He has shown he is all about himself and not the people whom he was representing. His character is that of a criminal and deserves a full sentence to pay for his crimes. He had opportunity to take accountability for his actions, yet ran for another term and now we the tax payers will be paying for a special election due to his arrogance. He has a history of not doing town hall meetings with constituents, because some of the constituents opposed his policies. To date he has not apologized for his lies, nor his actions and continues his arrogance without accountability. The fact that his attorneys have already secured a plea which reduces his punishment and accountability to a lesser sentence should be the only leniency he deserves. Thank you for reviewing my concerns.

Sincerely,

Mindy Robins

Lisa Hansen



January 9, 2020

The Honorable U.S. District Court Judge Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

As a constituent of New York District 27, I apologize for missing my opportunity to air my grievances regarding the conduct of our former representative Chris Collins. Today our local newspaper had an article that described Mr. Collins as "the leader Buffalo never really knew." There is an excellent reason for that, Your Honor, and that is because he never met even once with his constituents to really understand who it was that he was supposed to be representing. Buffalo never knew Mr. Collins because he actively avoided us, all while using taxpayer dollars to further his own agenda.

Mr. Collins won his most recent (post-indictment) election, narrowly, against a candidate that actually did get to know the people of NY27, and would seek out opportunities to shake hands and learn about the issues that mattered most to this vast and varied district. However, he lost in the election to Collins, who knew full well that he was guilty of the crimes for which he had been indicted, yet decided to waste our time (and money) by running anyway. Now we of NY27 find ourselves lacking representation in our government, which is one of the very tenets on which this country was founded.

I have read some anecdotes from the letters of Collins' supporters. There were many pictures painted in an attempt to show Collins in a more positive light; pushing his daughter's wheelchair through Disney World, for example, or sitting at his dying mother's bedside. While it's nice to see that Collins does have some empathy, most people would refer to these actions as simple human decency, **not** as evidence to prove general infallibility. These examples show just how far his supporters are lowering the bar in an attempt to gain leniency for their friend and kin. I urge you to think of his constituents, and to hold Chris Collins responsible for his crimes.

Sincerely,

Lisa Hansen

The Honorable Vernon Broderick

Thurgood Marshall U.S. Courthouse

40 Foley Square

New York, N.Y.  10007

Dear Hon. Judge Broderick,

This letter is in opposition for a lenient prison sentence for former U.S. Congressman Chris Collins.

Mr. Collins was my congressman. I carefully studied his work during that time.  His time as a congressman was unremarkable expect for his constant self-service.  I was not at all surprised by his illegal stock dealings in fact, I am quite positive he got away with many others. Previously, to Mr. Collins time as a congressman, he was the County Executive of Erie County, my county.  During that time, many questions arose about him steering county contracts to friends and associates.

In a newspaper article it was stated that a letter by Mr. Collins wife was written to you. In that letter, it was reported, she wrote that his illegal actions were caused by his attempt to protect his son.  I believe this to be baloney.  Mr. Collins first and utmost concern is for himself. Mr. Collins in a multi millionaire.  If he was worried about a monetary loss by his son he could have easily repaid him and in the process taught him how the stock market works.

Your Honor, Mr. Collins is not worthy of your compassion.  Please make an example of him, to others in power, that breaking the public's trust has consequences.  Thank you for your consideration in this matter.

Respectfully,

Tim Feider

1



January 8, 2020

Hon. Vernon Broderick
US District Court
40 Foley Square
New York, NY. 10007

Dear Judge Broderick:

I am writing to oppose any leniency for former Representative Christopher Collins. As an American and as a constituent of the NY 27th Congressional District, this letter is meant to ask for this acknowledged felon to receive the maximum sentence allowed under his plea deal, and not the slap on the wrist recommended by the Probation Board.

Contrary to the testimonials by family members, business associates, and political cronies, there is ample evidence that Mr. Collins is neither a good nor honest Boy Scout. What kind of person lies about securities fraud and makes false statements to the FBI? What kind of person lies to the people he is supposed to represent in Congress, insisting he is not guilty for a year before evidence of his insider trading surfaces? Who would have the audacity to call a family member from the White House lawn to tell him to dump the stock? What kind of a person involves their family in such a criminal act in the first place? Not a "good and honest" person. I wonder what words the people who lost money on the Innate stock would use to describe the majority stockholder and board member who tipped off his inner circle.

Collins' crime is made all the worse by his dereliction of duty and his arrogance. He has left the people of the 27th District without representation due to his hubris, running for office even after he was charged, knowing that he was guilty. While in office, he made a point of refusing to hold town hall meetings with constituents, complaining that those who might not agree with him, were not worthy of his time. Meanwhile, we will be victimized once again when we, as taxpayers, will be forced to foot the bill for a special election.

What kind of person will you be sentencing? Chris Collins needs ample time in prison to ponder that question. The rest of us already know that he is an arrogant criminal who is not above the law and deserves prison time, not a vacation at his Florida luxury home.

Sincerely,

Patricia M. Griffin.

January 8, 2020

U.S. District Court Judge Vernon S. Broderick
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York   10007

Dear Judge Broderick,
        I read with disgust an article in the
Buffalo News today, January 8th 2020.
The article was regarding the impending
sentencing of disgraced former Congressmen,
Christopher Collins on January 17th 2020.
        His attorneys are argueing for no prison
time. Their justification being, he is 69 yrs old
and is no danger to society. They feel, home
confinement at his home on Marco Island, FL
a fine and community service will suffice.
Surely, they must be kidding!
        While Mr. Collins pleaded guilty to insider
trading violation, his more serious crime
was his betrayal of public trust. I am a
resident in his former congressional district.
While I admit, I did not vote for him
and I am a life long democrat, I did
vote for him once, when he ran
successfully for county executive.
I did not vote for him when he ran

page 2.

for a second term as his arrogance and poor leadership style made it clear to me he was not suited for government service. Apparently, many agreed with me, as he lost re-election.

Mr. Collins attorney argue, his phone call to his son regarding his insider stock tip was out of concern for his son. I would say it was driven by the same arrogance he has displayed over and over again in his public life. He also had the arrogance to run again for re-election in 2018 despite having been indicted (indicted) on insider trading charges. He lied to his constituents. Many believed him and voted for him. I did not! We now have no representation in congress!

I implore you to sentence him to the maximum allowed under law and what is in line with federal sentencing guideline 46-57 months. A sentence should not be about solely how much of a threat you represent, it should serve as a deterrence and as punishment for a wrong. There are many in the 27TH congressional district who have been wronged!

pg 3

When you sentence Mr. Collins on January 17TH 2020, please also consider all the residents of the 27TH Congressional district in the State of New York and not just the over 100 letters of support for Mr. Collins, many of them wealthy powerful people. Mr. Collins didn't just cheat on a stock trade. He lied and cheated all of us in the 27TH.

Sincerely

Maureen T. Dattermuich (Maureen T. Dotterweich)

PS: I apologize for the hand written letter. My computer is out for service.

January 9, 2020

Hon. Vernon S. Broderick, USDJ
USDC, Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

Re:   **U.S. v. Christopher Collins**
      **18 Cr.567**

Dear Judge Broderick:

I write to you today regarding the sentencing of Christopher Collins, the Defendant in the above-referenced matter. I am an attorney duly licensed in the State of New York.

Congressman Collins has, since the commission of his crime, shown no remorse for his actions, and has attacked, often heartlessly and viciously, those seeking his accountability. Congressman Collins betrayed and abused the public trust when he committed his illegal acts in the White House Rose Garden. He continued to do so when he ran for another term, all the while knowing his conviction would likely deprive his constituents of representation. Congressman Collins is now trying to leverage his wealth and political connections to shield himself from consequences and to solicit a slap-on-the-wrist sentence from this Court. Congressman Collins has shown that he is unwilling to accept that his actions were wrong, and he is likely to engage in similar dishonest and illicit behavior in the future unless this Court is willing to sentence him accordingly.

Before charges were filed in this matter, Congressman Collins was the subject of an investigation by the House Ethics Committee and the Office of Congressional Ethics (the "OCE"). These investigations were initiated after Congressman Collins' colleague, the late Congresswoman Louise Slaughter, filed a complaint with these bodies. Consistent with his policy of denying personal accountability, Congressman Collins denied any wrong-doing. Much worse, Congressman Collins went on the attack, saying of Congresswoman Slaughter, "She's on a witch hunt; she's a despicable human being." Eric Garcia, <u>Chris Collins Slams Louise Slaughter as a "Despicable Human Being Over Ethics Review</u>, The Hill, October 13, 2017. This remark was not an isolated outburst in a heated moment; Congressman Collins later said in an interview with WHAM radio, "She just makes this stuff up. She's a despicable human being... she needs to retire." Jerry Zremski, <u>Collins calls Slaughter 'despicable' for blasting him on stock trades</u>, The Buffalo News, July 3, 2017.

During the OCE investigation and the proceedings of this Court, Congressman Collins attacked those journalists who reported on his crime. In an interview with WGRZ television, Congressman Collins said of the Buffalo media, "they get a bug up their you-know-what, and they just come at you." Sandra Tan, <u>Collins kept professing his innocence until deciding to change plea</u>, The Buffalo News, September 30, 2019.

He said the New York Times, CNN, Wall Street Journal, and the Buffalo News published, "not a shred of truth," and "were no longer legitimate news agencies" because they printed "outright lies, fabrications, distortions." Id. Continuing to slime honest reporters Congressman Collins announced on election night, 2018, "I am innocent until proven guilty even though the press convicted me, dismembered me, and burned me at the stake. If you read the 'fake' Buffalo News, you will see report after report. You would think they are on my opponent's payroll." Id. These attacks clearly demonstrated that Congressman Collins was not remorseful for his actions.

I searched for any statement by Congressman Collins apologizing to any of the reporters he attacked or any apology to the family of the late Congresswoman Slaughter. I was unable to find any such apology.

Not only did Congressman Collins repeatedly attack anyone willing to question his behavior, but he personally benefitted from those attacks. Congressman Collins raised money off his attacks on journalists; one campaign fundraising email, referring to reports on his insider trading, read "join us today and tell them we won't stand for their fake news." Id. Shortly after the announcement of the OCE investigation, Congressman Collins combatively hosted an event where he attacked the ethics investigation, attached reporters, and raised $400,000 for his re-election campaign. Steve Brown, Collins' Campaign nets $400K+ Haul With Pence Event, WGRZ.com, October 17, 2017. Congressman Collins' campaign paid over $200,000 in legal expenses defending him in this matter. Max Greenwood, Collins used campaign funds to pay for legal services for a year, The Hill, August 9, 2018. Finally, just last month, Congressman Collins liquidated his campaign account by paying himself $146,393.71. Jerry Zremski, Chris Collins ends political career by paying himself back from campaign funds, The Buffalo News, January 6, 2020. While it was legal for Congressman Collins to use his campaign account to pay legal expenses and to repay himself, at least some, if not all of that money was raised through Collins' attacks on his accusers. Congressman Collins, therefore personally and tangibly benefited from his illegal actions, which should be considered in his sentencing.

Now that he has pleaded guilty, Congressman Collins has requested letters be sent to this honorable Court imploring leniency. While any defendant has the right to do this, the way that Collins has done this further demonstrates his lack of remorse and his continued reliance on wealth and political connections to shield him from consequences. In an October 5, 2019 email sent to acquaintances and family, and reported in the media, Collins asks recipients to send letters to the Court saying, "I feel like I've let everyone down, but our decision to plead guilty is the right decision for Cameron and the family." Jerry Zremski, Chris Collins is pleading for leniency. His critics have other ideas, The Buffalo News, October 7, 2019. Rather than admitting his guilt or expressing remorse, Congressman Collins frames his decision to plead guilty as a virtuous act to protect his son and family. Fishing for accolades is not the action of a remorseful person.

Several persons have written to the Court asking for leniency for Congressman Collins, but I implore you, in the interest of justice and fairness, to carefully consider the weight to give such requests. If recent news reports are to be believed, several members of Congressman Collins' Congressional staff have written you. Surely, some of these persons have a genuine affection for their former boss. However, the existence of these letters is indicative more of the power and influence of the subject than anything else. I ask you, you Honor, to consider all the criminal defendants who have come before you. If those defendants each had the power to appoint scores of employees to patronage positions (at the public expense) wouldn't you expect each of these defendant's to have a pile of letters from supportive staffers as well? I also understand that former Speaker of the House John Boehner has written, complimenting Congressman Collins for standing by him in tough political times. I ask you again, your Honor, whether any other criminal defendants have been in the position to perform political favors for the Speaker of the House?

Ultimately, Congressman Collins' crimes are aggravated by his innate inability to accept responsibility for his actions or to show any remorse. Congressman Collins has not apologized to those he attacked personally as well as through his Congressional and campaign spokespeople. Congressman Collins has not apologized to those persons who absorbed stock market losses due to his behavior. Congressman Collins has not apologized to the people of his district for lying to them and leaving them unrepresented in the People's House. Congressman Collins has personally benefitted from fundraising off of attacks on Congresswoman Slaughter and the media. Congressman Collins pleads for leniency, but his actions indicate he is unwilling to accept responsibility for his actions. I do not write the following sentence lightly. I urge this Court to sentence the Defendant to the maximum possible sentence available under federal guidelines, as is appropriate for someone who knowingly committed illegal acts, willfully betrayed the public trust, and continually refuses to show remorse for his actions.

Respectfully,

*Christopher J. Sasiadek*

Christopher J. Sasiadek

Robert Catalano

January 9,2020

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Christopher C. Collins, Sentencing.

Dear Judge Broderick,

I was a constituent of Mr. Collins.  His attitude was always
contemptuous of anyone who didn't have money. Citizens like me never
had a chance to meet with Rep Collins. Environment groups never got
an appointment. It was no secret that individuals or groups seeking
social justice in any way had no chance of meeting with him. They
meant nothing to him. Collins bragged that he NEVER had a town hall
meeting and never would.   The last straw for me was the part in the
indictment where her was selling his investments from the floor of
the House of Reps. Openly and contemptiously.

Throw the book at him and then some.  One year is not enough. This
area of Western New York elects and then re-elects politicians who
get convicted of crimes.  A strong message from you could send the
right message: Honesty matters.

Sincerely,

Robert Catalano

**FROM:**

United Parcel Service Employees and Retirees

██████████████████

**TO:**

The Honorable Vernon S. Broderick

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

January 10, 2020

**REGARDING: The Sentencing of Congressman Chris Collins of New York District 27**

WE the undersigned are asking the Honorable Judge Broderick to consider a pattern of behavior apparently exhibited by Congressman Collins *in addition* to his guilty plea of conspiracy to commit securities fraud and making a false statement to the FBI.

*As suggested by some, the Forfeiture of his Taxpayer pension along with the repayment of his salary from the day of indictment, IS what we feel is fair and equitable. Our reasons are as follows:*

Mr. Collins along with four other congressmen requested the Treasury department to implement a law Called the **Multiemployer Pension Reform Act (aka MPRA)**. This was at the request *of those "other"* ( aka as major stakeholders) than those who rightly earned and were deserving of their Pension, the United Parcel Service Employees and Retiree's. This was a blatant disregard of how a fully funded pension fund just over a decade ago could become suddenly insolvent after remedial actions were implemented by the Pension Protection act of 2006 and through promises made by the Trustees of New York State Teamsters Fund as recent as 2014. The facts of how this fund became to be in this dire position is too lengthy for this letter but can be easily reviewed in a recent published book by Robert Kyosacki and Edward Siedle called "Who Stole my Pension", of which some 16 pages are exclusively dedicated to the downfall of this fund exclusively. Edward Siedle thru the efforts of a dedicated group of UPSer's hired Mr. Siedle (Benchmark Financial Services), to audit the fund and his findings are referred to as "Trifecta of Imprudence".

Mr. Collins by the nature of his success's as a businessman and entrepreneur should have had better insight and judgement then to ask Treasury to grant such a request by the Trustees of our Fund. (copy of such letter signed is enclosed).

Mr. Collins appears to have an impulsive nature as even admitted by the those requesting leniency to his sentence that he exhibited "weakness" in his poor judgement on that infamous day on the Whitehouse lawn. One weakness that apparently involves the financial benefit of himself and his family. We the undersigned are respectfully reminding the court that Mr. Collins elected duty is to his constituents of

his district and the United States Taxpayer of whom he was elected to represent. Not his apparent financial well being evidenced by these actions.

By his actions, we (UPS actives and Retirees) have been handed down financial hardships of a reduction totaling anywhere from 32%- to 44% in our pensions with the potential of more in the future. This at a age where financial reparations are not realistic. The fallout has been devastating.  While no one disagrees this pension fund needed an overhaul, but not in the way that Mr. Collins chose to and agreed to use position of power and influence.

Enclosed is an additional article from a recent publication in the Buffalo news of Mr. Collins using contributions to his campaign for re-election to repay himself in lieu of returning those contributions to those who's interest he promised to uphold first and foremost!

Respectfully submitted by: ( only by a small number of the several thousand affected)

NAME:                                      SIGNATURE:

1. Joe Trupinski
2. Carl Kelly
3. Royce Fowler
4. Scott Petschke
5. Joe Kokkoula
6. John Soszydski
7. Rick Grigium
8. John B.
9. Walter Jones III
10. Yahila Hussein

11. NICK KULIK

12. Lisa Doktor

13. Brian Ziemba

14. Tom Schaut

15. Bob Vidinousu

16. Kenneth N. Castillo

17. Ed Kowalewski

18. Brian G. Schwinn

19. Robert Stefanik

20. Michael Wilson

21. Sean Artley

22. Kevin Lauer

23. John Fanning

24. Dave Salowski

25. Mark Gorski

26. Gregory Nowek

27. Keith Rogers

28. Joe Hilenkee

29. Tom Bonafede

30. Osaretin K. Isbinyie

31. Dylan Pfohl

32.

33. Paula Paris.

34. Kevin Hall

35. Tim Pfohl

36. Rob Stevener

37. David Brug

38. MIKE Burns

39. Gerald Kurdzuel

40. Kevin Gulczewski

41. Art Makowski

42. Joseph Brown

43. ROBERT JRKS Jr

44. Brian Olejniczek

45. John RAFFERTY

46. Chris Kleine

47. David Edwards

48. CHRIS PALMA

49. Drew Atkinson

50. Justin Flexel

51. BRAN DESCHAMPS

52. James OConnor

53. Kevin Hollmer

54. Mark Iacono

55. JOHN BICHERL

Nate Smolski

56. Jonathan Pearson

57. Mike Jaworski

58. Charles Fell

59. Ricky Anna

60. Jerry Guerron

61. Tom Minorczyk

70. Rob Parente

71. Chris Sackett

72. Ken Fetter

73. Bob Parkinson

74. Mike Fulton

75. Mike Daley

76. AUSTIN DANIEL

77. Andy Saba

78. J. Friend

79. Senn Ivaros

80. MIKE Jones

81. ED LOMINGER

82. Ron Conbag

83. Colin Ellis

84. Joe Hegler

85. Joe Rogers

86. Terrance Bass

87. DAVE ORIMI

88. M. SPRONOWSKI

89. Justin Rogaiki

90. JIM ZYGMUNT

91. Bob Cook

92. DAVE GIRBIN

93. JAMES BAKOWSKI

94. Adam Silverstein

*with funds from his most recent campaign committee. (Derek Gee/Buffalo News)*

---

# By Jerry Zremski

*Published January 6, 2020 | Updated January 6, 2020*

---



WASHINGTON – Former Rep. Chris Collins closed out his political career in late December by repaying himself $146,393.71 in leftover campaign funds – without reimbursing his donors for the $15,400 they gave to his campaign committee early last year when he said he was innocent of insider trading charges

March 30, 2017

Honorable Steven Mnuchin
Secretary

### Re: New York State Teamsters Conference Pension and Retirement Fund
### MPRA Application

Dear Secretary Mnuchin:

As you are aware, Congress passed and President Obama signed the Multiemployer Pension Reform Act (MPRA) as part of the Consolidated and Further Continuing Appropriations Act of 2015. The MPRA established a new process that gave multiemployer pension plan trustees the authority to make necessary changes to guarantee the solvency of retirement funds that have entered a "critical and declining" status.

Such multiemployer plans propose a reduction of benefits to the Department of the Treasury (Treasury), which then reviews the application in consultation with the Pension Benefit Guaranty Corporation (PBGC) and the Department of Labor (DOL). The MPRA is only designed to aid plans that face severe solvency issues, as most plans are sufficiently funded and would not be eligible for consideration by Treasury.

The New York State Teamsters Conference Pension and Retirement Fund (Fund) was certified as "critical and declining" by the DOL on January 7, 2016. Facing an insolvency crisis, the Fund's trustees applied for relief as defined under the MPRA to Treasury on August 31, 2016. Their application is currently under review, and a decision is expected by April 12, 2017.

If the application is not approved, the Fund will go into insolvency, and Fund recipients would face severe benefit cuts – payments at the minimum annual amount as defined by the PBGC. The Fund has a total of 34,459 participants, of which almost 16,000 are retirees, almost 7,000 are terminated vested beneficiaries and 11,575 actives.

Honorable Steven Mnuchin
Page 2

While no one wants to see any reduction in benefits, the Fund's application must be approved to ensure that harsher benefit cuts are not implemented in the future. Thank you for your timely attention to this very important matter.

Sincerely,

John J. Faso
Member of Congress

Peter T. King
Member of Congress

Chris Collins
Member of Congress

Lee Zeldin
Member of Congress

January 8, 2020

Edward F. McKee

███████████████

The Honorable Vernon S. Broderick
U.S. Southern U.S. District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square – Courtroom 518
New York, NY  10007

Re: Former Representative Mr. Chris Collins Senescing

Dear Honorable Vernon S. Broderick:

This is the first time in my life, and I am 76 years old, that I have written to a federal judge on any legal matter. I trust that this gives you an idea of how strongly I feel about this man's confessed crime and the prospect that he may get off with nothing more than a slap on the wrist and paying a woefully inadequate $200,000 fine for a get out of jail card.

Despite the short notice made available to the public regarding the U.S. Probation Office recommendation that Mr. Collins only spend a year and a day in custody along with the massive mail in campaign to your office, coordinated by his attorneys, extolling the supposed virtues possessed by him I wish to add my voice to what I fervently hope is a groundswell from citizens everywhere urging you to sentence Mr. Collins far greater than the U.S. Probation Office recommendation and the recommendation from his legal team  he be allowed to do so confined to do so  on the property of his recently domiciled estate in Florida.

Your honor, undoubtedly by now you have been buried in every type of correspondence on this case. If I am fortunate enough for my letter, at this late date, to cross your desk before you pronounce sentence on Mr. Collins I respectfully would like to, allowing for a degree of compassion, give my view for sentencing this man: Given the charmed life this man has had up to now, and I say this with no prejudice, with every benefit and accolade extended to him and to have been elected to several positions of public trust culminating serving in the U.S. House of Representatives, I am of the opinion that he and others like him should be held to a higher standard when committing crimes such as these. These people know better and while, for ethical reasons, you cannot consider what I am about to say next in arriving a sentence I can. This is, in all probably, not the first time they have broken the law. It's just the first time they have gotten convicted. If there ever was a case of, "two Americas'" this potentially would be a perfect example of that adage. As to demonstrating compassion in your sentencing there is more than enough wiggle room to do so. With minimum sentencing guidelines for this crime of 46 – 57 months I submit that a sentence of nothing less than 24 – 30 months in one of the more luxurious federal prisons for non-violent influential individuals such as Mr. Collins would more

Pg. 2/2

than fulfill those influential people appealing on his behalf for leniency and at the same time let others know that people in positions of authority can suffer serious consequences for white collar crimes.

Respectfully,

Edward F. McKee

(1)

01/09/2019

███████████████

♰Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

♰ Judge Vernon S. Broderick,

Your Honor, may I refer you kindly to the letter I sent the U.S. District Attorney for the Southern District of New York not too long ago.

*McDonnell v. Us,,* 136 S. Ct. *2355* (2016), page 23...

> "Although the opinion refers to normal political interaction between public officials and their constituents, Chief Justice Roberts wrote in his opinion, "we cannot construe a criminal statute on the assumption the government will 'use it responsibly ....... A related concern is that, under the government's interpretation the term "official act," is not defined "with sufficient definiteness that ordinary people can understand what conduct is prohibited" or in a manner that does not encourage arbitrary and discriminatory enforcement."

I cited that case *frequently* in petitions' for rehearing before SCOTUS...just like the entire democrat party that has a majority in the House of Representatives. *THEY NEED TO BE REMINDED...*

> **"The "government" by the *people*, for the *people*, and of the *people* has become complacent with contempt and great angst against the *people*. As is evident with the various treatment(s)' by the entire federal judiciary. Which leads the *people* to question why the documents' that guide our "government" are "enshrined" at all? ,"**
> **Supreme Court of the United States Docket # 18-8637 Petition for Rehearing**

Supreme Court of the United States Rule #45...

> " All process of this Court issues in the name of the President of the United States."

Your Honor, then you'd agree that my former Congressman Chris Collins is the *victim of over zealous inequitable prosecution?* Considering that Steve Kroft of CBS's news documentary magazine "60 Minutes," had reported about how the speaker of the house, (Nancy Pelosi,) has herself committed insider trading crimes herself. Yet, when Mr. Kroft confronted her about the evidence her uncovered during his research she had, "No Comment."

Obviously, you only rule on the case and make no comments'.

However, as a disabled white male non-service connected veteran constituent that was helped greatly by Congressman Collins' assistance with my military record's. My personal suggestion to you and the sentencing. *Since I know my congressman...*what will really make you get under his skin...***STRICT supervised probation and mandatory community service...WITH ACTUAL PEOPLE...IN DIRE NEED!***

That written, do you think that the P.O.T.U.S. would agree with how Congressman Collins' prosecution occurred, (leaving me without a congressman currently, and no voice for the rest of his former constituency,) considering that Pelosi is full of crap?

There is *__no justice__* when only ONE of the MANY political parties representing the People of the United States of America. When in all actuality...PARTISANSHIP IS WHY THE FEDERAL GOVERNMENT IS IN CRISIS AT PRESENT!

I'd cite a source like *"The Federalist Papers,"* or something along those "lines," but considering the treatments' I've endured in the federal judiciary all the way from the federal Western District of New York, to the U.S.C.A. for the 2d Cir., to SCOTUS, and the U.S.C.F.C. to the U.S.C.A. for the Fed. Cir. to SCOTUS...as far as this *"**blue collar republican**"* is concerned...if it were up to me...***I'd let Congressman Chris Collins...WALK FREE!***

*Now you know why!*

*Respectfully,*

James Paul Arlotta

B.S. Hospitality Administration, SUNY College at Buffalo 2014,

Certificate in Commercial Cooking, Buffalo NY location of the Professional Culinary Adcademy 2014,

A.A. Liberal Arts and Sciences-Humanities and Social Sciences, SUNY Erie Community College South Campus 2003,

Certificate in Heavy Truck Driving, Buffalo location of the National Tractor Trailer School 1999,

Local High School Diploma, Orchard Park Central School District June 23, 1995.

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:   U.S. v. Christopher C. Collins**
        **18 Cr. 567**

Dear Judge Broderick:

I write to you as a former constituent of Christopher Collins, the Defendant in the above-referenced matter. I live in Canandaigua NY, in Congressional District NY-27. Only recently have I started paying attention to local politics. 4 years ago, I started to reach out to Mr. Collins through his website, to only receive a generic responses. He has never once come to my town. He has never had a town hall. I felt ignored. During the recent election for NY-27, I actively campaigned for the man running against Mr. Collins. I was frustrated by the lack of leadership. And this started before his indictment.

When the news broke of his accused crimes, I was mortified. This was the man I had voted for, the man who was supposed to protect and represent my community in the House of Representatives. Mr. Collins, continued to campaign for the reelection, saying hurtful and false things about the man he was running against. He refused to hold town halls, to hear our concerns or have a debate. My Daughter was seeing hateful and racist ads on her tablet while watching movies, she is 11.

As more information about Mr. Collins and his crimes became public, I could not believe that people would be willing to vote for this type of person. And they did. They reelected a criminal.

Mr. Collins knew he was guilty. He lied to us all. Now he has resigned and fled New York and NY-27 has no Congressional representation. All emails to his office are sent back in error. Our voices were not heard during a President Impeachment. This is wrong. He has violated his oaths and broken the law.

Please Judge Broderick, I ask you on behalf of NY-27 to sentence Mr. Collins to the maximum punishment allowed.

Thank you for taking the time to listen.

Sincerely,

Rachel E. Knight ▬

To:  The Honorable Judge Vernon S. Broderick

Chris Collins should be treated as the no-class politician he is!  Please consider giving him the maximum sentence he can face under his plea deal.

He is an untrustworthy person.  Please, Judge, don't even consider a "sentence" that puts him on his Florida property for a specified time.  He lied, he broke the law.

Mr. Collins has shown himself to be a sleazeball.

Sincerely

June W. Kreutzer

Dear Judge Broderick,

Please consider as a constituent and former employee of Mr. Collins I strongly agree with the prosecutor's recommendation of a maximum sentence.

Thank you,

Darcy Krull 



Dear Sir,

Please sentence this man to the MAXIMUM sentence allowable. He cheated all the taxpayers of NY27, including me. He ran for re-election knowing full well he was guilty, lied about his innocence and now the 27th has no representation . He richly deserves every minute of prison time, he earned it Frances Robbins

Sent from my iPhone



January 8, 2020

U.S. District Court Judge

Honorable Vernon S. Broderick

U.S. Courthouse

40 Foley Square New York, NY 10007

Re: Former Representative Chris Collins

Dear Judge Broderick,

We are writing to express support for imposing the full recommended prison sentence for Mr. Collins. He has betrayed the trust of his constituents, and left us without representation in our district. We have not been able to give input into legislation on various issues as a "vacant congressional office cannot take or advocate positions of public policy".

Regardless of the desire for leniency of Mr. Collins' friends, family and supporters, he has broken the law, seriously broken the public trust and failed to fufill his responsibilities to everyone he was elected to represent.

Thank you.

Susan Kurtz

Terry Holbrook

██████████████████

10 January 2020

Judge Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall US Federal Courthouse
40 Foley Square
New York, New York, 10007

Dear Judge Broderick:

Your Honor, Mr. Chris Collins deserves the maximum sentence for the following reasons:

Reports are that Mr. Chris Collins committed his crimes on the White House lawn, literally on the floor of the House of Representatives, and in his House office. My understanding is that he roped the Secretary of Health and other government officials into his schemes. Didn't he put forth some related legislation benefiting himself and his companies as well? Mr. Collins used and levered public resources for his private gains.

Meanwhile, the district is centered in economically depressed rural Western New York where jobs are scarce, the environment damaged, and people leave for better prospects. To what degree do our local elected leaders share responsibility for this malaise? I believe quite a bit. Unfortunately, Mr. Collins was in the arena for his personal gain and not for the citizens.

It may be that Mr. Chris Collins can blame environmental factors for his troubles. The geographic area which Mr. Collins served has had disgraced representation for decades. You may remember Representative Chris Lee after it was revealed that he had solicited a woman on Craigslist and emailed a shirtless photo of himself to her. Chris Lee replaced Rep. Tom Reynolds who retired amid a scandal where Reynolds was accused of covering up allegations that Rep. Mark Foley sexually abused House pages. Mix in some corporate lobbyists to round out the roster. Maybe something is in the water.

I hope that you will agree that Mr. Collins should be held to the highest standards, made an example of, and sentenced to the maximum extent of the law.

Respectfully,

*Michael Zoł*

Dr. Michael Ziolkowski

Jan 10, 2020

Hon. Judge Vernon S. Broderick,

Dear sir, I understand that the judge who is to sentence former Rep. Chris Collins on Friday the 17th of this month.

As a Viet Nam veteran and registered Republician, I beg you to sentence Mr Collins to the longest prison term allowed. I am tired of dishonest politicians cheating the system to better their lives. Mr Collins lied to the public when he ran for re-election to New York's 27th District. He declared he was innocent of the charges to ensure his re-election. Mr Collins dishonored his oath and duty to our country.

I feel Mr Collins has no respect for the people who elected him to office and is above the law. If he had pled guilty before the election, I feel he would not have been re-elected to office.

Please give Mr Collins all the respect he deserves as the criminal that he has earned. Take his Congressional pension and life time medical from him and give Mr Collins a long vacation in a Federal maximum prison!

Very respectfully,

Robert B Murphy

January 7, 2020

Kendall Davis

███████████████████

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   U.S. v. Christopher C. Collins
        18 Cr. 567

Dear Judge Broderick:

I write to you as a former constituent of Christopher Collins, the Defendant in the above-referenced matter. I am a retired man who has lived in Western New York all of my life 80 years. Except time spend in the US Army.

I am not a political or involved in politics.  But I do vote in every election. I meet Mr. Chris Collins in 1997 before he was very well known.  I was transferred from my teaching position at Niagara Falls City Schools to BOCES Center in an industrial setting.

I had to support my wife and family.  Because of the transfer form Niagara Falls City schools I was the lowest in seniority. I was told my position would be eliminated and I would be laid off. At that time, I did not know who Chris Collins was only that he owns some manufacturing Companies. Mr. Chris Collins came up to my room at the center and said some my students told him of my plight. Mr. Chris Collins said to me If you get laid off I will give you a job in Engineering Department and you will be making more money them you do now. Although his offer was generous and typical of the good men he is I was able to get a job in a different School District. This is the type of man Mr. Collins is. A man who cares about the working man and his family. He has done this in many instances for many people without anyone knowing.

Please take this in consideration when sentencing him.   Thank you.

Sincerely

Kendall W Davis

1

Emile J Peters

████████████████████

US District Court Judge Vernon S. Broderick
Thurgood Marshall US Courthouse
40 Foley Square
New York NY. 10007

Re: Mr Chris Collins
I am opposed to a lenient sentence for Mr Chris Collins. He
was my Congressman, and I had experience with him via
two advocacy groups.  My reasons are:

1. A US Congressman should be held to a higher standard
   of conduct.

2. In May 2017, the House ethics investigators began
   probing Collins for his role in recruiting investors to
   buy stock after complaints were filed. The Office of
   Congressional ethics said they have "substantial
   reason" to believe Collins improperly used his public
   office to benefit Inmate and had forwarded non public
   information to other investors.  Despite this House
   Ethics Committee report or warning Congressman
   Collins was arrested 14 months later for Inmate insider
   trading. His call from the White House was clearly
   insider trading.

3. Because of Mr. Collins' actions New York State's 27th
   District has not been represented for the last 17 months.
   He was stripped of all Committee work and his seat was
   vacated.  I and 713,000 other people have not been
   represented in the House.

4. Mr. Collins ran for re-election knowing he was guilty
   and would have to resign leaving his constituents under
   represented.

Mr Collins was under scrutiny and investigation for his
business dealings before his arrest. He disregarded the
warnings. He was given a chance to correct his ways .
But, 14 months later he committed a felony.  He does
not deserve leniency.

January 10, 2020

Dear Honorable Judge Broderick,

Please consider not to give Cameron Collins jail time.

I know Cameron to be a respected decent young man. I see that Cameron had made a terrible mistake at such a young age. However, please give him a second chance so that he can continue being a good young adult and contribute to society.

I have known Cameron Collins since he was 16 years old. He was an active member of Boy Scout Troop 93 in Clarence. His father was also a troop leader and his mother also was a helpful supporter of the troop.

My son started Boy Scouts when he was 12 years old with Troop 93 in Clarence. Cameron Collins was then 16 years old. Cameron was a very active member of Boy Scout Troop 93 and still is today. He never forgot the boys in the troop and has always helped new members of the troop. I can say, Cameron's character is honest, respectful and always willing to help others.

I was on the popcorn sales committee to raise funds for the troop by having the boys sell popcorn. Cameron's family easily could have just given the troop a check. However, Cameron sold popcorn door to door just like all the other boys. The boys in our troop came from different economic backgrounds. Some boys lived in house trailers and other lived in mansions. There was never an issue with the boys because of their parent's wealth or not having wealth. The boys always worked together.

Cameron was a leader to the younger boys in the troop. He showed them courage to explore, always helped and guided the troop to be honest and always did the right thing. In addition he always went out of his way to help any boy who needed it. He is very much like his mother Mary. I would be very proud to have a son like Cameron.

Cameron made a mistake. I know the family has suffered, His mother Mary, who is also a great individual will continue to guide Cameron in the right direction. Please do not give Cameron jail time.

Thank you for your consideration,

*Maryann Marzo*

Maryann Marzo

The Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Sentencing of Christopher Collins

Dear Judge Broderick,

  I am a retired federal probation officer who had the honor of working in the Western District of New York (WDNY) for 25 years, most of that time serving the Court in the presentence unit. I worked in the system before the guidelines were implanted and afterwards. I was able to appreciate the intent and goals of the guidelines, as well as their foibles (and in my view, there were many). I joined others in the legal community in embracing the Booker decision giving Courts leeway to impose a sentence that took into greater consideration the 18:3553 factors that the guidelines did not capture. However, I appreciated the judicial bench in the Southern District of New York (SDNY) who even prior to Booker would not be hesitant to impose non-guideline sentences when appropriate. I note that the fraud guidelines had become unnecessarily severe in many cases, largely because of Congressional interference and mandates – the same Congress Mr. Collins was elected to. As a member of Congress he joined with others in drafting legislation to punish those who commit crimes. Since retiring in 2011 I have been working as a sentencing mitigation specialist with the local defense bar. I believe in customizing a sentence to fit the offense and the person.

  I included the above as background as to why I am saddened and disappointed in the sentencing recommendation my former peers in the SDNY have made in this case. I urge you to consider a less lenient sentence. While a guideline sentence may be higher than necessary, a sentence of one year and a day (wherein he will receive good time credit, whereas he would not receive that credit for a one year sentence – a policy I will never understand!) seems to me to be grossly under-representative of the harm he has caused and the blatant disregard for the legal system.

  Mr. Collins was the poster child for smugness following his Indictment. He repeatedly proclaimed his innocence and said he would be vindicated. He and his team joined the strategy of distraction by proclaiming fake news. He ran for re-election to his Congressional seat just a few short months before he finally pled guilty to this offense (although it is just conjecture, I can't help but wonder if he pled guilty at this point in order to allow the current president to pardon him should the current president not win re-election this year). Not shockingly he won his re-election campaign; that should not be mistaken for a full endorsement of him. I believe he won for two reasons: first, the political polarization that is pervasive throughout the country; and two, the gerrymandering of his district several years before his initial election. While these factors are not of his doing, the gall of him to run for Congress again, knowing he had committed a crime he was sworn to uphold and that he would be pleading to that crime a few short months later is reflective of his true nature – that of being a self-serving individual.

  It would appear that U.S. Probation in the SDNY was moved by his reason for committing this crime: to help his 26-year-old son, Cameron avoid a financial loss of $700,000 or so. Mitigating a crime based on

his motive to provide financial benefit to a young man who already has the capitol, at the age of 26, to invest in stocks and take the same gamble every one of us take when we invest, hardly seems reasonable. Referring to his crime as "victimless" is also not reasonable. Many took a hit in 2008 when the stock market tanked. I know many in the federal system bemoaned their Thrift Savings losses. While none of us were "direct" victims of the circumstances that led to that event -- we all sustained losses. If this were a victimless crime, why would he call his son and share confidential information he was mandated to not share? Mr. Collins has profited substantially over the years as a result of the rules of business, some of which he helped write. Those rules work both ways, but he saw fit to break them when they didn't suit his personal circumstances.

Mr. Collins' crime is particularly egregious for two different positions of trust that he violated. As a board member of Innate Immunotherapeutics he engaged in insider trading, an act he knew was a crime but justified for personal family benefit. He has also shattered his position of trust as a U.S. Congressman shown to uphold the law. He violated moral principles for personal gain; the actions he engaged in are a shining example as to why so many have an innate distrust of our elected officials today and the "swamp" they spend time in.

A guideline sentence may be greater than necessary, but in my view, a sentence that would enable him to serve less than a minimum of two years does not adequately reflect the seriousness of his crime and character and is still substantially less than the range provided by the guidelines. Anything shorter fails to serve as any kind of deterrent, general or specific; anything less does not provide a meaningful measure of punishment and sends a message to our community that those who have money will always come out on top -- one way or another.

Sentencing individuals to prison is the hardest part of any judge's job. Thank you for taking the time to read and consider this letter, along with the many others you have received.

Sincerely,

Colleen M. Rahill-Beuler
Former U.S. Probation Officer

Dear Judge Broderick:

I am writing to provide you with information that you may wish to consider in determining Chris Collins' sentence.

I served for over 31 years as an attorney with the SEC; 18 years in the Division of Enforcement, and 13 years in the Division of Corporation Finance. I negotiated a number of settlements with insider traders on behalf of the SEC during my time in Enforcement. During that time, I also guest-lectured on insider trading for several years at Georgetown University's McDonough School of Business.

Below is a relatively short Op-Ed piece that I've written about Chris Collins, which is self-explanatory. It was published this morning by a local Buffalo, New York news outlet (for whatever reason, the Buffalo News wouldn't publish it as an Op-Ed). In any event, I did a fair amount of research on this matter, and I thought it might be helpful, based upon my knowledge, experience, and research, if I brought this to your attention.

Respectfully,

John Britt

███████████████

## Congressman Chris Collins' Unusually Sweet Settlement Deal With the SEC

Chris Collins was the first Congressman to endorse Donald Trump for President in 2016, and the first Congressman to be busted by the SEC and DOJ for engaging in insider trading while standing on the White House lawn. Why is he being given preferential treatment by the SEC?

Collins, a three-term Congressman, was a director and the largest shareholder of a small Australian biotech company that is publicly traded in the U.S. On the evening of June 22, 2017, Collins called his son from the White House lawn and tipped him about "extremely bad news" (per the SEC) that he'd just received about the company that was not yet public. His son then dumped his stock in the company, as did the son's friend, girlfriend, the girlfriend's father and mother, a friend of the girlfriend's father, and the girlfriend's uncle. The tippees avoided

significant losses when the bad news became public and the company's stock dropped over 90% in value.

Insider trading is not a victimless crime. The insider trader is actually stealing from other investors who didn't know the non-public information the thief knew when he bought or sold the company's stock. The Department of Justice can sue the trader and put him in prison, but the SEC can sue him only to recover money, and, for example, bar him from being an officer or director of a public company. Often, both the DOJ and the SEC may sue the insider trader in what are known as "parallel proceedings."

In insider trading cases, the SEC always goes after the profit made (or, as here, the loss they had avoided) by wrong-doers from their stock trades, which is called "disgorgement." The SEC will also seek interest on the money the thief stole, and a penalty of up to three times the amount of disgorgement. If the insider trader settles before trial, the SEC will generally limit the penalty to a one-time disgorgement amount, a sweetener the thief gets for saving the agency the trouble of litigating. However, if the insider trader decides to fight, the SEC will seek the maximum penalty possible. This is standard SEC enforcement policy, and experienced attorneys in the securities defense bar know it.

When the SEC sued Collins and four of the tippees in August 2018, it officially sought penalties. In fact, when the SEC announced a few days later that it had settled with two of the tippees (the girlfriend of Collins' son and her mother), each woman had to pay disgorgement, interest, and a one-time penalty.

In August 2019 the SEC announced that it had settled with Collins, his son, and the girlfriend's father. Having successfully negotiated several settlements with insider traders during my 31 years as an attorney with the SEC, I was surprised when I read the SEC's Litigation Release announcing the settlement terms. Collins and the two tippees who were settling with him aren't being required to pay any penalties at all!

In insider trading cases, a tipper (here, Collins) is often on the hook with the tippees for the total amount of disgorgement, plus interest—in this instance, $794,179—whether or not he traded the stock. I negotiated a settlement in a similar insider case where a Hollywood producer had tipped his brother, but had not himself traded. Not here. Although Collins and the two men settling with him should be collectively on the hook for, at a minimum, $1.5 million, Collins owes nothing.

The SEC announced its Enforcement lawsuit by publishing a Litigation Release. Curious whether the SEC's policy concerning insider trading settlements had recently changed, I reviewed the agency's Litigation Releases for 2018 and 2019, and found 86 that involved insider trading. Of those 86 Releases, I noted 44 instances where settling defendants were required to pay penalties, 23 that did not involve settlement, and 19 concerning parallel criminal cases brought by DOJ, where any SEC disgorgement and penalties were generally offset by the monetary judgments imposed in the criminal case. The Collins settlement is glaringly different.

Here, Collins and his two co-defendants settled with the SEC, and pleaded guilty in the parallel criminal case. However, during the October 2019 hearing where Collins entered his criminal guilty plea, the judge asked the Assistant U.S. Attorney if DOJ would be seeking any money (restitution or forfeiture) from the three men, and he responded that it was not. Therefore, it was solely up to the SEC to go after the money, and the SEC dropped the ball.

This raises some interesting questions:

1. Why isn't the SEC requiring Collins and the two tippees to pay civil penalties?

2. Why isn't Collins jointly and severally liable with the tippees for disgorgement and pre-judgment interest?

3. Why isn't DOJ seeking any money?

The SEC has a long history of going hard after high-visibility insider traders, such as Martha Stewart. It does this because it doesn't have enough attorneys to go after every insider trader, and it wants to set an example for others who might be tempted to commit securities fraud.

As a Congressman, Chris Collins is about as high-visibility as an insider trader can be. So why is he off the hook for the money? True, he may go to prison—as Martha Stewart did—and he also agreed to an injunction against future securities law violations, and a bar from acting as an officer or director of any public company. However, he's 69 years old, so the injunction and bar are largely meaningless.

On January 17th, the judge in the criminal case will announce if Collins will go to prison, and, if so, for how long.  Still, we should hope that Collins' separate civil settlement with the SEC will be rejected by the civil court, and that the agency will then seek something consistent with its comparable insider trading settlements.

Charles LAGRECA                    January 9, 2020

███████████████████████████████

Dear Honorable Judge Broderick,

I am not a rich, Republican Congressman, but I feel compelled to appeal to you to render justice in sentencing Chris Collins. I am a N.Y. state resident who along with hundreds of others gathered in protest when Collins voted to repeal Obamacare and instate pre-existing conditions as a liability to obtaining coverage. Along with people in wheelchairs and children with life long health concerns, we waited to appeal to our representative. I will never forget his arrogance as he dismissed our concerns, or the look in his eyes — cold as a cobra's. These crocodile tears he and his attorney shed are just that. Where was his remorse before he got caught??? His narcissistic arrogance even drove him to hoodwink N.Y. constituents as he narrowly won his Congressional seat knowing he was guilty.

When I do right, I feel good, When I do wrong, I don't feel good — SIMPLE.

Mr. Collins is an example of white supremacy entitlement, no wonder he was the first to support Donald Trump. To excuse his behavior is to send a message that these corrupt men of power are above the law. Also a probation pass would be sexist. Martha Stewart served 5 months in prison for for $20,000 insider trading.

I am not an important person like some, Judge Broderick, but I know a criminal, and arrogance when I see it. I saw it in Chris Collins's eyes.

Please sentence him justly. Thank you for your service and your time

Sincerely

Charles LaGreca

Jan 9, 2020

Honorable Vernon S. Broderick,

    I am writing as a concerned citizen regarding the crimes of former Congressman Chris Collins. His actions were criminal. He denied his guilt. He ran for re-election and won and as a result of his POOR DECISIONS the impact to upstate New York is far greater than it would have been had he just ADMITTED to his guilt and apologized from the beginning. This false notion that exists in today's society that a crime is only a crime if you get caught has to stop. He was wrong and he consciously lied about it. As a result he should be

treated the same as any other criminal and his sentence should be based on the crime, not on the fact that he had the title of Congressman.

Thank you for ruling in the most just manner possible.

Thank you.

Sincerely

Mary C Stats

Dear Sir,

I am writing regarding former Congressman Christopher Collins. As an American who cherishes our system of democracy, I admit to some concerns about the current direction of our country. Born in the 1950's I have seen many challenges to our way of governance. However, during all of those times of conflict and anxiety, each one was tempered by the assurance that our system of jurisprudence would remain the foundation of our country.

I as look to the current state of affairs I no longer have that confidence. Truth has become elusive; disrespect is rewarded, and evasion of legal and moral responsibility is waning.

Given these circumstances I am respectfully requesting that in the sentencing of Mr. Collins, justice be exacted and preserved. When my grandfather, the Hon Willis E. Elliott, sat on the bench, his sentences reflected his understanding that genuine justice blesses all — the community, the victims and the perpetrators. I could sense the enormous responsibility of this process on all involved.

My concern is light sentences which send the message to all of us, that those who have special advantages need not worry about the repercussions of lawlessness. Exceptions will always be made.

Please do not allow Mr. Collins to escape the real debt he owes. We are depending on the judicial system to keep democracy alive and well for all.

Sincerely,
Dorothea E. Schweitzer

Dear Judge Broderick,

I am a constituent of NY-27 which had been represented in the House by Chris Collins. During his years in office, he was frequently absent for important votes. I would call to express my concerns to his office in hopes he would be doing his job in representing me!

As his sentencing nears I feel the need to write to you and ask that you penalize him for doing wrong - breaking the law! (especially in his position).

Being a retired Elementary School teacher, parent of four and Grandparent of five, he should have been a role model of what a good citizen/lawmaker should be for them. As we tell our children - do something wrong and you will pay the penalty. He should have known better!!

Please use this as an example



for our young people that you will not get away with doing crimes and breaking the law. Letting him off with little or no punishment would be the wrong message to be giving to our young people who we teach to respect laws and those who are to protect and enforce them.

Thank you for your consideration and time.

Sincerely,

Carol Nagode

To the Honorable Vernon S. Broderick.

I am writing as a member of the 27th Congressional District who is concerned that there may be leniency granted to Chris Collins. Mr. Collins lied to his constituents and acted unethically. He had a responsibility to us and to his conscience and failed both.

He does not appear to be truly remorseful. We must hold our officers in government, especially elected individuals, to a high standard. No one is above the law.

I hope he receives the maximum sentence fitting his crimes.

Thank you for your time

Yvona Nestorowicz

1/10/2020

Re: Christopher Collins

Dear Judge Broderick,

Please do the right thing and give Mr. Collins the max for the lies he committed to the FBI and his smug profession of innocence. He is a liar and a fraud. He fooled us all in the Buffalo area. Martha Stewart stood up and took her sentence and I admire her for that. He is <u>not</u> above the law. We have had many from our state committing

this kind of stuff and
this is one more case
of lying and cheating
and this has to stop.

Please give him
what he deserves.
The MAX

Thank you.   Sincerely

Kathleen Willrod