UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHRISTOPHER COLLINS,
CAMERON COLLINS, and
STEPHEN ZARSKY,

                 Defendants.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/17/2020

S1 18 Cr. 567 (VSB)

# NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 1.2 of the Local Criminal Rules and Rule 1.4 of the Local Civil Rules for the Southern and Eastern Districts of New York, I, Patrick S. Brown, an associate at the law firm of Crowell & Moring LLP and an attorney for Cameron Collins in the above-captioned case, hereby withdraw as an attorney of record.  My last day at Crowell & Moring will be October 25, 2019.  Rebecca M. Ricigliano and Thomas A. Hanusik of Crowell & Moring will continue to serve as counsel of record for Cameron Collins in this matter.  I hereby request that my name and email address be removed from the case's official docket.

Dated:  October 22, 2019

Respectfully submitted,

 /s/ _Patrick S. Brown_____
Rebecca M. Ricigliano
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 895-4268

Thomas A. Hanusik
Patrick S. Brown (*Admitted Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW

Washington, DC 20004
Telephone: (202) 624-2500

*Attorneys for Cameron Collins*

SO ORDERED:

Dated: _____

_____
Honorable Vernon S. Broderick
United States District Judge

**CERTIFICATE OF SERVICE**

I, Patrick S. Brown, hereby certify that on October 22, 2019, I caused the following document to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service: Notice of Motion and Motion to Withdraw Appearance.

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 22, 2019                                    /s/ *Patrick S. Brown*
        Washington, DC                                    Patrick S. Brown