# Exhibit A



**U.S. Department of Justice**

Federal Bureau of Prisons

*Designation and Sentence Computation Center*

U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

March 26, 2020

Douglas P. Morabito
Office of the U.S. Attorney
157 Church Street,
25th Floor
New Haven, CT 06510

RE:   United States of America v. ▆▆▆▆▆▆▆
      Case Number: ▆▆▆▆▆▆▆▆▆▆
      Register Number: ▆▆▆▆▆▆

Dear Mr. Morabito:

Consistent with guidance provided by the Centers for Disease Control concerning COVID-19, the Federal Bureau of Prisons (BOP) has implemented measures to identify incoming inmates for possible exposure risk factors and symptoms. Depending on an inmate's specific risk factors, the BOP may require the individual be quarantined for 14 days before admitting him or her to the designated facility's general population.

Because some BOP minimum security camps do not have restrictive housing that would be necessary for a quarantine, local municipal or county jails are the only available option for housing an inmate who voluntarily surrenders with possible COVID-19 exposure. Unfortunately, many local jails are refusing to admit such inmates at this time.

Accordingly, this letter is being sent to request your assistance in filing a motion with the Court to extend the voluntary surrender date of defendant ▆▆▆▆▆▆▆, Reg. No. ▆▆▆▆▆▆. In its Judgment in a Criminal Case dated ▆▆▆▆▆▆, 2020, the Court required ▆▆▆▆▆▆ to self-surrender on April 28, 2020. Although the BOP has designated ▆▆▆▆▆▆ to the Federal Prison Camp in Pensacola, Florida, for service of his

federal sentence, at this time we respectfully request a three-month extension of time before ▓▓▓▓▓▓▓▓ self-surrenders, with the understanding it may be necessary to contact your office again in the future depending on circumstances. If you have any questions or concerns regarding this request, please do not hesitate to contact me at ▓▓▓▓▓▓▓▓ .

Thank you in advance for your assistance.

Sincerely,

*Robert A. Martinez*
ASSISTANT GENERAL COUNSEL

Digitally signed by ROBERT MARTINEZ
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=ROBERT MARTINEZ, 0.9.2342.19200300.100.1.1=15001002149333
Date: 2020.03.26 14:00:26 -05'00'

Robert A. Martinez
Assistant General Counsel