Hon. Vernon Broderick
United Sates Courthouse
40 Foley Square
New York, NY 10007

cc: Hon. Andrew Cuomo
    Governor, State of NY
    NYS Capital Building, Albany, NY 12224

cc: New York Times ███████████████

cc: Everybody's Column
    The Buffalo News
    PO Box 100
    Buffalo, NY 14240

July 21, 2020

RE: delayed incarceration of convicted felon Christopher Collins

We are writing you to request that the law be applied fairly and impartially to former House Representative and convicted felon, Christopher Collins of New York's 27th district. He was granted a delay in his sentence based on the risk of getting Covid-19 in prison.

Why Mr. Collins is granted a delay in his incarceration when other prisoners of lesser means and more medical risks are currently actually in prison? Based on his lack of insincerity and manipulative arguments, I anticipate that Mr. Collins will request another delay of his sentence since his in Florida. Why are inmates older and with more pre-existing conditions in Florida capable of being in prison, but Mr. Collins isn't? Why is Mr. Collins being given preferential treatment? Many inmates, older than Mr. Collins are required to serve time in prison.

Mr. Collins is could serve his sentence here in NY where the risk of Covid is lower. Alden Correctional Facility or Attica, both close to the 27th district which he represented here in New York, would alleviate his concerns due to the low incidence of Covid-19 in this geographic region.

We are urging you to apply justice to Mr. Collins for the wrongs he has done to the people who trusted him. Mr. Collins left the members of the 27th district without representation for a very long time due to his crimes. We are urging you to enforce equal justice.

Sincerely,

Christopher White
███████████████