Honorable Vernon Broderick,

I am a resident of the 27th district of New York. I am writing in regard to the implementation of the 26 month sentence of Chris Collins, former US congressman representing the 27th district of NY.

Collins betrayed the citizens he was elected to represent by repeatedly denying & lying about his involvement in insider trading, claiming they were meritless charges. Now he is playing on the sympathy of the court to delay serving the sentence he was justly given, while thousands of criminals serve their sentence. But a wealthy, powerful politician does not serve his debt??

This is an example of why Americans have lost faith in the judicial system & the rule of law.

Enough is enough! He needs to pay his debt to society & the people of the 27th district.

Sue Pury