# EXHIBIT B

| From: | Barr, Jonathan R. |
|---|---|
| Sent: | Tuesday, June 16, 2020 5:00 PM |
| To: | PEN/ExecAssistant@bop.gov |
| Cc: | casimmons@bop.gov; New, Jonathan B.; Wangsgard, Kendall E. |
| Subject: | Christopher Collins Letter of Request to Warden W. L. Woods |
| Attachments: | C Collins Request Letter to W L Woods 6_16_2020 w encl.pdf |

Dear Warden Woods,

Please find attached the request of our client, Christopher C. Collins (Reg. No. 86014-054) and supporting documentation requesting that you
transfer Mr. Collins to home confinement to serve the remainder of his sentence pursuant to statutory authority and recent directives issued by Attorney General William Barr.  As detailed more fully in Mr. Collins' request and the attached supporting documents, in light of his age of 70 years, health conditions, which include high blood pressure, asthma, and hyperlipidemia (high cholesterol), and his vulnerability to experience severe illness or death should he be exposed to, and contract the novel coronavirus (COVID-19) , we  believe that extraordinary and compelling reasons exist for such action. We are also sending you Mr. Collins' request via Federal Express.  Thank you for your time and consideration of Mr. Collins' request.

Best regards,

Jonathan R. Barr


**Jonathan Barr**
Partner

**BakerHostetler**

Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1534

jbarr@bakerlaw.com
bakerlaw.com



| | |
|---|---|
| **From:** | Wangsgard, Kendall E. |
| **Sent:** | Wednesday, September 16, 2020 4:40 PM |
| **To:** | 'SERO/ExecAssistant@bop.gov' |
| **Cc:** | Barr, Jonathan R.; New, Jonathan B. (jnew@bakerlaw.com) |
| **Subject:** | Christopher Collins Appeal (Reg. No. 86014-054) |
| **Attachments:** | Collins, Christopher C (No. 86014-054) BP-10 (BP-230) Regional Admin Remedy Appeal 9.16.20.pdf |

Dear Regional Director Keller:

Please find attached the Appeal of our client, Christopher C. Collins (Reg. No. 86014-054), and supporting documentation. We are also sending you Mr. Collins' Appeal via USPS Overnight. Thank you for your time and consideration.

Best regards,

Kendall Wangsgard

**Kendall Wangsgard**
Counsel



Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1751

kwangsgard@bakerlaw.com
bakerlaw.com

| | |
|---|---|
| **From:** | Wangsgard, Kendall E. |
| **Sent:** | Friday, August 21, 2020 6:53 PM |
| **To:** | 'khyle@bop.gov' |
| **Cc:** | Barr, Jonathan R.; New, Jonathan B. (jnew@bakerlaw.com) |
| **Subject:** | Christopher Collins Appeal (Reg. No. 86014-054) |
| **Attachments:** | Collins, Christopher C (No. 86014-054) BP-11 (BP-231) Central Office Admin Remedy Appeal 8.21.2020.pdf |

Good afternoon,

Attached, please find a courtesy copy of the Appeal of our client, Christopher C. Collins (Reg. No. 86014-054), and supporting documentation mailed today via USPS.

Best regards,

Kendall Wangsgard

**Kendall Wangsgard**
Counsel


BakerHostetler

Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1751

kwangsgard@bakerlaw.com
bakerlaw.com