# Executive Grant of Clemency

# DONALD J. TRUMP

## President of the United States of America

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### CHRISTOPHER COLLINS

### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the Southern District of New York on a superseding indictment (Docket No. S1 1:18-cr-00567-VSB-1) charging violations of Sections 371 and 1001, Title 18, United States Code, for which he was sentenced on January 16, 2020, to 26 months' imprisonment, one year's supervised release, a $200,000 fine, and a special assessment of $200.

**I HEREBY DESIGNATE**, direct, and empower the Office of the Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Office of the Pardon Attorney shall declare that its action is the act of the President, being performed at my direction.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect immediately the release of the Pardon recipient (Reg. No. 86014-054) with all possible speed.

**IN TESTIMONY WHEREOF**, I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this twenty-second day of December in the year of our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**PRESIDENT**